UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, | : CIVIL ACTION NO. |
| | : 3:02CV1515 (PCD) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MANCHESTER DEVELOPERS, LLC, | : |
| | : |
| Defendant. | : JANUARY 16, 2004 |

### REVISED JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, the parties request an enlargement of time to serve Sections A, B and C of the Trial Preparation Order as follows: Section A – from February 3, 2004 to March 16, 2004; Section B – from February 17, 2004 to March 31, 2004; and Section C from March 2, 2004 to April 14, 2004. The reason for this request is that the parties will require additional time to prepare their respective sections due to the press of business of both parties' counsel. Plaintiff's counsel has been contacted and joins in this motion for extension of time.

This is the parties' first request for an enlargement of time regarding this deadline. The case is not assigned for trial.

Done at Bridgeport, Connecticut this 16th day of January, 2004.

*Pamela Coyne* (signature)
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
Federal Bar No. ct22941
ATTORNEYS FOR DEFENDANT

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 16th day of January, 2004 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

*Pamela Coyne*
Pamela J. Coyne

P:\lit\CTC\586800\003\00037860.DOC