UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR ESTANISLAU

    -vs-                                      Civil No. 3:02 cv 1515 (PCD)

MANCHESTER DEVELOPERS, LLC

<u>ENDORSEMENT ORDER</u>

_____Defendant's revised joint motion for extension of time, (Doc. #45), to comply with the Court's Trial Preparation Order is hereby GRANTED-IN-PART as follows:

      Section A shall be due on or before <u>February 24, 2004;</u> Section B shall be due on or before <u>March 10, 2004</u>; and Section C shall be due on or before <u>March 31, 2004.</u>

      SO ORDERED.

      Dated at New Haven, Connecticut, January 26, 2004.

                  /s/_____
                                Peter C. Dorsey, Senior
                                United States District Judge