UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, JR.<br>   Plaintiff | : | CIVIL ACTION NO: 3:02CV1515(PCD) |
| VS. | : | |
| MANCHESTER DEVELOPERS, LLC<br>   Defendant | : | FEBRUARY 23, 2004 |

**PLAINTIFF'S NOTICE OF SERVICE AND COMPLIANCE WITH
TRIAL PREPARATION ORDER**

Pursuant to the Court's Trial Preparation Order, Plaintiff's counsel hereby certifies that he served, via overnight mail dated February 23, 2004, Plaintiff's Trial Preparation Order, Section A on Defendant's counsel, Loraine M. Cortese-Costa, Esq., Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C., 1057 Broad Street, Bridgeport, CT 06604.

                                            PLAINTIFF

                                        By:
                                            Marc P. Mercier
                                            Beck & Eldergill, P.C.
                                            447 Center Street
                                            Manchester, CT 06040
                                            (860) 646-5606
                                            Fed Bar No: ct10886

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed, via overnight mail, this 23rd day of February, 2004 to the following parties:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne Radano, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

                                                                Marc P. Mercier

Estanislau\Not02-04.pld