UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 26  9 48 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ARTHUR ESTANISLAU, : CIVIL ACTION NO.
    Plaintiff, : 3:02CV1515 (PCD)
:
v. :
:
MANCHESTER DEVELOPERS, LLC, :
    Defendant. : FEBRUARY 25, 2004

## JOINT REQUEST FOR SETTLEMENT CONFERENCE WITH JUDGE OR MAGISTRATE JUDGE

The parties to the above-captioned matter, by and through their undersigned counsel, hereby request the scheduling of a Settlement Conference before a Judge or Magistrate Judge. Although some settlement discussions have taken place in this matter, they appear to be at an impasse. Counsel believe that settlement may be possible but not likely without the intercession of a Judge or Magistrate Judge. The parties are in the process of preparing their compliance with the Trial Preparation Order and, to the extent those costs can be minimized, that would facilitate any possible settlement. Accordingly, the parties request that if their request is granted, that the Settlement Conference be scheduled at the earliest possible opportunity.

Done at Bridgeport, Connecticut this 25th day of February, 2004.

_____    _____
Marc P. Mercier                     Loraine M. Cortese-Costa
Beck & Eldergill, P.C.              DURANT, NICHOLS, HOUSTON,
447 Center Street                   HODGSON & CORTESE-COSTA, P.C.
Manchester, CT 06040                1057 Broad Street
860-646-5606                        Bridgeport, CT 06604
Federal Bar No. ct10886             (203) 366-3438
                                    Federal Bar No. ct03984
ATTORNEYS FOR PLAINTIFF             ATTORNEYS FOR DEFENDANT

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 25th day of February, 2004 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT 06040

*Loraine M. Cortese-Costa*
Loraine M. Cortese-Costa

P:\lit\CTC\586800\003\00038587.DOC