**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ARTHUR ESTANISLAU | : |
|  | : |
| VS. | :   CASE NO. 3:02CV1515 (PCD) |
|  | : |
| MANCHESTER DEVELOPERS, LLC | : |

**ENDORSEMENT ORDER**

The Joint Request for Settlement Conference with Judge or Magistrate Judge, document no. 48, is GRANTED. A conference is scheduled with Judge Dorsey on Monday, March 1, 2004, at 2:30 p.m.

SO ORDERED. Dated at New Haven, Connecticut, this 26th day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court