FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | MARCH 9, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, the Defendant requests an enlargement of time to serve Section B of the Trial Preparation Order until March 12, 2004. Due to the press of business and computer problems, Defendant requires additional time to prepare its respective section. Plaintiff's counsel has been contacted and has no objection to this motion for extension of time.

This is the Defendant's second request for an enlargement of time regarding this deadline. The case is not assigned for trial.

Done at Bridgeport, Connecticut this 9th day of March, 2004.

Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
Federal Bar No. ct22941
ATTORNEYS FOR DEFENDANT

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 9th day of March, 2004 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

Pamela J. Coyne

P:\lit\CTC\586800\003\00037860.DOC