FILED

Mar 15  1 41 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | MARCH 12, 2004 |

### DEFENDANT'S NOTICE OF SERVICE

Pursuant to the Court's Trial Preparation Order dated January 13, 2004, Defendant hereby submits its Notice of Service of its Trial Preparation Order Section B Compliance this date on all counsel and *pro se* parties of record.

Done at Bridgeport, Connecticut this 12th day of March, 2004.

Pamela J. Coyne (ct22941)
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
ATTORNEYS FOR DEFENDANT