FILED
MAR 17  9 54 AM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | MARCH 16, 2004 |

## JOINT MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, Plaintiff and Defendant request an enlargement of time to serve Section C of the Trial Preparation Order until April 2, 2004. Plaintiff requires additional time because of the two (2) day extension granted to Defendant to file its Section B, and because Plaintiff's counsel is scheduled to attend hearings on March 29, 30 and 31, 2004. Defendant requires additional time due to the press of business. Counsel have discussed and consent to each other's request for an extension of time.

This is the parties' second request for an enlargement of time regarding this deadline. The case is not assigned for trial.

Done at Bridgeport, Connecticut this 16th day of March, 2004.

*Pamela Coyne* (signature)
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
Federal Bar No. ct22941
ATTORNEYS FOR DEFENDANT

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 16th day of March, 2004 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

                                                                                       */s/ Pamela J. Coyne*
                                                                                       Pamela J. Coyne

P:\lit\pjc\586800\003\00038889.DOC