UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR ESTANISLAU

   -vs-                                                       Civil No. 3:02 cv 1515 (PCD)

MANCHESTER DEVELOPERS, LLC

## ENDORSEMENT ORDER

The parties' joint motion for extension of time until April 2, 2004 to serve Section C of the Court's Trial Preparation Order (Doc. #53) is hereby GRANTED.

This case has been placed on the April 20, 2004 Jury Selection Calendar, with trial to be scheduled to commence thereafter.

SO ORDERED.

Dated at New Haven, Connecticut, March 19, 2004.

                                   /s/_____
                                         Peter C. Dorsey, Senior
                                         United States District Judge