

'Opportunity * UI ance d' uppor S r)t

*Wage And Workplace Standards Division*

*Wage    Payment*
*(8M)) 263-6790*

*Minimul/1 Wage/Overtime (860)*
*263-6790 Website*

*www.ctdo!.state.ct.lIs*

Working ('o/lditio/ls
(860) 263-(79)

Public CO/ltract Complia/lce
(8M)) 263-67CJO
Fax
(8M)) 263-6541

March 3, 2004

Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston,
Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604-4219

Dear Ms. Cortese-Costa:

This letter is in response to your request for an infonnal opinion on credit for lodging. This infonnal opinion is based solely on the infonnation you submitted on March 2, 2004.

The regulation that covers this matter is 31-60-3 deductions and allowances for reasonable value of board and lodging, specifically subsection (t). That subsection states in part, "..when housing consisting of more than one room is provided for the employee and such circumstances are established in the hiring agreement, the labor commissioner shall establish a reasonable allowance for such housing..."

As long as it is not a deduction from wages and is used as a credit towards the minimum wage, we would not have to approve the amount as long as it meets the guidelines of subsection (t).

I trust this answers your inquiry;

sm:;(U
Gary K. Pechie
Director
GKP:pr

Exhibit 1