**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.         : | CIVIL ACTION NO: 3:02CV1515(PCD) |
|     Plaintiff                             : | |
|                                                  : | |
| VS.                                             : | |
|                                                  : | |
| MANCHESTER DEVELOPERS, LLC   : | |
|     Defendant                          : | APRIL 2, 2004 |
|                                                  : | |

### PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE REGARDING CREDIT OR DEDUCTIONS FOR LODGING PROVIDED TO THE PLAINTIFF

The Plaintiff, Arthur Estanislau, hereby moves this Court to enter an order precluding the Defendant from offering evidence related to the value or cost of lodging which the Defendant provided to the Plaintiff and preclude evidence regarding any claimed "credit" by the Defendant related to lodging.

In support of this motion, Plaintiff states that any such "credit" for lodging is precluded as a matter of law, the Defendant may not claim lodging as a deduction of overtime pay owed the Plaintiff. Further, the Defendant has not complied with the prerequisite requirements of the FLSA related to "credits" for lodging nor has the Defendant disclosed any evidence related to the Defendant's cost of furnishing any claimed credit.

                                                          PLAINTIFF

                    By:

                    Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Tel: (860) 646-5606
Fed Bar No: ct10886

## CERTIFICATION

     I hereby certify that a copy of the foregoing has been mailed this 2nd day of April    2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604


                                                     _____
                                                     Marc P. Mercier

Estanislau\MoLimLod04-04.pld