UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, JR. | : | CIVIL ACTION NO: 3:02CV1515(PCD) |
|    Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC | : | |
|    Defendant | : | APRIL 2, 2004 |

### PLAINTIFF'S MOTION IN LIMINE RE: EVIDENCE

The Plaintiff, Arthur Estanislau, hereby moves this Court to enter an order precluding the Defendants from offering evidence of prior citations, arrests, infractions, convictions, or prior 'bad acts' of the Plaintiff and past tax returns prepared prior to employment with the Defendant, and alleged misrepresentations on Plaintiff's employment application with Defendant.

In support of this motion, Plaintiff states that such evidence is irrelevant and offered to prove the 'bad character' of the Plaintiff and is therefore precluded by Fed. R. Evid. 401, 404, 608(b) and 609.  In further support of this motion, Plaintiff submits the Memorandum of Law filed herewith.

PLAINTIFF

By:
        Marc P. Mercier
        Beck & Eldergill, P.C.
        447 Center Street
        Manchester, CT 06040
        (860) 646-5606
        Fed Bar No: ct10886

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, this 2nd day of April 2004, to the following:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

_____
Marc P. Mercier

Estanislau\MoLimEvid04-04.pld