**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, JR.<br>　　Plaintiff | : | CIVIL ACTION NO: 3:02CV1515(PCD) |
| | : | |
| VS. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC<br>　　Defendant | :<br>:<br>: | APRIL 2, 2004 |

### PLAINTIFF'S PROPOSED JURY INTERROGATORIES AND VERDICT FORM

I. Violation of the Fair Labor Standards Act, 29 U.S.C. **Section 201 et seq.**

　　**Question #1.** Was Plaintiff's residence on-site at Aspen Woods primarily for the benefit or convenience of the Defendant?

　　　　Yes _____

　　　　No _____

If the answer to Question #1 is **yes**, then proceed to Question #2.

If the answer to Question #2 is **no**, then proceed to Question #4.

　　**Question #2.** Has the Plaintiff proven by a preponderance of the evidence that he is entitled to compensation from Defendant for unpaid overtime?

　　　　Yes _____

　　　　No _____

　　**Question #3.** If the answer to Question #2 is **yes**, keeping in mind that the Plaintiff is entitled to damages for any deductions made by Defendant to

his wages for and/or because of the housing it provided to the Plaintiff, we find that the following amount will compensate the plaintiff for his unpaid overtime:

$ _____

If you have have awarded the Plaintiff compensation in Question #3, proceed to question #6.

**Question #4**. Has the Plaintiff proven by a preponderance of the evidence that he is  entitled to compensation from Defendant for unpaid overtime?

Yes _____

No  _____

**Question #5**. If the answer to Question #4 is **yes**, we find that the following amount       will compensate the plaintiff for his unpaid overtime, keeping in mind that, the Plaintiff is not entitled to compensation for any deductions made by Defendant to his wages for and/or because of the housing it provided to the Plaintiff.

$ _____

**II. Violation of Conn. Gen. Stat. Section 31-72**

**Question #6.** Has the Plaintiff proven by a preponderance of the evidence that he is     entitled to compensation from Defendant for unpaid overtime?

Yes _____

No  _____

If **yes**, proceed to Question #7.

If **no**, proceed to Question #8.

**Question #7.** If the answer to Question #6 is **yes**, and keeping in mind your answers respect to Interrogatory #1, and your decision with respect to the Plaintiff's entitleme

nt to damages for deductions made by Defendant to his wages for and/or because of the housi

ng it provided to the Plaintiff, we find that the following amount will compensate the Plaintiff for his unpai

d overtime:

$ _____

If you have awarded the Plaintiff compensation under **Section II**, proceed to Question #8

**Question #8**. Did the Defendant act in bad faith, arbitrarily or unreasonably?

Yes _____
No  _____

**III. Violation of Conn. Gen. Stat. Section 31-68**

**Question #9**. Has the Plaintiff proven by a preponderance of the evidence that he is entitled to compensation from Defendant for unpaid overtime?

Yes _____

No  _____

If **yes**, proceed to Question #10.

If **no**, proceed to Question #12.

**Question #10**. If the answer to Interrogatory #9 is **yes**, and keeping in mind your answers respect to Interrogatory, and your decision with respect to the Plaintiff's entitlement to damages for deductions made by Defendant to his wages for and/or because of the housing it provided to the Plaintiff, we find that the following amount will compensate the Plaintiff for his unpaid overtime:

$

If you have awarded the Plaintiff compensation under **Section III**, proceed to Question #11

**Question #11.** Did the Defendant act in bad faith, arbitrarily or unreasonably?

Yes _____

No  _____

### III.  TOTAL AWARD

**Question #12.** If you have awarded the Plaintiff damages on more than one claim, keeping in mind my instructions on double recovery, what is your total award of damages for the plaintiff:

$

Foreperson

PLAINTIFF


By:
   Marc P. Mercier
   Beck & Eldergill, P.C.
   447 Center Street
   Manchester, CT 06040
   (860) 646-5606
   Fed Bar No: ct10886

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed this 2nd day of April, 2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

_____
Marc P. Mercier

Estanislau\JuryInterrog04-04.pld