UNITED STATES DISTRICT COURT
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, JR. | : | CIVIL ACTION NO: 3:02CV1515(PCD) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC | : | |
|     Defendant | : | APRIL 2, 2004 |
| | : | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

The questions to be asked of you are not intended to embarrass you or pry

into your private affairs.  If, for any reason, you would prefer not to answer any of the

questions put to you in front of other members of the jury panel, please let me know.

 You will be invited up to the sidebar and will be allowed to respond privately in my

presence and in the presence of the lawyers for the parties.

Although my questions are directed to "you" individually, you should also

respond if the questions apply to a member of your family, or to a close friend, to the

extent that you might be affected by these experiences.

1. Have you, or has any member of your family or any close friend, ever been a
Plaintiff in a lawsuit?


2. Have you, or has any member of your family or any close friend, ever been a
Defendant in a lawsuit?

3. Do you or have you or any member of your family lived in apartments owned or operated by the Defendant?

4. Have you, or has any member of your family or a close friend, ever lived in an apartment building that had a maintenance superintendent?

5. Have you, or has any member of your family or any close friend, ever been involved in any kind of dispute or disagreement with the Defendant?

6. Have you, or has any member of your family or any close friend, ever held a job that came with housing from the employer?

7. Have you, or has any member of your family, ever held a job that required carrying a beeper?

8. Have you, or has any member of your family or a close friend, ever had a dispute with your employer over payment of an hourly or overtime wage?

9. Have you, or has any member of your family or a close friend, ever had any other dispute with an employer?

10. Have you, or has any member of your family or a close friend, ever been self-employed or the owner of a business?

11. If so, have you had to hire employees?

12. Is there anything about that experience that might affect your view of this case, given that this case involves a claim for overtime compensation?

13. Have you, or has any member of your family or a close friend, ever employed anyone on an hourly basis?

14. Is there anything about that experience that might affect your view of this case, given that this case involves a claim for overtime compensation?

15. Have you ever been a landlord?

16. Have you employed people to help you as a landlord?

17. Is there anything about that experience that might affect your view of this case, given that this case involves a claim for overtime compensation?

18. Is there anyone who feels that they will be predisposed to one side or the other given that this case is brought by a former employee against the Defendant for alleged failure to pay overtime wages?

19. Is there anyone here who has ever worked for or had any kind of business relationship with the Defendant?

20. As you know, this is a case in which the Plaintiff is seeking an award of money damages against the Defendant. Given this fact, is there anyone here who would feel uncomfortable awarding money damages to the Plaintiff if he meets the burden of proving his case?

PLAINTIFF


By:
    Marc P. Mercier
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040
    (860) 646-5606
    Fed Bar No: ct10886

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing has been mailed this 2ND day of April, 2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604


_____
Marc P. Mercier


Estanislau\Voirdire04-04pld