HONORABLE

TOTAL TIME: _____ hours _____ minutes

DATE: _____  START TIME: _____ END TIME: _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ (if more than ½ hour)

CIVIL NO. _____

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Plaintiff's Counsel

Defendant's Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ Call of the Calendar held ☐ Call of the Calendar over to _____
☑ ☑ Jury Selection held ☐ Jury Selection continued until _____
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed

☑ **88** # jurors present

☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☑ Voir Dire by Court

☑ Peremptory challenges exercised (See attached)

☑ Jury of **8** drawn (See attached) ☑ and sworn ☐ Jury Trial commences

☐ Remaining jurors excused

☐ Discovery deadline set for _____

☐ Disposition Motions due _____

☐ Joint trial memorandum due _____

☑ Trial continued until **5/12** at **10:00 a.m**

☑ COPY TO: JURY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Arthur Feinstein
vs
Manchester Dev

CASE NO: 3:02cv1515

### CIVIL CHALLENGES

1. 29 - Jeffrey Skaaning
2. 37 - Jerry Dalmaso
3. 48 - Jack Pasquale
4. 69 - James Misert
5. 
6. 
7. 
8. 

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 

**Counsel for Plaintiff (s)**

Marc P. Mercier

**Counsel for Defendant (s)**

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Arturo Astanielas

vs.                                    CASE NO. 

Manchester Day, LLC

### CIVIL CHALLENGES

| | |
|---|---|
| 1. _____ | 1. 23 - Gordon Phillips |
| 2. _____ | 2. 37 - Donna _____ |
| 3. _____ | 3. 39 - Nicholas D'Angelo |
| 4. _____ | 4. 59 - Elaine Tralette |
| 5. _____ | 5. _____ |
| 6. _____ | 6. _____ |
| 7. _____ | 7. _____ |
| 8. _____ | 8. _____ |

**Counsel for Plaintiff (s)**            **Counsel for Defendant (s)**

_____                         _/s/ L. Cost_____

_____                         _/s/ PJb_____

_____                         _____

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

3.02CV1515

Date 4/20/04
Time 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100168782 | 02-0020 | ORLANDO, ELIZABETH<br>SEYMOUR — CASE MGMT | |
| 2 | 100178113 | 02-0058 | ESTEVES, NANCY L<br>EAST HAVEN — PRINCIPAL | |
| 3 | 100148270 | 02-0015 | MCGOVERN, CINDY M<br>NORTHFORD — CONTRACTS ADMIN | |
| 4 | 100154174 | 02-0007 | THOMAS, VICTORIA J<br>NEW HAVEN | |
| 5 | 100080622 | 02-0086 | LAPOINTE, IRENE E<br>LEBANON — PROPERTY APPRAISER | |
| 6 | 100070249 | 02-0106 | BAILEY, BRIAN J<br>COLCHESTER — CONTRACT ADMIN | |
| 7 | 100073062 | 02-0109 | LEE, TALSOON<br>WATERFORD — RETIRED | |
| 8 | 100136404 | 02-0024 | WOLAK, JOEL J<br>HADDAM — BANKING | |
| 9 | 100069834 | 02-0014 | REDDING, PAUL<br>NIANTIC — UNEMPLOYED | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR222(PCD)**  
Description: **US V KING**

Date: **4/20/04**  
Time: **9:04 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100128789 | 02-0142 | GILLEN, JANET R <br> MILFORD <br> SECRETARY | |
| 11 | 100171109 | 02-0051 | O'NEIL, ARTHUR H <br> MILFORD <br> LETTER CARRIER | |
| 12 | 100167803 | 02-0022 | CATES, ALISA <br> WEST HAVEN <br> CALL RECEIVING OPERATOR | |
| 13 | 100176796 | 02-0059 | FRITZ, CHRISTINE H. <br> CROMWELL <br> PAYROLL | |
| 14 | 100168623 | 02-0062 | DIEDRICH, OLIVER J <br> NAUGATUCK <br> BIOLOGIST | |
| 15 | 100152045 | 02-0116 | BEIER, LAURA L <br> MERIDEN <br> X-RAY TECH | |
| 16 | 100077234 | 02-0090 | SHINE, KEVIN P <br> LEDYARD <br> MECHANIC | |
| 17 | 100085899 | 02-0027 | MILLER, STEPHEN R <br> WALLINGFORD <br> MANAGER | |
| 18 | 100149037 | 02-0064 | GUIDITTA JR, NICHOLAS V <br> WOLCOTT | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:03CR222(PCD)  
Description: US V KING

