**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ARTHUR ESTANISLAU

    vs                                          Civil No. 3:02 cv 1515 (PCD)

MANCHESTER DEVELOPERS, LLC

<u>ENDORSEMENT ORDER</u>

      The defendant's motion for extension of time until March 12, 2004 to serve Section B of the Court's Trial Preparation Order (Doc. #51) is hereby GRANTED NUNC PRO TUNC.

    SO ORDERED.

    Dated at New Haven, Connecticut, April 23, 2004.

                                          /s/ _____
                                                        Peter C. Dorsey, Senior
                                                        United States District Judge