UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | APRIL 29, 2004 |

### DEFENDANT'S MOTION *IN LIMINE* REGARDING EVIDENCE OF WAGE CLAIMS BY OTHER EMPLOYEES

Defendant, by and through undersigned counsel, hereby moves the Court for an Order precluding the introduction of any testimony or evidence of other wage claims by Defendant's employees at the trial of the above-captioned matter.

The grounds for this motion are fully set forth in the accompanying memorandum of law.

**ORAL ARGUMENT REQUESTED**

Done at Bridgeport, Connecticut this 29th day of April, 2004.

                                                  _____
Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
Federal Bar No. ct3984

ATTORNEYS FOR DEFENDANT

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 29th day of April, 2004 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

*[signature]*
Loraine M. Cortese-Costa

P:\lit\LCC\586800\003\00039629.DOC