UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARTHUR ESTANISLAU,** | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MANCHESTER DEVELOPERS, LLC,** | : | |
| | : | |
| Defendant. | : | APRIL 29, 2004 |

## DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF'S WAGE CALCULATION CALENDAR AND WAGE CALCULATION

Defendant, by and through undersigned counsel, hereby moves the Court for an Order precluding the introduction by Plaintiff of two proposed exhibits which are hearsay and do nothing more than summarize what he would like to prove but cannot and which will confuse and mislead the jury.

The grounds for this motion are as more fully set forth in the accompany memorandum of law.

Done at Bridgeport, this 29th day of April, 2004.

Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203)366-3438
Federal Bar No. ct3984
ATTORNEYS FOR DEFENDANT

# **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 29th day of April, 2004 to all counsel and **pro se** parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

*[signature]*
Loraine M. Cortese-Costa

P:\lit\LCC\586800\003\00039661.DOC