

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.<br>Plaintiff : | CIVIL ACTION NO: 3:02CV1515(PCD) |
| VS. : | |
| MANCHESTER DEVELOPERS, LLC :<br>Defendant : | MAY 7, 2004 |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE REGARDING EVIDENCE OF WAGE CLAIMS BY OTHER EMPLOYEES

Defendant, by its aforementioned motion in limine, seeks to preclude any evidence related to two previous wage claims brought against Defendant. Defendant claims that the admission of such evidence would be unduly prejudicial, confuse the issues or mislead the jury.

Although Defendant is correct in its claims that neither of these previous action established liability on the part of Defendant, Plaintiff does not seeks to impugn the Defendant by the introduction of this evidence. Plaintiff will stipulate to a limiting instruction by the court. However the relevancy of the evidence is not 'prior bad acts' by Defendant, but Defendant's own claims regarding the motivation and basis of its conduct with Plaintiff.

As has been well established, it is Plaintiff's claim that the various policies, procedures and memorandum created by Defendant regarding the recording of time and overtime by Plaintiff were manipulations and did not reflect any agreement with Plaintiff, but

rather, were mere subterfuge to conceal the Defendant's failure to pay wages.

Plaintiff will seek to provide evidence, through Defendant's own admissions, that the various policies, procedures and memorandum created by Defendant regarding the recording of time and overtime were created in response to one of the previous wage actions brought by Kevin Chameroy. Defendant's own admission will establish that Defendant's motivation and basis of its conduct was the prior wage claim.

Plaintiff will be required therefore to reference the previous wage claim. Plaintiff, however, has no intention to address the substance or result of the previous claim and will stipulate to any appropriate limiting instruction sought by Defendant.

PLAINTIFF

By: _____
Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Fed Bar No: ct10886

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed via overnight mail this 7TH day of May, 2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

_____
Marc P. Mercier

Estanislau\MemOppLimEvid05-04.pld