FILED



May 11    1 32 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | **CIVIL ACTION NO.** |
| | : | **3:02CV1515 (PCD)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | **MAY _11_, 2004** |

### DEFENDANT'S MOTION TO FILE CORPORATE
### TAX RETURNS UNDER SEAL AND FOR PROTECTIVE ORDER

Defendant, by and through its undersigned counsel, hereby moves the Court for an Order

to file its corporate tax returns for the years 2000-2002 under seal, so that they are not made part

of the public record and for a protective order permitting review of the documents by Plaintiff's

counsel only and only for the purposes of this litigation.

The grounds for this motion are as follows:

(1)    In this action, Plaintiff seeks reimbursement of allegedly unpaid overtime wages;

(2)    Defendant has asserted entitlement to a credit for lodging and intends to introduce

its corporate tax returns for the years 2000-2002 into evidence to show that the

"reasonable cost" of the lodging provided, as defined by the applicable

regulations, exceeds the fair market value;

(3)    These tax returns contain highly private and confidential information relating to

the Defendant's financial status;

(4)    Permitting public access to these records would impermissibly invade the privacy

of the Defendant.

For the foregoing reasons, Defendant respectfully moves the Court for an order to file its

corporate tax returns for the years 2000-2002 under seal.

Done at Bridgeport, this *11th* day of May, 2004.

Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203)366-3438
Federal Bar No. ct3984
ATTORNEYS FOR DEFENDANT

P:\lit\pd\586800\003\00039860.DOC

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this _11_<sup>th</sup> day of May, 2004 to all counsel and <u>pro</u> <u>se</u> parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

_Loraine M. Cortese-Costa_
Loraine M. Cortese-Costa

P:\lit\pd\586800\003\00039858.DOC