TOTAL TIME: 4 hours 40 minutes

DEPUTY CLERK B. Kurko   HONORABLE _____   RPTR/ERO TAPE Falcone

DATE 5/12/04   START TIME 11:00   END TIME 5:05
LUNCH RECESS FROM 1:00 TO 2:00
RECESS FROM ____ TO ____ (if more than 1/2 hour)

Arthur Estanislau

CIVIL NO. 3:02CV1515(PCD)

vs.

Manchester Developers, LLC

Plaintiffs Counsel: Marc Mercier

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: Pamela Coyne, Loraine Cortese-Costa

## CIVIL JURY/COURT TRIAL

☑ Jury of __ report (see attached) ☐ Jury sworn
☑ Jury Trial held  ☑ Jury Trial continued until 5/13/04 at 10 am
☐ Court Trial held  ☐ Court Trial continued until ____ at ____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

- # __ Motion _____ ☐ granted ☐ denied ☐ advisement
- # __ Motion _____ ☐ granted ☐ denied ☐ advisement
- # __ Motion _____ ☐ granted ☐ denied ☐ advisement
- # __ Motion _____ ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- Oral motion _____ ☐ granted ☐ denied ☐ advisement
- Oral motion _____ ☐ granted ☐ denied ☐ advisement

☑ Juror #2 Angelique Burke excused

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf ____ ☐ Deft ____ Reply ____
☐ Summation held  ☐ Court's Charge to the Jury
☑ All full exhibits,  ☐ Verdict Form handed to the jury  ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

# Jury List

Judge: PETER C. DORSEY  
Event: 3:02CV1515(PC  

Date: 5/12/04     Please Sign In

Date: 4/20/04  
Time: 4:19 PM

| Seat# | Part No. | Name | | Type | Signature |
|---|---|---|---|---|---|
| 1 | 100149135 | AMUNDSEN, CARL | | Juror | Carl Amundsen |
| 2 | 100158794 | BURKE, ANGELIQUE M | (excused on 5/11/04) | Juror | |
| 3 | 100167504 | CHAWLA, HARPAL S | | Juror | Harpal Chawla |
| 4 | 100142346 | HARPER, DEBORAH S | | Juror | Deborah S Harper |
| 5 | 100148140 | LADD, MICHAEL J | | Juror | Michael Ladd |
| 6 | 100155660 | NEMPHOS, ANN M | | Juror | Ann Nemphos |
| 7 | 100160594 | POMEROY, LAWRENCE S | | Juror | Lawrence Pomeroy |
| 8 | 100079547 | SHELTON, JUSTIN A | (no show) | Juror | |