02-1515 0

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT FILED

May 13  6 36 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Arthur ESTANISLAU, JR.,
    Plaintiff,

vs.                                         : Case No. 3:02cv1515 (PCD)

MANCHESTER DEVELOPERS, LLC
    Defendant.

## ORDER RE: MOTION TO FILE UNDER SEAL

Defendant moves [Doc. No. 86] to file its corporate tax returns for the years 2000-02

under seal. Defendant's motion is **granted**. Defendant shall disclose copies of the tax returns to

Plaintiff for use at trial, however, such use is subject to the documents being under seal and no

further disclosure shall be made.

SO ORDERED.

Dated at New Haven, Connecticut, May 12, 2004

_____
Peter C. Dorsey, U.S. District Judge
United States District Court