HONORABLE **P. C. Dorsey**
DEPUTY CLERK **Brooks**   RPTR/ERO/TAPE
TOTAL TIME: ____ hours ____ minutes
DATE **5/13/04**   START TIME **10:05a**   END TIME **3:05p**
LUNCH RECESS FROM **1:05p** TO **2:00p**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Estanislau**   CIVIL NO. **3:02cv1515 PCD**   **Marc Mercier**
                                                 Plaintiffs Counsel
                                      ☐ SEE ATTACHED CALENDAR FOR COUNSEL
vs.                                   **Coyne / Cortese-Costa**
**Manchester Dev, LLC**                Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of **6**   report (see attached) ☐ Jury sworn
☑ ☑ Jury Trial held  ☑ Jury Trial continued until **5/17/04** at **12:30p**
☐ Court Trial held  ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: PETER C. DORSEY   Date: 4/20/04
Event: 3:02CV1515(PC   Time: 4:19 PM

Date: 5/13/04

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100149135 | AMUNDSEN, CARL | Juror | *Carl Amundsen* |
| ~~2~~ | ~~100150794~~ | ~~BURKE, ANGELIQUE M~~ | ~~Juror~~ | |
| 3 | 100167504 | CHAWLA, HARPAL S | Juror | *Harpal Chawla* |
| 4 | 100142346 | HARPER, DEBORAH S | Juror | *Deborah Harper* |
| 5 | 100148140 | LADD, MICHAEL J | Juror | *Michael Ladd* |
| 6 | 100155660 | NEMPHOS, ANN M | Juror | *Ann Nemphos* |
| 7 | 100160594 | POMEROY, LAWRENCE S | Juror | *Lawrence Pomeroy* |
| 8 | 100079547 | SHELTON, JUSTIN A | Juror | |