HONORABLE **F.C. Dorsey**
DEPUTY CLERK **Falcone**   RPT/ERO/TAPE

TOTAL TIME: ___ hours ___ minutes

DATE **5/17/04**    START TIME **1:40p**    END TIME **5:00**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Arthur Estanislau**           CIVIL NO. **3:02cv1515(PCD)**     **Marc Mercier**
                                                                    Plaintiffs Counsel

vs.                                                             ☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Manchester Dev., LLC**                                         **Coyne / Cortese-Costa**
                                                                    Defendants Counsel

### CIVIL JURY/COURT TRIAL

☑ ........ Jury of **6**  report (see attached) ☐ Jury sworn
☑ ........ ☑ Jury Trial held  ☑ Jury Trial continued until **5/18/04** at **10:00a**
☐ ........ ☐ Court Trial held  ☐ Court Trial continued until ___ at ___
☐ ........ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ....#  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....   Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....   Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ........ _____  ☐ filed ☐ docketed
☐ ........ _____  ☐ filed ☐ docketed
☐ ........ _____  ☐ filed ☐ docketed
☐ ........ _____  ☐ filed ☐ docketed
☐ ........ _____  ☐ filed ☐ docketed
☐ ........ _____  ☐ filed ☐ docketed
☐ ........ _____  ☐ filed ☐ docketed

☐ ........ ☐ Plaintiff(s) rests ☐ Defense rests
☐ ........ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ........ ☐ Summation held ☐ Court's Charge to the Jury
☐ ........ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ........ Jury commences deliberations at _____
☐ ........ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ........ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: PETER C. DORSEY  Jury List  Please sign in
Event: 3:02CV1515(PC)  Date: 5/18/04 17  Date: 4/20/04  Time: 4:19 PM
Case 3:02-cv-01515-PCD  Document 82  Filed 05/17/2004  Page 2 of 2

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100149135 | AMUNDSEN, CARL | Juror | _Carl Amundsen_ |
| ~~2~~ | ~~100158794~~ | ~~BURKE, ANGELIQUE M~~ | ~~Juror~~ | |
| 3 | 100167504 | CHAWLA, HARPAL S | Juror | _Harpal Chawla_ |
| 4 | 100142346 | HARPER, DEBORAH S | Juror | _Deborah Harper_ |
| 5 | 100148140 | LADD, MICHAEL J | Juror | _Michael Ladd_ |
| 6 | 100155660 | NEMPHOS, ANN M | Juror | _Ann Nemphos_ |
| 7 | 100160594 | POMEROY, LAWRENCE S | Juror | _Lawrence Pomeroy_ |
| ~~8~~ | ~~100079547~~ | ~~SHELTON, JUSTIN A~~ | ~~Juror~~ | |