Civ-Trial (April 12, 2004)

HONORABLE: **Dorsey**
DEPUTY CLERK **P. Villano**   RPTR/ERO/TAPE **Falcone**

TOTAL TIME: ____ hours ____ minutes

DATE **5/18/04**   START TIME **10:00a**   END TIME **5:00**
LUNCH RECESS FROM **12:50** TO **2:05**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Estanislau**   CIVIL NO. **3:02cv1515**
                              **PCD**

vs.                                        **Mark Mercier**
                                            Plaintiff's Counsel

**Manchester Dev, LLC**    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                           **Coyne / Cortese-Costa**
                              Defendants Counsel

### CIVIL JURY/COURT TRIAL

☑ Jury of **6** report (see attached) ☐ Jury sworn
☑ ☑ Jury Trial held ☐ Jury Trial continued until **5/19/04** at **10:00a**
☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☑ Oral Motion **to dismiss by deft** ☐ granted ☐ denied ☑ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
☐ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: PETER C. DORSEY  
Event: 3:02CV1515(PC  
Jury List — Please Sign In  
Date: 5/18/04  
Date: 4/20/04  
Time: 4:19 PM  
Case: 3:02-cv-01515-PCD  Document 98  Filed 05/18/2004  Page 1

| Seat# | Part No. | Name | Type | Signature |
|---|---|---|---|---|
| 1 | 100149135 | AMUNDSEN, CARL | Juror | *(signed)* |
| ~~2~~ | ~~100158794~~ | ~~BURKE, ANGELIQUE M~~ | ~~Juror~~ | |
| 3 | 100167504 | CHAWLA, HARPAL S | Juror | Harpal Chawla |
| 4 | 100142346 | HARPER, DEBORAH S | Juror | Deborah D. Harper |
| 5 | 100148140 | LADD, MICHAEL J | Juror | Michael Ladd |
| 6 | 100155660 | NEMPHOS, ANN M | Juror | Ann M. Nemphos |
| 7 | 100160594 | POMEROY, LAWRENCE S | Juror | Lawrence Pomeroy |
| 8 | 100079547 | SHELTON, JUSTIN A | Juror | |