United States District Court
District of Connecticut
FILED AT NEW HAVEN
May 5, 2004
Kevin F. Rowe, Clerk
By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | MARCH ___, 2004 |

### AMENDED ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, by and through its undersigned counsel, hereby submits its Amended Answer and Affirmative Defenses.

**FIRST COUNT** - Claim For Wages Pursuant to Conn. Gen. Stat. §31-68

1. Respondent admits the allegations contained in Paragraph One of Count One upon information and belief.

2. Respondent admits the allegations contained in Paragraph Two of Count One.

3. Respondent admits the allegations contained in Paragraph Three of Count One except denies the position title alleged.

4. Respondent denies the allegations contained in Paragraph Four of Count One.

5. Respondent denies the allegations contained in Paragraph Five of Count One.

6. Respondent denies the allegations contained in Paragraph Six of Count One.

**SECOND COUNT** – Claim For Wages Pursuant to Conn. Gen. Stat. §31-72

1-3. Defendant repeats and reasserts its responses to Paragraphs One through Three of Count One as its responses to Paragraphs One through Three of Count Two as if fully set forth herein.

4. Defendant denies the allegations contained in Paragraph Four of Count Two.

5. Defendant repeats and reasserts its response to Paragraph Five of Count One as its response to Paragraph Five of Count Two as if fully set forth herein.

6. Defendant denies the allegations contained in Paragraph Six of Count Two.

7. Defendant denies the allegations contained in Paragraph Seven of Count Two.

**THIRD COUNT** – Claim for Wages Pursuant to 29 U.S.C. § 201 et seq. (Fair Labor Standards Act

1-3. Defendant repeats and reasserts its responses to Paragraphs One through Three of Count One as its responses to Paragraphs One through Three of Count Three as if fully set forth herein.

4. Defendant denies the allegations contained in Paragraph Four of Count Three.

5. Defendant denies the allegations contained in Paragraph Five of Count Three.

6. Defendant denies the allegations contained in Paragraph Six of Count Three.

7. Defendant denies the allegations contained in Paragraph Seven of Count Three.

### AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff is exempt from overtime requirements under Connecticut law.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is exempt from overtime requirements under the Fair Labor Standards Act.

### THIRD AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims for relief are barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Defendant is entitled to a credit against wages due for lodging provided to Plaintiff.

**WHEREFORE**, Defendant asks that, after due proceedings be had, Plaintiff's claims be dismissed, with prejudice, in its entirety.

Done at Bridgeport, Connecticut this 3rd day of March, 2004.

*Pamela Coyne*
Pamela J. Coyne
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT 06604
203-366-3438
Federal Bar No. ct22941

ATTORNEYS FOR DEFENDANT

**CERTIFICATION**

I hereby certify that I have caused to be served this 3rd day of March, 2004, a copy of the foregoing via U.S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

Marc P. Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT 06040

Pamela J. Coyne

P:\lit\pcr\586800\003\00038687.DOC