FILED

2004 MAY 20  P 4: 41

UNITED STATES DISTRICT COURT
NEW HAVEN CT.

DISTRICT OF CONNECTICUT

Arthur ESTANISLAU JR.,            :
    Plaintiff                 :
                              :   Case No: 3:02cv1515 (PCD)
vs.                               :
                              :
MANCHESTER DEVELOPERS, LLC        :
    Defendant.                :

**VERDICT FORM**

**I.**    **Violation of the federal Fair Labor Standards Act:**

    **A.**    **Liability**

    A1.    Do you find that Plaintiff has proved by a preponderance of evidence that he worked overtime hours for which Defendant did not compensate him?

        Yes ✓        No _____

    **B.**    **Damages**

    B1.    If you found that Plaintiff was not compensated for all overtime hours that he worked, what amount will compensate him for those hours?

        $ 24,676

**II.**    **Violation of the laws of the state of Connecticut:**

    **A.**    **Liability**

    A1.    Do you find that Plaintiff has proved by a preponderance of evidence that he worked overtime hours for which Defendant did not compensate him?

        Yes ✓        No _____

**B.     Damages**

B1.    If you found that Plaintiff was not compensated for all the overtime hours that he worked, what amount will compensate him for those hours?

$ __0__

B2.    If you awarded Plaintiff compensation, do you find that Defendant acted in bad faith, arbitrarily, or unreasonably?

Yes __✓__     No _____

Your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.

_____
*Michael Lodd*
Foreperson

_____
5/20/2004
Date