# United States District Court

DISTRICT OF **CONNECTICUT**

Arthur Estanislau
v.
Manchester Developers, LLC

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02CV1515(PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Marc Mercier | Cuyle / Cortese - Costa |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/12/04 – 5/20/04 | K. Falcone | Villano / Roelke |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/12/04 | | | Arthur Estanislau |
| ✓ | | 5/13/04 | | | Janet Coleman, So. Windsor, CT |
| ✓ | | 5/17/04 | | | Janet Coleman |
| ✓ | | 5/18/04 | | | Janet Coleman |
| ✓ | | 5/18/04 | | | Sheldon Wishnick |
| ✓ | | 5/19/04 | | | Mark Healey |
| ✓ | | 5/19/04 | | | Janet Coleman |
| ✓ | | 5/19/04 | | | Arthur Estanislau |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages