# United States District Court

DISTRICT OF **CONNECTICUT**

Arthur Estanislau
v.
Manchester Developers, LLC

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02 CV 1515 (PCD)

FILED
2004 MAY 20 P 4:40
DISTRICT C...

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Marc Mercier | Cornell Cortese-Costa |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/12/04 - 5 | K. Falcone | Villano/Rodko |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/12/04 | | ✓ | Housing Termination Agreement - 9/9/00 |
| 2 | | 5/12/04 | | ✓ | Aspen Woods - "Important Phone Numbers" |
| 3 | | 5/12/04 | | ✓ | Aspen Woods Community Policies |
| 4 | | 5/12/04 | | ✓ | Manchester Police Dept - Alarm Registration Form 5/17/01 |
| 5 | | 5/12/04 | | ✓ | Manchester Police Dept - Alarm Registration Form 2002 |
| 6 | | 5/12/04 | | ✓ | Memo to Aspen Woods Tenants re: Fitness Center |
| 7 | | 5/12/04 | | ✓ | Memo to Pool Owners - 5/8/01 |
| 8 | | 5/12/04 | | ✓ | Memo to Pool Owners - 6/3/02 |
| 9 | | 5/12/04 | | ✓ | Bi-Weekly Timesheets |
| 10 | | 5/12/04 | | ✓ | Maintenance Work Procedures - 1/31/01 |
| 11 | | 5/12/04 | | ✓ | Hours of Work Notice |
| 12 | | 5/12/04 | | ✓ | GHM Termination agreement - 7/6/01 |
| 13 | | 5/12/04 | | ✓ | memo New Working procedures - 7/12/02 |
| 14 | | 5/12/04 | | ✓ | memo from S. DiMauro + A. Estanislau 7/19/02 |
| 15 | | 5/12/04 | | ✓ | memo From Estanislau - 8/20/02 |
| 16 | | 5/12/04 | | ✓ | memo from Fran 8/23/02 |
| 17 | | 5/12/04 | | ✓ | memo From F. Velasco to staff - 1/17/03 |
| 18 | | 5/12/04 | | ✓ | memo From F. Velasco to staff - 1/21/03 with note Handwritten |
| 19 | | 5/12/04 | | ✓ | Calendar of On-duty off-duty hours 9/00 - 11/02 |
| 20 | | 5/12/04 | | ✓ | Summary of hrs. worked wages paid |
| 22 | | 5/12/04 | | ✓ | Agreement for Representation |
| ~~41~~ | | ~~5/12/04~~ | | ✓ | Weather Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (REV. 7/87)    EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26 | | 5/18/04 | | ✓ | Letter dated 5/6/04 |
| 27 | | 5/18/04 | | ✓ | Memo dated 11/29/02 |

Page ___ of ___ Pages