AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __CONNECTICUT__

Arthur Estanislau

v.

Manchester Dev

Deft's ~~EXHIBIT AND~~ WITNESS LIST

2004 MAY 20 P 4:40

CASE NUMBER: 3:02cv1515 PCD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Mark Menchaven, cor | Cosine Cortese-Costa |
| TRIAL DATE(S) 5/12, 5/13, 5/17, 5/18, 5/19, 5/20/04 | COURT REPORTER Falcone | COURTROOM DEPUTY P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | | |
|---|---|---|---|---|---|---|---|
| | ✓ | 5/13/04 | | | Ann Bramson | | |
| | ✓ | 5/18/04 | | | Sherry DiMauro | | |
| | ✓ | 5/18/04 | | | Harold Garcia | | |
| | ✓ | 5/18/04 | | | Frances Velasco | | |
| | ✓ | 5/19/04 | | | Frances Velasco | | |
| | ✓ | 5/19/04 | | | Mr. Weiss | | |
| | ✓ | 5/19/04 | | | Kenneth Dixon | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages