UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ARTHUR ESTANISLAU

VS.  CIVIL 3:02cv01515 (PCD)

MANCHESTER DEVELOPMENT, LLC

## DEFENDANT'S EXHIBITS

**EXHIBIT**

| | | |
|---|---|---|
| C | Full - 5/18/04 | Memorandum dated 1/22/03 |
| E | Full - 5/13/04 | Copies of Time Cards |
| H | Full - 5/19/04 | Print out of Employee Earnings |
| I | Full - 5/17/04 | Memorandum dated 2/27/00 |
| N | Full - 5/17/03 | Memorandum dated 9/9/00 |
| S | Full - 5/18/04 | Addendum to Lease dated 9/19/00 |
| V | Full - 5/18/04 | Addendum to Lease dated 3/28/02 |
| GG | Full - 5/19/04 | Memorandum dated 6/18/01 |
| HH | Full - 5/13/04 | Memorandum dated 11/19/01 |
| II | Full - 5/18/04 | Memorandum dated 2/21/02 |
| RR | Full - 5/1704 | Fax transmittal with memorandum dated 8/23/02 |
| DDD | Full - 5/18/04 | Letter dated 3/5/03 to Fran from Sherry DiMauro |
| EEE | Full - 5/13/04 | Copies of Winning Statements from Mohegan Sun |
| HHH | Full - 5/13/04 | Copy of Bugs Bunny Lawn Service Records |
| III | Full - 5/13/04 | Records of Tanning Salon |
| JJJ | Full - 5/13/04 | Copy of Subpoena of Beach House Tanning |

| | | |
|---|---|---|
| KKK | Full - 5/19/04 | Letter dated 5/19/03 |
| TTT | Full - 5/18/04 | Work Orders 9/9/00 thru 2/14/01 |
| WWW | Full - 5/13/04 | Copy of Form W-2G |
| CCCC | Full - 5/19/04 | Tax Return for 2000 |
| DDDD | Full - 5/19/04 | Tax Return for 2001 |
| EEEE | Full - 5/19/04 | Tax Return for 2002 |
| FFFF | Full - 5/19/04 | Manchester Dev. Paid Items 4/2/02 to 6/1/03 |
| HHHH | Full - 5/12/04 | Affidavit of Plaintiff |
| IIII | Full - 5/12/04 | Weather Report |
| JJJJ | Full - 5/19/04 | Daily Summary of Weather dated 12/23/01 |
| KKKK | Full - 5/19/04 | Daily Summary of Weather dated 1/1/02 |
| LLLL | Full - 5/19/04 | Plaintiff's Known Non-Work Related Activities |