AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _Connecticut_

FILED

Arthur Estanislau

v.

Manchester Dev., LLC

2004 COURT'S ~~FE~~ EXHIBIT ~~AND WITNESS~~ LIST

DISTRICT (CASE NUMBER:

| PRESIDING JUDGE P. C. Dorsey | PLAINTIFF'S ATTORNEY NEW HAVEN, CONN. Marc Mercier | DEFENDANT'S ATTORNEY Caine | Cortese - Costa |
|---|---|---|
| TRIAL DATE(S) 5/12, 13, 17, 18, 19, 20/2004 | COURT REPORTER Falcone | COURTROOM DEPUTY P. Villano |

| COMP. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/20/04 | | | Court's Instruction to the Jury |
| 2 | | 5/20/04 | | | Note from Jury |
| 3 | | 5/20/04 | | | Note from Jury |
| 4 | | 5/20/04 | | | Jurors' Notes |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages