**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ARTHUR ESTANISLAU, JR.

    v.                                                                                   Civil No.  3:02 cv 1515 (PCD)

MANCHESTER DEVELOPERS, LLC

**J U D G M E N T**

    This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge.  On May 20, 2004, after deliberation, the jury returned a verdict for the plaintiff, Arthur Estanislau, Jr., in the amount of $24,676.00.

    Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, Arthur Estanislau, Jr., in the amount of $24,676.00, and the case is closed.

    Dated at New Haven, Connecticut, this 21st day of May, 2004.

                                                                      KEVIN F. ROWE, Clerk
                                                                      By

                                                                                 /s/

                                                                      Patricia A. Villano
                                                                      Deputy Clerk

EOD: _____