UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | MAY 25, 2004 |

### RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant, by and through undersigned counsel, hereby renews its motion for a judgment as a matter of law on the Complaint pursuant to Federal Rule of Civil Procedure 50(b). The grounds for this motion are more fully set forth in the accompanying memorandum of law.

Done at Bridgeport, Connecticut, this 25th day of May, 2004.

_____
Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE, COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
203-366-3438
Federal Bar No. ct3984

ATTORNEYS FOR DEFENDANT

**CERTIFICATION**

This is to certify that I have caused to be served the foregoing via overnight mail, this 25th day of May, 2004 to all counsel and *pro se* parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

_____
Loraine M. Cortese-Costa

P:\lit\LCC\586800\003\00040015.DOC