

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ARTHUR ESTANISLAU

VS.  :  CASE NO. 3:02CV1515 (PCD)

MANCHESTER DEVELOPERS, LLC

### ENDORSEMENT ORDER

The Renewed Motion for Judgment as a Matter of Law, document no. 106, is DENIED without prejudice for failure to comply with the service and filing requirements of this Court's Supplemental Order.

SO ORDERED. Dated at New Haven, Connecticut, this 28th day of May, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court