**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ARTHUR ESTANISLAU, JR. : | CIVIL ACTION NO: 3:02CV1515(PCD) |
|    Plaintiff : | |
| : | |
| VS. : | |
| : | |
| MANCHESTER DEVELOPERS, LLC : | |
|    Defendant : | JUNE 3, 2004 |
| : | |

**PLAINTIFF'S CERTIFICATION OF SERVICE AND COMPLIANCE WITH**
**COURT'S SUPPLEMENTAL ORDER**

     Pursuant to the Court's Supplemental Order, Plaintiff's counsel hereby certifies that he served, via overnight mail dated June 3, 2004, copies of Plaintiff's proposed Motion and/or Petition for Attorneys' Fees and Costs, Memorandum of Law in Support thereof with attached exhibits, Motion for Liquidated and/or Double Damages, and Memorandum of Law in Support thereof with attached exhibits, on Defendant's counsel, Loraine M. Cortese-Costa, Esq., Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C., 1057 Broad Street, Bridgeport, CT   06604.

                                               PLAINTIFF

                                               By:
                                                 Marc P. Mercier
                                                 Beck & Eldergill, P.C.
                                                 447 Center Street
                                                 Manchester, CT 06040
                                                 (860) 646-5606
                                                 Fed Bar No: ct10886

**CERTIFICATION**

     I hereby certify that a copy of the foregoing has been mailed, via overnight mail, this 3rd day of June, 2004 to the following parties:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne Radano, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

                                                 _____
                                                 Marc P. Mercier