UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARTHUR ESTANISLAU,** | : | **CIVIL ACTION NO.** |
| | : | **3:02CV1515 (PCD)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MANCHESTER DEVELOPERS, LLC,** | : | |
| | : | |
| Defendant. | : | **JUNE 3, 2004** |

### DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant moves for reconsideration of this Court's Order dated May 28, 2004, denying, without prejudice, its Renewed Motion for Judgment As A Matter of Law for failure to comply with the service and filing requirements of the Court's Supplemental Order. The ground for reconsideration is that the Court's Supplemental Order, by its terms, does not apply to Rule 50(b) motions (Supplemental Order, ¶1(n)) which is the Rule under which Defendant's Renewed Motion for Judgment As A Matter of Law (refiled herewith) has been brought.

**ORAL ARGUMENT NOT REQUESTED**

Done at Bridgeport, Connecticut, this 3rd day of June, 2004.

*Loraine M. Cortese-Costa*
Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE, COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
203-366-3438
Federal Bar No. ct3984

ATTORNEYS FOR DEFENDANT

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via certified mail, this 3rd day of June, 2004 to all counsel and *pro se* parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

_____
Loraine M. Cortese-Costa

P:\lit\LCC\586800\003\00040281.DOC