UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, : | CIVIL ACTION NO. |
| : | 3:02CV1515 (PCD) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MANCHESTER DEVELOPERS, LLC, : | |
| : | |
| Defendant. : | JUNE 14, 2004 |

## MOTION FOR EXTENSION OF TIME

NOW COMES Defendant, by and through its undersigned counsel, and requests pursuant to Local Rule 9(b) of the Federal Rules of Civil Procedure an extension of time to respond to Plaintiff's Petition for Attorneys' Fees and Costs and Plaintiff's Motion for Liquidated and/or Double Damages. Plaintiff served said Petition and Motion on Defendant on June 3, 2004 and requested Defendant's objections thereto for filing with the Court pursuant to the Court's Supplemental Order. Defendant requests fifteen (15) days following this Court's decision on its Rule 50(b) motion in which to object and/or otherwise respond:

(1)     Should this Court grant Defendant's Rule 50(b) motion, no response to Plaintiff's Petition and Motion will be necessary; and

(2)     Defendant requires additional time to formulate sufficient responses and/or objections.

This is Defendant's first request for an extension of time regarding this deadline. Plaintiff's counsel does not consent to the granting of this motion.

Done at Bridgeport, Connecticut this 14th day of June, 2004.

_____
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203)366-3438
Federal Bar No. ct22941

ATTORNEYS FOR DEFENDANT

Case 3:02-cv-01515-PCD   Document 111   Filed 06/15/2004   Page 2 of 3

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 14th day of June, 2004 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

*Pamela J. Coyne*
Pamela J. Coyne

40408

- 3 -