# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ARTHUR ESTANISLAU

-vs-                                                          Civil No. 3:02 cv 1515 (PCD)

MANCHESTER DEVELOPERS, LLC

### ENDORSEMENT ORDER

     Defendant's motion for extension of time until fifteen (15) days after the Court's decision on the Rule 50(b) motion (Doc. #111) to respond to plaintiff's motion for Attorneys' fees and costs and motion for liquidated and/or double damages is hereby GRANTED.

    SO ORDERED.

    Dated at New Haven, Connecticut, June 24, 2004.

                                  /s/_____
                                    Peter C. Dorsey, Senior
                                    United States District Judge