UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | MARCH 24, 2005 |

**MOTION ON CONSENT FOR EXTENSION OF TIME
AND MOTION FOR DELAY OF FINALITY OF JUDGMENT**

NOW COMES Defendant, by and through its undersigned counsel, and requests pursuant to Local Rule 9(b) of the Federal Rules of Civil Procedure an extension of time to respond to Plaintiff's Petition for Attorneys' Fees and Costs and Plaintiff's Motion for Liquidated and/or Double Damages. Plaintiff served said Petition and Motion on Defendant on June 3, 2004 and requested Defendant's objections thereto for filing with the Court pursuant to the Court's Supplemental Order. This Court's granted Defendant's first request for an additional fifteen (15) days, and Defendant requests an additional fifteen (15) days, through and including April 21, 2005, in which to object and/or otherwise respond. This extension is necessary due to the press of business and specifically a current due date of April 4, 2005 for submission of a joint trial memorandum in another case, pending before Judge Chatigny. Defendant requires additional time to formulate sufficient responses and/or objections.

This is Defendant's second request for an extension of time regarding this deadline. Plaintiff's counsel consents to the granting of this motion.

In addition, Defendant requests pursuant to Fed. R. Civ. P. 58(c)(2), that this Court delay the finality of judgment for appellate purposes until such time that Plaintiff's Petition for Attorneys' Fees and Costs and Plaintiff's Motion for Liquidated and/or Double Damages is decided, as it will be more efficient to decide this issue before an appeal is taken so that appeals relating to the fee award can be heard at the same time as an appeal relating to the merits of the case.

Plaintiff's counsel does not consent to the granting of this request.

Done at Bridgeport, Connecticut this 24th day of March, 2005.

*Pamela J. Coyne* (signature)
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
Federal Bar No. ct22941

ATTORNEYS FOR DEFENDANT

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 24th day of March, 2005 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, PC
447 Center Street
Manchester, CT  06040

_____
Pamela J. Coyne

P:\lit\pjc\586800\003\00045709.DOC

- 3 -