UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR. : <br>    Plaintiff : <br> : <br> VS. : <br> : <br> MANCHESTER DEVELOPERS, LLC : <br>    Defendant : <br> : | CIVIL ACTION NO: 3:02CV1515(PCD) <br><br><br><br><br><br> APRIL 4, 2005 |

**PLAINTIFF'S CERTIFICATION OF SERVICE AND COMPLIANCE WITH COURT'S SUPPLEMENTAL ORDER**

Pursuant to the Court's Supplemental Order, Plaintiff's counsel hereby certifies that he served, via overnight mail dated April 4, 2005, copies of Plaintiff's Supplemental Motion and/or Petition for Attorneys' Fees and Costs and exhibits, on Defendant's counsel, Pamela J. Coyne, Esq. and Loraine M. Cortese-Costa, Esq., Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C., 1057 Broad Street, Bridgeport, CT 06604.

                                              PLAINTIFF

                                              By:
                                                Marc P. Mercier
                                                Beck & Eldergill, P.C.
                                                447 Center Street
                                                Manchester, CT 06040
                                                Tel:  (860) 646-5606
                                                Fed Bar No: ct10886

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed, via overnight mail, this 4th day of April, 2005 to the following parties:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne Radano, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

 

_____
Marc P. Mercier

Estanislau\PostTrial\Cert04-05.pld