UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.<br>Plaintiff : | CIVIL ACTION NO: 3:02CV1515(PCD) |
| VS. : | |
| MANCHESTER DEVELOPERS, LLC<br>Defendant : | MAY 2, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6 and 7(b) of the Local Rules of Civil Procedure, Plaintiff Arthur Estanislau, Jr., hereby moves for a 5-day extension of time, up to and including May 10, 2005, to file his reply briefs to Defendant's Memoranda in Opposition to Plaintiff's Motion for Liquidated or Double Damages and Attorneys' Fees and Costs dated April 21, 2005.

In support of this motion, the undersigned states that good cause exists in that:

1. Plaintiff's eldest son has been sick and with the press of other professional obligations, Plaintiff has been unable to complete his replies to Defendant's memoranda.

2. The undersigned represents that counsel for the Defendants, Loraine M. Cortese-Costa, Esq., does not oppose this request.

3. This is the first such Motion filed by this Plaintiff.

PLAINTIFF

By: *[signature]*
Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Fed Bar No: ct10886

### CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 2nd day of May, to the following parties:

Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604

*[signature]*
Marc P. Mercier

2