UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.<br>    Plaintiff | CIVIL ACTION NO: 3:02CV1515(PCD) |
| VS. | |
| MANCHESTER DEVELOPERS, LLC<br>    Defendant | JUNE 3, 2004 |

**PLAINTIFF'S MOTION AND/OR PETITION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 29 U.S.C. SECTION 216(B) AND CONN. GEN. STAT. SECTION 31-72.**

I. **Background**

Pursuant to 29 U.S.C. Section 216(b) and Conn. Gen. Stat. Section 31-72, Plaintiff in the above-captioned action hereby petitions the court for an award of attorneys' fees and costs in the total amount of $149,672.57. In support of this motion, Plaintiff submits the attached affidavits of Kathleen Eldergill (Exhibit 1), Derek V. Oatis (Exhibit 2), Bruce S. Beck (Exhibit 3) and Marc P. Mercier (Exhibit 4) and exhibit attached thereto (Exhibit A), which include contemporaneous time records.

The request for attorneys' fees is based on the following expenditure of time:

509.70 hours at $250.00 per hour for work performed by Marc P. Mercier;

50.5 hours at $185.00 per hour for work performed by Derek V. Oatis in his capacity as an associate and partner with the firm of Beck & Eldergill, P.C.;

6.3 hours at $300.00 per hour for work performed by Kathleen Eldergill;

1.6 hours at $300.00 per hour for work performed by Bruce S. Beck;

44.75 hours at $83.00 per hour for work performed by a law clerk employed by the firm of Beck & Eldergill, P.C.

The aforementioned expenditure of time has been devoted, in part, to the following aspects of the case:

47.5 hours in responding to Defendant's unsuccessful Motion for Summary Judgment:;

85.85 hours in preparing Plaintiff's partially successful Motion for Summary Judgment and Reply;

22.1 hours in responding to Defendant's Motions, including Motions in Limine;

13.5 hours in preparing Plaintiff's Motions in Limine;

192.3 hours in trial preparation, including Trial Preparation Order Sections A, C, and responding to Defendant's disclosures of nearly 80 exhibits and 19 witnesses; and

48.5 hours in trial time.

                                              PLAINTIFF

                                              By:
                                                   Marc P. Mercier
                                                   Beck & Eldergill, P.C.
                                                   447 Center Street
                                                   Manchester, CT 06040
                                                   Tel. (860) 646-5606
                                                   Fed Bar No: ct10886

**CERTIFICATION**

      I hereby certify that a copy of the foregoing has been sent via overnight mail this 3rd day of June, 2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

                                            _____
                                            Marc P. Mercier

Estanislau\MoAttnysfees06-04.pld