UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, JR.<br>    Plaintiff | : | CIVIL ACTION NO: 3:02CV1515(PCD) |
| | : | |
| VS. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC<br>    Defendant | : | JUNE 3, 2004 |
| | : | |

### AFFIDAVIT OF KATHLEEN ELDERGILL

I, Kathleen Eldergill, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am an attorney licensed to practice law in the State of Connecticut.

3. I received my J.D. degree in May 1981 and was admitted to practice before the Bar of the State of Connecticut in November 1981, before the Bar of the United States District Court for the District of Connecticut in December 1981, before the Second Circuit Court of Appeals in May 1983 and before the United States Supreme Court on September 16, 1988.

4. Since September 1981, I have been employed full time at the firm of Beck & Eldergill, P.C. (formerly Beck & Pagano), first as an associate, then as a partner and later a principal. Virtually all of my time, since I began my employment, has been devoted to

1

litigation. The primary focus of my practice for the past 15 years has been employment law.

5. Since February 1996, I have been certified in civil trial advocacy by the National Board of Trial Advocacy. Since March, 1998, I have been a Fellow in the American Conference of Trial Lawyers. I am a member of the Association of the Trial Lawyers of America, the Connecticut Trial Lawyers Association, the National Employment Lawyers Association and the Connecticut Employment Lawyers Association.

6. I have been invited to speak at national, regional and state conferences on issues of employment law and employment litigation. I serve as a mediator in employment matters as a Special Master in the United States District Court and privately, on recommendation of fellow counsel who represent both plaintiffs and defendants.

7. Employment matters, including litigation under state and federal laws prohibiting discrimination, are not ordinarily handled by general practice firms in the state of Connecticut. For the most part, these cases are handled by attorneys with special expertise in the area of employment law, which attorneys make up the relevant legal community for the purpose of determining prevailing market rates.

8. At present, the usual rate I charge to private clients who pay me on an hourly basis is $300 per hour. I have charged this hourly rate to private clients since December

2000.  Prior to charging $300 per hour, I charged private clients at the rate of $275 per hour, which is a rate I have charged since February of 2000.

      9.  Based upon my knowledge of rates charged by other law firms who practice in the area of employment law, on behalf of Plaintiffs, such firms charge $300.00 per hour for attorneys of my skill, education and experience.

      10.  I have reviewed the contemporaneous time records maintained by our office in this case, insofar as they reflect time spent by me in assisting Attorney Marc Mercier in this matter.  These records are maintained electronically in our office, and this time-keeping system is used to generate bills sent to private clients as well as to generate written documentation of time spent on pending legal matters.  All of these electronic entries were made at or near the time at which the work was performed.

      11. All of the time reflected in the time records which is attributed to me and is reflected in Exhibit A attached to Attorney Mercier's affidavit was reasonably and necessarily incurred in order to represent our client, Mr. Estanislau.

12. The foregoing is true and correct and based on my personal knowledge.

                          Kathleen Eldergill

Subscribed and sworn to before me this 3rd day of June, 2004.

                          Joan M. Johnson            Notary Public

                          My Commission Expires:   7/31/06

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent via overnight mail this 3rd day of June, 2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

_____             Marc P. Mercier

Estanislau\KEAff06-04.pld