UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, JR. | : | CIVIL ACTION NO: 3:02CV1515(PCD) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC | : | |
|     Defendant | : | JUNE 3, 2004 |
| | : | |

## AFFIDAVIT OF DEREK V. OATIS

I, Derek V. Oatis, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am an attorney licensed to practice law in the State of Connecticut.

3. I received my J.D. degree in May of 1998 and was admitted to practice before the Bar of the State of Connecticut in October 1998 and before the Bar of the United States District Court for the District of Connecticut in April, 1999.

4. Since passing the bar in October of 1998, the regular hourly rate at which my time has been billed to private clients has been between $125-250 per hour. My present hourly rate is $250 and has remained at this rate since March 2004.

5. I have reviewed the contemporaneous time records maintained by our office in this case, insofar as they reflect time spent by me in this matter. These records are maintained electronically in our office, and this time-keeping system is used to generate bills sent to private clients as well as to generate written documentation of time spent on

pending legal matters. All of the electronic entries were made at or near the time at which the work was performed.

      6. All of the time reflected in the time records which is attributed to me and is reflected in Exhibit A attached to Attorney Mercier's affidavit was reasonably and necessarily incurred in order to represent our client, Mr. Estanislau.

      7. The foregoing is true and correct and based on my personal knowledge.


                DEREK V. OATIS

Subscribed and sworn to before me this 3rd day of June, 2004.


                Commissioner of Superior Court


### CERTIFICATION

      I hereby certify that a copy of the foregoing has been sent via overnight mail this 3rd. day of June, 2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

                _____
                Marc P. Mercier

Estanislau\DVOAff06-04.pld