UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.<br>　　Plaintiff | : CIVIL ACTION NO: 3:02CV1515(PCD)<br>:<br>: |
| VS. | :<br>: |
| MANCHESTER DEVELOPERS, LLC<br>　　Defendant | :<br>: JUNE 3, 2004<br>: |

## AFFIDAVIT OF BRUCE S. BECK

I, Bruce S. Beck, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am an attorney licensed to practice law in the State of Connecticut.

3. I received my J.D. degree in 1973 and was admitted to practice before the Bar of the State of Connecticut in 1973, before the Bar of the United States District Court for the District of Connecticut in 1973.

4. Since 1974, I have been employed full time at the firm of Beck & Eldergill, P.C. and its successor firm, Beck & Pagano as a principal. The majority of my time, since I have begun my employment at Beck & Eldergill, P.C., has been devoted to litigation.

5. At present, the usual rate I charge to private clients who pay me on an hourly basis is $300.00 per hour. I have charged that rate since 2001.

1

6.  Based upon my knowledge of rates charged by other law firms who practice in the area of employment law, on behalf of Plaintiffs, such firms charge at least $250.00 per hour for attorneys of Attorney Mercier's skill, education and experience.

7.  The only time I have spent on this case was to assist Attorney Mercier with research on May 17, 2004 with respect to the issue of the application of the clean hands doctrine.

8.  I have reviewed the contemporaneous time records maintained by our office in this case, insofar as they reflect time spent by me in this matter.  These records are maintained electronically in our office, and this time-keeping system is used to generate bills sent to private clients as well as to generate written documentation of time spent on pending legal matters.  All of these electronic entries were made at or near the time at which the work was performed.

9.  All of the time reflected in the time records which is attributed to me and is reflected in Exhibit A attached to Attorney Mercier's affidavit was reasonably and necessarily incurred in order to represent our client, Mr. Estanislau.

10.  The foregoing is true and correct and based on my personal knowledge.


Bruce S. Beck


2

Subscribed and sworn to before me this 3rd day of June, 2004.

                    Joan M. Johnson
                    Notary Public
                    My Commissioner Expires:  7/31/04

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing has been sent via overnight mail this 3rd day of June, 2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

                    _____
                    Marc P. Mercier

Estanislau\BSBAff06-04.pld