Date: 4/20/04  
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100151055 | 02-0149 | AVALLONE, FRANK<br>GUILFORD    RETIRED | |
| 20 | 100150733 | 02-0102 | MORROW, HARRY J<br>WALLINGFORD    TECHNICIAN | |
| 21 | 100157138 | 02-0052 | DURYEA, RICHARD F<br>CLINTON    TRACTOR DRIVER | |
| 22 | 100159240 | 02-0012 | RUSSELL, PRISCILLA J<br>NORTH BRANFORD    CARE MANAGER | |
| ~~23~~ | 100139161 | 02-0077 | PHILLIPS, GORDON S    — e perm<br>EAST HADDAM    WAREHOUSE WORKER | PD |
| 24 | 100140995 | 02-0075 | PRINZ, BRIAN A<br>GUILFORD    COMPOSITE MANUFACTUER | |
| 25 | 100072058 | 02-0017 | LACCETTI, LUCILLE B<br>GROTON    SCIENTIST | |
| 26 | 100178079 | 02-0073 | MORSE, CHRIS R<br>MILFORD    STUDENT | |
| ~~27~~ | 100132259 | 02-0100 | JASIECKI, DONNA J<br>MIDDLETOWN    HOMEMAKER | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR222(PCD)**
Description: **US V KING**

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100176421 | 02-0008 | DYNARSKI, BRIDGET C — RECEPTIONIST — MERIDEN | |
| ~~29~~ | 100172796 | 02-0040 | SKAANNING, JEFFREY M — LP SUPER — MIDDLEFIELD | PP |
| 30 | 100136673 | 02-0016 | YURAVICH JR, ALBERT J — ANTIQUES DEALER — NAUGATUCK | |
| 31 | 100152856 | 02-0023 | LEMELIN, HEATHER A — HOMEMAKER — KILLINGWORTH | |
| 32 | 100176971 | 02-0089 | BRIDWELL, JENNIFER M — DOG TRAINER — MILFORD | |
| 33 | 100151630 | 02-0047 | GOSS, BRENDA L — UNION CARPENTER — SOUTHBURY | |
| ~~34~~ | 100147069 | 02-0139 | D'ANGELO, NICHOLAS J — WAREHOUSE WORKER — NORTH HAVEN | PP PD |
| 35 | 100132806 | 02-0028 | LIVINGSTON, GAIL M — ASSEMBLER — WALLINGFORD | |
| 36 | 100173683 | 02-0046 | WYNN, WILLIAM — NEW HAVEN | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (37) | 100163938 | 02-0029 | DALMASO, JERRY R  WATERBURY | SALES | PP |
| (38) | 100155660 | 02-0004 | NEMPHOS, ANN M  CHESHIRE | COMPUTER APP | r |
| 39 | 100147599 | 02-0060 | WILDES, JAMES E  HAMDEN | ATTORNEY | |
| 40 | 100140468 | 02-0123 | BANKO, ALLEN T  WALLINGFORD | COMPUTER SPECIALIST | |
| 41 | 100156109 | 02-0001 | RUSSELL, KEVIN J  WATERBURY | FIREFIGHTER | |
| 42 | 100144057 | 02-0076 | KENNEY, PATRICIA A  KILLINGWORTH | SEAMSTRESS | |
| 43 | 100178618 | 02-0141 | TYNAN, PAMELA S  NAUGATUCK | R.N. | |
| 44 | 100164517 | 02-0095 | ZAMBETTI, ALEXANDER G  WOLCOTT | BUSINESS OWNER | |
| 45 | 100141416 | 02-0114 | PHILLIPS, MARGARET M  WOLCOTT | CRISIS PREGNANCY CTR | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR222(PCD)**  
Description: **US V KING**

Date 4/20/04  
Time 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100160219 | 02-0150 | **KEELER, MARIA A** <br> WEST HAVEN | MARKETING PROGRAM MGR | |
| 47 | 100150979 | 02-0067 | **WALTON, KAREN E** <br> BETHANY | OFFICE ASST | |
| 48 | 100160078 | 02-0030 | **PASQUALE, JACK M** <br> WALLINGFORD | PATENT ATTORNEY | PP |
| 49 | 100149206 | 02-0127 | **SAWYER III, ROBERT G** <br> KILLINGWORTH | ENGINEER | |
| 50 | 100071372 | 02-0070 | **MARTINEZ, JANINE M** <br> NORWICH | INSTRUCTOR | |
| 51 | 100134903 | 02-0113 | **KERNAN, KAREN R** <br> BRANFORD | WRITER | |
| 52 | 100148278 | 02-0082 | **BARNES, JOHN G** <br> CLINTON | FACILITIES LEAD | |
| 53 | 100158523 | 02-0133 | **HANSEN, MONICA A** <br> HIGGANUM | SPECIAL ED TEACHER | |
| 54 | 100132582 | 02-0039 | **KELMACHTER, BARRY L** <br> CHESHIRE | PATENT ATTORNEY | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:03CR222(PCD)  
Description: US V KING

Date: 4/20/04  
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ~~55~~ | 100070529 | 02-0091 | FELD, LAWRENCE C — NEW LONDON — MECHANIC | |
| 56 | 100173396 | 02-0013 | ROBINSON, SANDRA L — MILFORD — SECRETARY | |
| 57 | 100091958 | 02-0011 | BAIN, KELLY — OXFORD — ENGINEERING ASST | |
| (58) | 100167504 | 02-0032 | CHAWLA, HARPAL S — SEYMOUR — SR TEST ENGINEER | 2 |
| ~~59~~ | 100168993 | 02-0093 | TIROLETTO, ELAINE — NORTH HAVEN — ACCOUNTING MGR | PD |
| (60) | 100172251 | 02-0132 | MANLEY, RUTH H — GUILFORD — CLINICAL SOCIAL WORKER | |
| ~~61~~ | 100079547 | 02-0048 | SHELTON, JUSTIN A — WATERFORD — CONTRACTOR | 3 |
| 62 | 100155586 | 02-0104 | MALONEY, JOAN K — MIDDLEBURY — RETIRED | |
| (63) | 100142346 | 02-0037 | HARPER, DEBORAH S — OXFORD — RETIRED | 4 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: PETER C. DORSEY  
Event: 3:03CR222(PCD)  
Description: US V KING

Date: 4/20/04  
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (64) | 100148140 | 02-0098 | LADD, MICHAEL J<br>BRANFORD | GRADUATE STUDENT | 5 |
| 65 | 100127574 | 02-0071 | CAPALDO, CHRISTINE M<br>WATERBURY | TEACHER | |
| 66 | 100071629 | 02-0140 | CLARKE, WILLIAM D<br>NORTH STONINGTON | CARPENTER | |
| 67 | 100079864 | 02-0107 | CARVALHO, ANTHONY JOHN<br>GROTON | MECHANICAL OPERATOR | |
| 68 | 100161482 | 02-0042 | CARUSO, JOSEPH<br>WATERBURY | MAINTENANCE SUPERVISOR | |
| (69) crossed out | 100146934 | 02-0041 | MISENTI, JAMES A<br>EAST HADDAM | BUSINESS OWNER | PP |
| (70) | 100149135 | 02-0068 | AMUNDSEN, CARL<br>MILFORD | | 6 |
| (71) | 100160594 | 02-0092 | POMEROY, LAWRENCE S<br>NEW HAVEN | AUDIO TECH | 7 |
| (72) | 100158794 | 02-0124 | BURKE, ANGELIQUE M<br>NORTH BRANFORD | SALES SUPPORT MGR | 8 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (73) | 100132853 | 02-0019 | MERCIER, PATRICIA F — WATERBURY — TOOLSETTER | |
| (74) | 100140881 | 02-0128 | WHEATON, JOSEPHINE R — MILFORD — PROJECT COORDINATOR | |
| (75) | 100069494 | 02-0121 | MIESZKOWICZ, LISA A — COLCHESTER — PURCHASING AGENT | |
| 76 | 100071392 | 02-0084 | LAKE, ELIZABETH A — NORWICH — COORDINATOR | |
| 77 | 100175335 | 02-0143 | ANTOINE, JACQUES — HAMDEN — DEPT MGR | |
| 78 | 100177962 | 02-0005 | MATTERAZZO, WILLIAM P — EAST HAMPTON — MATERIALS SUPERVISOR | |
| 79 | 100067608 | 02-0147 | JEAN, GEDEON — NEW LONDON — CARD DEALER | |
| 80 | 100176254 | 02-0010 | VISCIONE, GARY A — WESTBROOK — COMPUTER ANALYST | |
| 81 | 100149850 | 02-0101 | MILLER, KENNETH S — ORANGE — ACCOUNTANT | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 82 | 100071999 | 02-0055 | MARION, ROSEMARIE A<br>VOLUNTOWN<br>SECRETARY | |
| 83 | 100158530 | 02-0087 | PRICKETT, ROGER A<br>NAUGATUCK<br>MATERIALS MANAGER | |
| 84 | 100140553 | 02-0018 | MUCIK, PAUL M<br>MERIDEN<br>INSPECTOR | |
| 85 | 100158625 | 02-0145 | SIMPSON, JAMES ANGUS<br>HADDAM NECK<br>COLLEGE ADMINISTRATOR | |
| 86 | 100073447 | 02-0078 | MORGAN, GARY W<br>OAKDALE<br>ENGINEER | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 10 of 10