6/3/2004                              Beck & Eldergill, P.C.
11:37 AM                              Pre-bill Worksheet                          Page      1

Nickname        Estanislau\NB | MPM/Man Develp
Full Name       Arthur Estanislau, Jr.
Address         P.O. Box 2211
                Naperville IL 60567

Phone 1                               Phone 2
Phone 3                               Phone 4
In Ref To       Arthur Estanislau, Jr. vs. Manchester Developers, LLC
Fees Arrg.      By billing value on each slip
Expense Arrg.   By billing value on each slip
Tax Profile     Exempt
Last bill
Last charge     6/2/2004
Last payment                          Amount      $0.00

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 7/22/2002 | MPM | 250.00 | 2.40 | 600.00 | Billable |
| 80639 | Attorney's Fees | | | | |
| | Meeting with Clients; Review of Correspondence. | | | | |
| 7/23/2002 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 80644 | Attorney's Fees | | | | |
| | Research Regarding "On-Call"; Overtime Offset for Housing. | | | | |
| 7/25/2002 | MPM | 250.00 | 3.40 | 850.00 | Billable |
| 81118 | Attorney's Fees | | | | |
| | Meeting with Client; Review of File; Preparation of Draft Complaint. | | | | |
| 7/30/2002 | MPM | 250.00 | 3.20 | 800.00 | Billable |
| 81259 | Attorney's Fees | | | | |
| | Preparation of Wage/Damage Calculation. | | | | |
| 8/2/2002 | MPM | 250.00 | 3.00 | 750.00 | Billable |
| 81284 | Attorney's Fees | | | | |
| | Preparation of Wage Calculations. | | | | |
| 8/6/2002 | MPM | 250.00 | 3.40 | 850.00 | Billable |
| 81580 | Attorney's Fees | | | | |
| | Preparation of Damage Analysis. | | | | |
| 8/7/2002 | MPM | 250.00 | 4.10 | 1,025.00 | Billable |
| 81584 | Attorney's Fees | | | | |
| | Preparation of Damage Analysis. | | | | |
| 8/8/2002 | MPM | 250.00 | 2.70 | 675.00 | Billable |
| 81585 | Attorney's Fees | | | | |
| | Meeting with Client; Preparation of Complaint; Preparation of Damage Analysis. | | | | |
| 9/16/2002 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 83305 | Attorney's Fees | | | | |
| | Preparation of Draft 26(f) Report. | | | | |

Exhibit A

6/3/2004                              Beck & Eldergill, P.C.
11:37 AM                              Pre-bill Worksheet                                    Page       2

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|--------------:|---------------:|---------------:|------:|
| 9/18/2002 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 83360 | Attorney's Fees Research Regarding Housing Deduction/Allowances. | | | | |
| 9/20/2002 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 83372 | Attorney's Fees Preparation of Discovery Request; Review of Statutory Scheme Regarding Housing. | | | | |
| 10/18/2002 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 85055 | Attorney's Fees Preparation of Initial Disclosure; Preparation of Production Request. | | | | |
| 10/21/2002 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 85652 | Attorney's Fees Research Regarding Overtime/On-site and On-call. | | | | |
| 11/20/2002 | MPM | 250.00 | 0.50 | 125.00 | Billable |
| 87092 | Attorney's Fees Meeting with Client Regarding Damage Calculation/Case Status. | | | | |
| 11/25/2002 | MPM | 250.00 | 0.40 | 100.00 | Billable |
| 87257 | Attorney's Fees File Review Regarding Damage Calculation. | | | | |
| 12/2/2002 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 87708 | Attorney's Fees Preparation of Ex-Parte Statement/Damage Calculation; Meeting with Client. | | | | |
| 12/4/2002 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 87585 | Attorney's Fees Meeting with Client Regarding Damage Calculations; Preparation of Ex-Parte Settlement Statement. | | | | |
| 12/5/2002 | MPM | 250.00 | 2.10 | 525.00 | Billable |
| 87596 | Attorney's Fees Meeting with Client Regarding Damage Calculation; Preparation of Ex-Parte Memorandum. | | | | |
| 12/10/2002 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 88127 | Attorney's Fees Research Regarding "on-site/on-duties" Compensation. | | | | |
| 12/12/2002 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 88141 | Attorney's Fees Research Regarding On-Site/On-Duty Time Compensation. | | | | |
| 12/17/2002 | MPM | 250.00 | 3.40 | 850.00 | Billable |
| 88397 | Attorney's Fees Preparation for Settlement Conference; Attend Settlement Conference. | | | | |

6/3/2004                                    Beck & Eldergill, P.C.
11:37 AM                                     Pre-bill Worksheet                                Page      3

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 12/17/2002 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 88399 | Attorney's Fees Damage Calculations. | | | | |
| 12/20/2002 | MPM | 250.00 | 2.50 | 625.00 | Billable |
| 88409 | Attorney's Fees Meeting with Client Regarding Damage Calculations; Preparation of Damage Calculation. | | | | |
| 1/9/2003 | MPM | 250.00 | 4.30 | 1,075.00 | Billable |
| 89292 | Attorney's Fees Preparation of Discovery Response; Preparation of Damage Calculation; Meeting with Client Regarding Deposition Preparation. | | | | |
| 1/10/2003 | MPM | 250.00 | 4.90 | 1,225.00 | Billable |
| 89300 | Attorney's Fees Deposition Preparation/Damage Calculation Revision. | | | | |
| 1/13/2003 | MPM | 250.00 | 3.20 | 800.00 | Billable |
| 89806 | Attorney's Fees Deposition Preparation; Preparation of Supplemental Response. | | | | |
| 1/14/2003 | MPM | 250.00 | 3.40 | 850.00 | Billable |
| 89808 | Attorney's Fees Deposition Preparation; Preparation of Supplemental Response. | | | | |
| 1/15/2003 | MPM | 250.00 | 2.40 | 600.00 | Billable |
| 89651 | Attorney's Fees Deposition Preparation; Review of Damage Calculation. | | | | |
| 1/15/2003 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 89663 | Attorney's Fees Deposition Preparation for Estanislau. | | | | |
| 1/16/2003 | MPM | 250.00 | 8.70 | 2,175.00 | Billable |
| 89664 | Attorney's Fees Deposition of Estanislau; Preparation of Deposition. | | | | |
| 1/17/2003 | MPM | 250.00 | 3.20 | 800.00 | Billable |
| 89665 | Attorney's Fees Review of File Regarding Discovery. | | | | |
| 1/20/2003 | MPM | 250.00 | 1.40 | 350.00 | Billable |
| 89670 | Attorney's Fees Telephone Conference with Client Regarding Case Status; File Review Regarding Demand. | | | | |
| 1/23/2003 | MPM | 250.00 | 0.40 | 100.00 | Billable |
| 89901 | Attorney's Fees Telephone Conference with Client Regarding Case Status. | | | | |

6/3/2004                           Beck & Eldergill, P.C.
11:37 AM                         Pre-bill Worksheet                    Page    4

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/31/2003 | MPM | 250.00 | 2.10 | 525.00 | Billable |
| 90341 | Attorney's Fees File Review; Meeting with Client Regarding Case Status; Telephone Conference with Opposing Counsel Regarding Discovery/Deposition. | | | | |
| 2/3/2003 | MPM | 250.00 | 1.40 | 350.00 | Billable |
| 90454 | Attorney's Fees Telephone Conference with Client Regarding Case Status/Retaliation Claims; Research Regarding Affirmative Defense. | | | | |
| 2/4/2003 | MPM | 250.00 | 0.30 | 75.00 | Billable |
| 90508 | Attorney's Fees Reveiw of Research Regarding Equitable Defenses to FLSA Claims. | | | | |
| 2/5/2003 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 90511 | Attorney's Fees Preparation for Deposition of Velasco; Preparation of Subpoena. | | | | |
| 2/6/2003 | MPM | 250.00 | 1.80 | 450.00 | Billable |
| 90519 | Attorney's Fees Preparation for Deposition of Velasco. | | | | |
| 2/7/2003 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 90529 | Attorney's Fees Deposition Preparation for Velasco. | | | | |
| 2/10/2003 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 90694 | Attorney's Fees Research Regarding Affirmative Defenses; Review of Supplemental Discovery; Preparation of Stipulation; Preparation for Deposition of Velasco. | | | | |
| 2/11/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 90867 | Attorney's Fees Telephone Conference with Client Regarding Dsicovery; Prepartion for Deposition. | | | | |
| 2/12/2003 | MPM | 250.00 | 2.70 | 675.00 | Billable |
| 91126 | Attorney's Fees Telephone Conference with Client Regarding Discovery; Correspondence to Opposing Counsel Regarding Discovery/Deposition. | | | | |
| 2/18/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 91182 | Attorney's Fees Telephone Conference; Correspondence from Opposing Counsel Regarding Deposition Dates. | | | | |
| 2/19/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 91341 | Attorney's Fees Telephone Conference with Opposing Counsel; File Review Regarding Chameroy; Research Regarding Exemption. | | | | |

6/3/2004
11:37 AM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    5

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/20/2003 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 91345 | Attorney's Fees | | | | |
| | Research Regarding Exemption Requirements. | | | | |
| 2/21/2003 | MPM | 250.00 | 2.10 | 525.00 | Billable |
| 91350 | Attorney's Fees | | | | |
| | Review Transcript of Chameroy; Research Regarding Exemption. | | | | |
| 2/25/2003 | MPM | 250.00 | 1.80 | 450.00 | Billable |
| 91818 | Attorney's Fees | | | | |
| | Review of Deposition of Valesco. | | | | |
| 2/27/2003 | MPM | 250.00 | 2.90 | 725.00 | Billable |
| 91820 | Attorney's Fees | | | | |
| | Review of Deposition of Valesco; Preparation for Deposition. | | | | |
| 2/28/2003 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 91814 | Attorney's Fees | | | | |
| | Preparation for Deposition. | | | | |
| 3/3/2003 | MPM | 250.00 | 0.30 | 75.00 | Billable |
| 91807 | Attorney's Fees | | | | |
| | Telephone Conference with Opposing Counsel Regarding Deposition Dates; Prepare Re-Notice of Deposition. | | | | |
| 3/5/2003 | MPM | 250.00 | 1.40 | 350.00 | Billable |
| 92153 | Attorney's Fees | | | | |
| | Review of Expert's Response; Telephone Conference with Client Regarding Poster's Information/Wage Information. | | | | |
| 3/6/2003 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 92159 | Attorney's Fees | | | | |
| | Research Regarding Exempt Status. | | | | |
| 3/11/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 92617 | Attorney's Fees | | | | |
| | Deposition Preparation; Review File. | | | | |
| 3/12/2003 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 92422 | Attorney's Fees | | | | |
| | Preparation for Deposition; Research. | | | | |
| 3/13/2003 | MPM | 250.00 | 3.70 | 925.00 | Billable |
| 92424 | Attorney's Fees | | | | |
| | Deposition Preparation; Research Regarding Exempt Status. | | | | |
| 3/14/2003 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 92428 | Attorney's Fees | | | | |
| | Review of Defendant's Discovery Response/Request to Admit; Telephone Conference with Client. | | | | |

6/3/2004
11:37 AM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page      6

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/17/2003 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 92899 | Attorney's Fees Deposition Preparation; Meeting with Client Regarding Case Status. | | | | |
| 3/18/2003 | DVO | 185.00 | 2.80 | 518.00 | Billable |
| 92860 | Attorney's Fees Research - FLSA; Conference with MPM | | | | |
| 3/18/2003 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 92907 | Attorney's Fees Preparation for Deposition; Research FLSA; Telephone Conference with Client Regarding Termination. | | | | |
| 3/19/2003 | MPM | 250.00 | 8.10 | 2,025.00 | Billable |
| 92909 | Attorney's Fees Deposition of Fran Palaia; Preparation for Deposition. | | | | |
| 3/24/2003 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 93022 | Attorney's Fees Review of Payroll Records Regarding Damage Analysis. | | | | |
| 3/25/2003 | MPM | 250.00 | 4.10 | 1,025.00 | Billable |
| 93083 | Attorney's Fees Deposition of Former Employee; Travel; Review of Discovery; Meeting with Client Regarding Damages. | | | | |
| 4/1/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 93421 | Attorney's Fees Meeting with Client; Review of Discovery and Damage Analysis. | | | | |
| 4/2/2003 | MPM | 250.00 | 0.40 | 100.00 | Billable |
| 93480 | Attorney's Fees File Review Regarding Damage Analysis. | | | | |
| 4/3/2003 | MPM | 250.00 | 0.60 | 150.00 | Billable |
| 93484 | Attorney's Fees File Review Regarding Damage Analysis. | | | | |
| 4/9/2003 | MPM | 250.00 | 3.10 | 775.00 | Billable |
| 94042 | Attorney's Fees Preparation of Response to Discovery/Request for Admissions. | | | | |
| 4/10/2003 | MPM | 250.00 | 1.80 | 450.00 | Billable |
| 94044 | Attorney's Fees Deposition of East Coast Vinyl; Meeting with Client Regarding Discovery Response. | | | | |
| 4/16/2003 | MPM | 250.00 | 0.40 | 100.00 | Billable |
| 94136 | Attorney's Fees Review of Valesco's Deposition Regarding Summary Judgment. | | | | |

6/3/2004                                   Beck & Eldergill, P.C.
11:37 AM                                   Pre-bill Worksheet                              Page      7


Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/18/2003 94412 | MPM Attorney's Fees Review of Deposition of Velasco Regarding Summary Judgment. | 250.00 | 1.30 | 325.00 | Billable |
| 4/21/2003 94447 | MPM Attorney's Fees Review of Velasco Deposition Regarding Summary Judgment. | 250.00 | 0.70 | 175.00 | Billable |
| 4/23/2003 94596 | MPM Attorney's Fees Review of Deposition of Velasco Regarding Summary Judgment. | 250.00 | 0.70 | 175.00 | Billable |
| 4/25/2003 94775 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 1.60 | 400.00 | Billable |
| 4/27/2003 94778 | MPM Attorney's Fees Preparation for Motion for Summary Judgment. | 250.00 | 2.40 | 600.00 | Billable |
| 4/30/2003 94984 | MPM Attorney's Fees Review of Plaintiff's Deposition. | 250.00 | 1.70 | 425.00 | Billable |
| 5/2/2003 95037 | DVO Attorney's Fees Research - FLSA - Summary Judgment | 185.00 | 0.80 | 148.00 | Billable |
| 5/5/2003 95311 | MPM Attorney's Fees Preparation of Ex-Parte Statement to Parajudicial Officer Crosskey. | 250.00 | 1.20 | 300.00 | Billable |
| 5/6/2003 95320 | MPM Attorney's Fees Preparation of Facts for Motion for Summary Judgment. | 250.00 | 1.90 | 475.00 | Billable |
| 5/12/2003 95559 | MPM Attorney's Fees Telephone Conference with Chambers; Telephone Conference with Client Regarding Settlement Conference; Telephone Conference with Client. | 250.00 | 0.50 | 125.00 | Billable |
| 5/20/2003 96152 | MPM Attorney's Fees Review of Casino Records; Telephone Conference with Client Regarding Case Status; Preparation of Summary Judgment Motion. | 250.00 | 1.50 | 375.00 | Billable |
| 6/3/2003 96985 | MPM Attorney's Fees Preparation for Settlement Conference; Travel; Attend Settlement Conference. | 250.00 | 3.10 | 775.00 | Billable |

6/3/2004
11:37 AM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    8

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 6/6/2003 97391 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 2.10 | 525.00 | Billable |
| 6/8/2003 97394 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 1.60 | 400.00 | Billable |
| 6/9/2003 97398 | MPM Attorney's Fees Preparation for Motion for Summary Judgment. | 250.00 | 2.10 | 525.00 | Billable |
| 6/11/2003 97354 | DVO Attorney's Fees Document Review; Research Re: Summary Judgment | 185.00 | 1.00 | 185.00 | Billable |
| 6/11/2003 97413 | MPM Attorney's Fees Preparation of Facts for Motion for Summary Judgment. | 250.00 | 1.70 | 425.00 | Billable |
| 6/12/2003 97423 | MPM Attorney's Fees Preparation of Motion for Summary Judgment; Meeting with Client. | 250.00 | 2.30 | 575.00 | Billable |
| 6/14/2003 97378 | DVO Attorney's Fees Research; Prepare Motion for Summary Judgment | 185.00 | 3.20 | 592.00 | Billable |
| 6/17/2003 97632 | Clerk Attorney's Fees Research | 83.00 | 0.50 | 41.50 | Billable |
| 6/18/2003 97541 | DVO Attorney's Fees Research & Preparation of Pleading - Motion for Summary Judgment | 185.00 | 3.20 | 592.00 | Billable |
| 6/18/2003 97633 | Clerk Attorney's Fees Research | 83.00 | 1.25 | 103.75 | Billable |
| 6/18/2003 97634 | Clerk Attorney's Fees Research | 83.00 | 2.00 | 166.00 | Billable |
| 6/23/2003 98000 | Clerk Attorney's Fees Research | 83.00 | 1.75 | 145.25 | Billable |
| 6/24/2003 97856 | DVO Attorney's Fees Research - Minimum Gurantee | 185.00 | 0.70 | 129.50 | Billable |

6/3/2004
11:37 AM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    9

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 6/24/2003 97839 | DVO Attorney's Fees Research Overtime- FLSA | 185.00 | 0.40 | 74.00 | Billable |
| 6/24/2003 98001 | Clerk Attorney's Fees Research | 83.00 | 2.00 | 166.00 | Billable |
| 6/25/2003 98002 | Clerk Attorney's Fees Research | 83.00 | 1.50 | 124.50 | Billable |
| 6/26/2003 98003 | Clerk Attorney's Fees Research | 83.00 | 2.00 | 166.00 | Billable |
| 6/26/2003 98183 | MPM Attorney's Fees Research Regarding Preparation of Motion for Summary Judgment. | 250.00 | 4.30 | 1,075.00 | Billable |
| 6/27/2003 98185 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 4.20 | 1,050.00 | Billable |
| 6/30/2003 98438 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 7.80 | 1,950.00 | Billable |
| 6/30/2003 98354 | Clerk Attorney's Fees Research | 83.00 | 5.75 | 477.25 | Billable |
| 7/1/2003 98355 | Clerk Attorney's Fees Research | 83.00 | 2.00 | 166.00 | Billable |
| 7/1/2003 98442 | MPM Attorney's Fees Finalization of Summary Judgment Brief. | 250.00 | 10.20 | 2,550.00 | Billable |
| 7/2/2003 98287 | KE Attorney's Fees Review Pleading - Motion for Summary Judgment for Plaintiff | 300.00 | 1.00 | 300.00 | Billable |
| 7/2/2003 98444 | MPM Attorney's Fees Finalization of Summary Judgment Brief. | 250.00 | 4.20 | 1,050.00 | Billable |
| 7/3/2003 98428 | DVO Attorney's Fees Review Pleading; Research Defendant's Motion for Summary Judgement | 185.00 | 0.70 | 129.50 | Billable |

6/3/2004                                    Beck & Eldergill, P.C.
11:37 AM                                    Pre-bill Worksheet                              Page    10

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 7/3/2003 MPM 98450 | Attorney's Fees Review of Defendant's Motion for Summary Judgment. | 250.00 | 1.70 | 425.00 | Billable |
| 7/8/2003 MPM 98715 | Attorney's Fees Review of Defendant's Motion for Summary Judgment. | 250.00 | 2.30 | 575.00 | Billable |
| 7/10/2003 Clerk 98684 | Attorney's Fees Research | 83.00 | 2.50 | 207.50 | Billable |
| 7/11/2003 DVO 98742 | Attorney's Fees Research; Review Pleading - Response-Summary Judgment | 185.00 | 1.20 | 222.00 | Billable |
| 7/14/2003 Clerk 99058 | Attorney's Fees Research | 83.00 | 2.75 | 228.25 | Billable |
| 7/15/2003 Clerk 99059 | Attorney's Fees Research | 83.00 | 2.75 | 228.25 | Billable |
| 7/16/2003 Clerk 99060 | Attorney's Fees Research | 83.00 | 2.75 | 228.25 | Billable |
| 7/17/2003 Clerk 99061 | Attorney's Fees Research | 83.00 | 2.25 | 186.75 | Billable |
| 7/18/2003 Clerk 99227 | Attorney's Fees Research | 83.00 | 1.50 | 124.50 | Billable |
| 7/21/2003 Clerk 99228 | Attorney's Fees Research | 83.00 | 6.75 | 560.25 | Billable |
| 7/21/2003 MPM 99375 | Attorney's Fees Preparation of Memorandum in Opposition to Summary Judgment. | 250.00 | 3.10 | 775.00 | Billable |
| 7/22/2003 Clerk 99229 | Attorney's Fees Research | 83.00 | 1.75 | 145.25 | Billable |
| 7/22/2003 MPM 99377 | Attorney's Fees Preparation of Memorandum in Opposition to Summary Judgment. | 250.00 | 7.40 | 1,850.00 | Billable |

6/3/2004
11:37 AM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    11

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/23/2003<br>99230 | Clerk<br>Attorney's Fees<br>Research | 83.00 | 1.50 | 124.50 | Billable |
| 7/23/2003<br>99380 | MPM<br>Attorney's Fees<br>Preparation of Memorandum in Opposition to Defendant's Motion for Summary Judgment. | 250.00 | 3.00 | 750.00 | Billable |
| 7/24/2003<br>99386 | MPM<br>Attorney's Fees<br>Review of Defendant's Memorandum in Opposition to Motion for Summary Judgment. | 250.00 | 2.90 | 725.00 | Billable |
| 7/24/2003<br>99231 | Clerk<br>Attorney's Fees<br>Research | 83.00 | 1.50 | 124.50 | Billable |
| 8/5/2003<br>100169 | MPM<br>Attorney's Fees<br>Review of Defendant's Memorandum in Opposition; Preparation of Reply Brief. | 250.00 | 2.70 | 675.00 | Billable |
| 8/11/2003<br>100071 | DVO<br>Attorney's Fees<br>Research/ Preparation of Pleading - Reply Brief | 185.00 | 0.70 | 129.50 | Billable |
| 8/11/2003<br>100171 | MPM<br>Attorney's Fees<br>Preparation of Reply Brief. | 250.00 | 1.20 | 300.00 | Billable |
| 8/12/2003<br>100175 | MPM<br>Attorney's Fees<br>Preparation of Reply Brief. | 250.00 | 2.30 | 575.00 | Billable |
| 8/13/2003<br>100240 | MPM<br>Attorney's Fees<br>Finalization of Reply Brief. | 250.00 | 0.50 | 125.00 | Billable |
| 10/9/2003<br>102807 | MPM<br>Attorney's Fees<br>Review of Discovery Regarding Lawn Mowing Buiness; Correspondence to Client Regarding Discovery. | 250.00 | 0.20 | 50.00 | Billable |
| 10/22/2003<br>103436 | MPM<br>Attorney's Fees<br>Telephone Conference with Client Regarding Settlement/Case Status. | 250.00 | 0.20 | 50.00 | Billable |
| 10/23/2003<br>103452 | MPM<br>Attorney's Fees<br>Correspondence to Client; Review of Offer/Demand. | 250.00 | 0.20 | 50.00 | Billable |

6/3/2004                          Beck & Eldergill, P.C.
11:37 AM                          Pre-bill Worksheet                          Page    12

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 1/15/2004 106794 | MPM Attorney's Fees Review of Decision Regarding Summary Judgment; Telephone Conference with Client; Telephone Conference with Opposing Counsel Regarding Continuance. | 250.00 | 1.20 | 300.00 | Billable |
| 1/16/2004 106801 | MPM Attorney's Fees Trial Preparation; Review of Part II of Trial Preparation Order. | 250.00 | 1.90 | 475.00 | Billable |
| 1/19/2004 106972 | MPM Attorney's Fees Trial Preparation; Meeting with Client Regarding Trial Preparation. | 250.00 | 2.00 | 500.00 | Billable |
| 1/20/2004 106973 | MPM Attorney's Fees Trial Preparation. | 250.00 | 1.00 | 250.00 | Billable |
| 1/21/2004 106982 | MPM Attorney's Fees Trial Preparation. | 250.00 | 2.00 | 500.00 | Billable |
| 1/22/2004 107227 | DVO Attorney's Fees Research - Housing/ Lodging Offset | 185.00 | 1.40 | 259.00 | Billable |
| 1/23/2004 107235 | MPM Attorney's Fees Preparation of Trial Preparation Order Section A | 250.00 | 1.70 | 425.00 | Billable |
| 1/23/2004 107255 | DVO Attorney's Fees Research - FISA Lodging | 185.00 | 0.90 | 166.50 | Billable |
| 1/26/2004 107244 | MPM Attorney's Fees Preparation of Trial Preparation Order Section A | 250.00 | 2.40 | 600.00 | Billable |
| 1/26/2004 107410 | DVO Attorney's Fees Research - FLSA: Offset | 185.00 | 0.90 | 166.50 | Billable |
| 1/27/2004 107388 | MPM Attorney's Fees Preparation of Trial Preparation Order Section A. | 250.00 | 2.00 | 500.00 | Billable |
| 1/28/2004 107395 | MPM Attorney's Fees Trial Preparation; Preparation of Section A of Trial Preparation Order. | 250.00 | 3.50 | 875.00 | Billable |

6/3/2004
11:37 AM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    13

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|--------------|----------------|----------------|-------|
| 1/29/2004 107401 | MPM Attorney's Fees Trial Preparation. | 250.00 | 0.40 | 100.00 | Billable |
| 2/10/2004 108078 | MPM Attorney's Fees Preparation of Trial Preparation Order Section A. | 250.00 | 3.20 | 800.00 | Billable |
| 2/12/2004 108086 | MPM Attorney's Fees Preparation of Part Attorney of Trial Order. | 250.00 | 4.70 | 1,175.00 | Billable |
| 2/13/2004 108105 | MPM Attorney's Fees Preparation of Trial Preparation Order Section A. | 250.00 | 3.40 | 850.00 | Billable |
| 2/16/2004 108435 | MPM Attorney's Fees Preparation of Trial Order/Section A Compliance. | 250.00 | 3.20 | 800.00 | Billable |
| 2/17/2004 108400 | MPM Attorney's Fees Trial Preparation Order/Section A Compliance. | 250.00 | 4.60 | 1,150.00 | Billable |
| 2/18/2004 108343 | DVO Attorney's Fees Research - FLSA Cases | 185.00 | 0.90 | 166.50 | Billable |
| 2/18/2004 108405 | MPM Attorney's Fees Preparation of Trial Preparation Order Section A Compliance. | 250.00 | 3.70 | 925.00 | Billable |
| 2/19/2004 108347 | DVO Attorney's Fees Research - FISA; Review Pleading - Statement of Facts; Trial Prep | 185.00 | 1.40 | 259.00 | Billable |
| 2/19/2004 108407 | MPM Attorney's Fees Trial Preparation; Preparation of Section A Compliance. | 250.00 | 4.60 | 1,150.00 | Billable |
| 2/20/2004 108430 | MPM Attorney's Fees Preparation for Trial/Trial Preparation Order. | 250.00 | 6.20 | 1,550.00 | Billable |
| 2/23/2004 108383 | KE Attorney's Fees Review Joint Trial Report. | 300.00 | 0.50 | 150.00 | Billable |
| 2/23/2004 108441 | MPM Attorney's Fees Research Regarding Taxation; Finalization of Trial Preparation Order. | 250.00 | 2.70 | 675.00 | Billable |

6/3/2004                                    Beck & Eldergill, P.C.
11:37 AM                                    Pre-bill Worksheet                              Page    14

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 2/25/2004 108624 | MPM Attorney's Fees Trial Preparation: Testimony; Review of Depositions of Plaintiff and Velasco. | 250.00 | 2.40 | 600.00 | Billable |
| 2/26/2004 108629 | MPM Attorney's Fees Trial Preparation; Telephone Conference with Opposing Counsel and Client Regarding Settlement and Settlement Conference. | 250.00 | 4.10 | 1,025.00 | Billable |
| 3/1/2004 109204 | MPM Attorney's Fees Settlement Conference/Travel. | 250.00 | 4.00 | 1,000.00 | Billable |
| 3/3/2004 109214 | MPM Attorney's Fees Preparation for Trial; Review of Defendant's Request to Admit. | 250.00 | 1.00 | 250.00 | Billable |
| 3/4/2004 109221 | MPM Attorney's Fees Trial Preparation. | 250.00 | 2.00 | 500.00 | Billable |
| 3/5/2004 109199 | MPM Attorney's Fees Trial Preparation. | 250.00 | 1.80 | 450.00 | Billable |
| 3/7/2004 109202 | MPM Attorney's Fees Trial Preparation. | 250.00 | 1.70 | 425.00 | Billable |
| 3/8/2004 109546 | MPM Attorney's Fees Trial Prep | 250.00 | 2.10 | 525.00 | Billable |
| 3/9/2004 109370 | DVO Attorney's Fees Research - Amended Answer/ Affirmative Defendant | 185.00 | 0.90 | 166.50 | Billable |
| 3/10/2004 109377 | DVO Attorney's Fees Research; Preparation of Pleading - Objection to Motion / Leave to Amend; Conference with MPM | 185.00 | 1.20 | 222.00 | Billable |
| 3/11/2004 109467 | DVO Attorney's Fees Conference with MPM; Research; Preparation of Pleading - Memo in Opposition / Amend | 185.00 | 1.20 | 222.00 | Billable |
| 3/11/2004 109545 | MPM Attorney's Fees Trial Prep; Review of Defendant's Correspondence | 250.00 | 2.30 | 575.00 | Billable |

6/3/2004                                      Beck & Eldergill, P.C.
11:37 AM                                        Pre-bill Worksheet                              Page    15

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|--------------:|---------------:|---------------:|-------|
| 3/12/2004 109473 | DVO Attorney's Fees Preparation of Pleading - Memo in Objection to Request/Amend | 185.00 | 1.10 | 203.50 | Billable |
| 3/12/2004 109539 | MPM Attorney's Fees Trial Preparation regarding Testimony Outlines | 250.00 | 1.80 | 450.00 | Billable |
| 3/15/2004 109636 | MPM Attorney's Fees Trial Preparation Regarding Testimony Outline/Admissions of Convictions. | 250.00 | 1.20 | 300.00 | Billable |
| 3/15/2004 109828 | DVO Attorney's Fees Research -Objection to Ammendment | 185.00 | 0.80 | 148.00 | Billable |
| 3/16/2004 109837 | DVO Attorney's Fees Research - Objection to Ammendment; Conference with MPM | 185.00 | 0.30 | 55.50 | Billable |
| 3/17/2004 109702 | MPM Attorney's Fees Trial Preparation; Preparation of Response to Trial Preparation Part B; Preparation of Trial Preparation Order Part C. | 250.00 | 1.40 | 350.00 | Billable |
| 3/18/2004 109707 | MPM Attorney's Fees Trial Preparation; Preparation of Section B of Trial Preparation Order; Preparation of Trial Preparation Order Section  Conference. | 250.00 | 2.20 | 550.00 | Billable |
| 3/18/2004 109874 | DVO Attorney's Fees Preparation of Pleading - Objection to Ammendment | 185.00 | 0.40 | 74.00 | Billable |
| 3/19/2004 109896 | DVO Attorney's Fees Preparation of Pleading - Objection to Amendment | 185.00 | 0.20 | 37.00 | Billable |
| 3/22/2004 110087 | DVO Attorney's Fees Research - Trial Prep; Motion for Objection Ammended | 185.00 | 0.80 | 148.00 | Billable |
| 3/24/2004 110101 | DVO Attorney's Fees Research; Trial Prep | 185.00 | 0.40 | 74.00 | Billable |
| 3/28/2004 110327 | MPM Attorney's Fees Prepare for Trial; Preparation - Order Part  C- Compliance | 250.00 | 4.00 | 1,000.00 | Billable |

6/3/2004
11:37 AM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    16

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/29/2004 110562 | DVO Attorney's Fees Research; Preparation of Pleading - PreTrial Docs | 185.00 | 1.30 | 240.50 | Billable |
| 3/29/2004 110328 | MPM Attorney's Fees Preparation of Memo in Opposition to Request to Amend Answer and Defense | 250.00 | 1.80 | 450.00 | Billable |
| 3/29/2004 110329 | MPM Attorney's Fees Preparation of Trial ; Preparation of Order Part C- Compliance | 250.00 | 7.00 | 1,750.00 | Billable |
| 3/29/2004 110330 | MPM Attorney's Fees Preparation of Trial Outline | 250.00 | 2.40 | 600.00 | Billable |
| 3/29/2004 110331 | MPM Attorney's Fees Preparation of Trial; Preparation of Part C- Compliance | 250.00 | 8.00 | 2,000.00 | Billable |
| 3/30/2004 110566 | DVO Attorney's Fees Preparation of Pleading - Motion in Limine | 185.00 | 2.60 | 481.00 | Billable |
| 3/30/2004 110333 | MPM Attorney's Fees Preparation of Motion in Limine regarding Evidence/ Prep motion in limine regarding Credit for Lodging | 250.00 | 3.10 | 775.00 | Billable |
| 3/30/2004 110332 | MPM Attorney's Fees Preparation of Trial; Preparation of Order Part C- Compliance | 250.00 | 6.20 | 1,550.00 | Billable |
| 3/31/2004 110360 | KE Attorney's Fees Opening Statement: Review Pleading & Revise | 300.00 | 0.30 | 90.00 | Billable |
| 4/1/2004 110396 | KE Attorney's Fees Document Review - Jury Change | 300.00 | 1.00 | 300.00 | Billable |
| 4/1/2004 110335 | MPM Attorney's Fees Preparation for Trial; Preparation of Order Section C- Compliance | 250.00 | 8.50 | 2,125.00 | Billable |
| 4/2/2004 110336 | MPM Attorney's Fees Finalization of Motion in limine regarding Evidence/Motion in limine regarding Credit | 250.00 | 2.00 | 500.00 | Billable |

6/3/2004                                   Beck & Eldergill, P.C.
11:37 AM                                   Pre-bill Worksheet                                    Page     17

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/2/2004<br>110337 | MPM<br>Attorney's Fees<br>Finalization of Trial Preparation; Order Section C- Compliance | 250.00 | 5.10 | 1,275.00 | Billable |
| 4/5/2004<br>110484 | MPM<br>Attorney's Fees<br>Trial Preparation. | 250.00 | 2.00 | 500.00 | Billable |
| 4/7/2004<br>110998 | MPM<br>Attorney's Fees<br>Trial Preparation; Review of Defendant's Part C- Compliance | 250.00 | 3.10 | 775.00 | Billable |
| 4/8/2004<br>111004 | MPM<br>Attorney's Fees<br>Trial Preparation | 250.00 | 4.20 | 1,050.00 | Billable |
| 4/12/2004<br>110992 | MPM<br>Attorney's Fees<br>Trial Preparation | 250.00 | 1.90 | 475.00 | Billable |
| 4/13/2004<br>110995 | MPM<br>Attorney's Fees<br>Trial Preparation | 250.00 | 4.20 | 1,050.00 | Billable |
| 4/15/2004<br>111284 | MPM<br>Attorney's Fees<br>Trial Preparation. | 250.00 | 2.40 | 600.00 | Billable |
| 4/20/2004<br>111290 | MPM<br>Attorney's Fees<br>Jury Selection. | 250.00 | 7.00 | 1,750.00 | Billable |
| 4/21/2004<br>111297 | MPM<br>Attorney's Fees<br>Review of Defendant's Opposition to Motion in Limine and Memorandum<br>of Law. | 250.00 | 1.00 | 250.00 | Billable |
| 4/22/2004<br>111250 | DVO<br>Attorney's Fees<br>Review Pleading - Opposition in Memorandum; Preparation of Pleading -<br>Reply - Motion in Limine regarding Credit | 185.00 | 1.60 | 296.00 | Billable |
| 4/22/2004<br>111308 | MPM<br>Attorney's Fees<br>Preparation of Reply to Opposition Regarding Evidence; Reply to Credit<br>for Lodging Brief. | 250.00 | 2.00 | 500.00 | Billable |
| 4/23/2004<br>111262 | DVO<br>Attorney's Fees<br>Research; Preparation of Pleading - Reply : Motion in Limine regarding<br>Credits | 185.00 | 1.20 | 222.00 | Billable |

6/3/2004                                     Beck & Eldergill, P.C.
11:37 AM                                      Pre-bill Worksheet                            Page    18

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 4/26/2004 111618 | DVO Attorney's Fees Preparation of Pleading; Travel to Discovery | 185.00 | 1.30 1.30 | 240.50 240.50 | No Charge |
| 4/26/2004 111815 | MPM Attorney's Fees Preparation of Reply; Trial Preparation | 250.00 | 2.30 | 575.00 | Billable |
| 4/28/2004 111818 | MPM Attorney's Fees Trial Preparation | 250.00 | 1.60 | 400.00 | Billable |
| 5/3/2004 111975 | DVO Attorney's Fees Research; Preparation of Pleading - Reply to Defendant's Motion in Limine regarding Summary | 185.00 | 2.40 | 444.00 | Billable |
| 5/3/2004 112622 | MPM Attorney's Fees Trial Preparation. | 250.00 | 2.70 | 675.00 | Billable |
| 5/4/2004 111992 | DVO Attorney's Fees Preparation of Pleading - Objection to Motion in Limine | 185.00 | 0.80 | 148.00 | Billable |
| 5/4/2004 111998 | DVO Attorney's Fees Preparation of Pleading - Objection to Motion in Limine regarding Summaries | 185.00 | 1.40 | 259.00 | Billable |
| 5/5/2004 112633 | MPM Attorney's Fees Trial Preparation. | 250.00 | 4.20 | 1,050.00 | Billable |
| 5/6/2004 112019 | DVO Attorney's Fees Preparation of Pleading - Objection to Motion in Limine | 185.00 | 3.20 | 592.00 | Billable |
| 5/6/2004 112725 | MPM Attorney's Fees Trial Preparation Regarding Coleman. | 250.00 | 1.80 | 450.00 | Billable |
| 5/6/2004 112724 | MPM Attorney's Fees Trial Prepartion Regarding Wishnick. | 250.00 | 1.60 | 400.00 | Billable |
| 5/6/2004 112723 | MPM Attorney's Fees Preparation of Reply Regarding Motion in Limine Regarding Calendar. | 250.00 | 2.30 | 575.00 | Billable |

6/3/2004                                    Beck & Eldergill, P.C.
11:37 AM                                    Pre-bill Worksheet                                    Page    19

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/6/2004 112617 | MPM Attorney's Fees Review of Defendants Motion in Limine Regarding Evidence. | 250.00 | 1.00 | 250.00 | Billable |
| 5/7/2004 112027 | DVO Attorney's Fees Preparation of Pleading - Objection to Motion in Limine; Conference with MPM- Review Testimony/FLSH | 185.00 | 2.30 | 425.50 | Billable |
| 5/9/2004 112106 | KE Attorney's Fees Review Plaintiff's Testimony. | 300.00 | 1.00 | 300.00 | Billable |
| 5/9/2004 112635 | MPM Attorney's Fees Trial Preparation Regarding Testimony Outlines. | 250.00 | 5.40 | 1,350.00 | Billable |
| 5/10/2004 112726 | MPM Attorney's Fees Review of Defendant's Exhibits/Disclosure/Motion to File Under Seal. | 250.00 | 2.50 | 625.00 | Billable |
| 5/10/2004 112084 | KE Attorney's Fees Review Evidentiary Issues. | 300.00 | 1.00 | 300.00 | Billable |
| 5/10/2004 112637 | MPM Attorney's Fees Trial Preparation. | 250.00 | 4.50 | 1,125.00 | Billable |
| 5/11/2004 112727 | MPM Attorney's Fees Review of Defendant's Exhibits and Tax Returns Regarding "Actual Cost". | 250.00 | 1.90 | 475.00 | Billable |
| 5/11/2004 112638 | MPM Attorney's Fees Trial Preparation. | 250.00 | 7.10 | 1,775.00 | Billable |
| 5/12/2004 112728 | MPM Attorney's Fees Trial Preparation Regarding Testimony Outlines. | 250.00 | 2.50 | 625.00 | Billable |
| 5/12/2004 112639 | MPM Attorney's Fees Trial. | 250.00 | 7.00 | 1,750.00 | Billable |
| 5/13/2004 112729 | MPM Attorney's Fees Trial Preparation Regarding Testimony of Estanislau/Coleman. | 250.00 | 3.90 | 975.00 | Billable |

6/3/2004                          Beck & Eldergill, P.C.
11:37 AM                          Pre-bill Worksheet                    Page    20

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 5/13/2004 112640 | MPM Attorney's Fees Trail. | 250.00 | 7.00 | 1,750.00 | Billable |
| 5/16/2004 112731 | MPM Attorney's Fees Review of Potential Witnesses. | 250.00 | 1.50 | 375.00 | Billable |
| 5/16/2004 112730 | MPM Attorney's Fees Review of Defendant's Exhibits. | 250.00 | 1.00 | 250.00 | Billable |
| 5/16/2004 112644 | MPM Attorney's Fees Trial Preparation Regarding Testimony of Coleman. | 250.00 | 2.50 | 625.00 | Billable |
| 5/17/2004 112733 | MPM Attorney's Fees Trial. | 250.00 | 7.00 | 1,750.00 | Billable |
| 5/17/2004 112732 | MPM Attorney's Fees Preparation for Defendant's Case-in-Chief. | 250.00 | 1.00 | 250.00 | Billable |
| 5/17/2004 112374 | BSB Attorney's Fees Research Clean Hands | 300.00 | 1.60 | 480.00 | Billable |
| 5/17/2004 112645 | MPM Attorney's Fees Trial Preparation Regarding Testimony of Coleman. | 250.00 | 1.00 | 250.00 | Billable |
| 5/18/2004 112559 | DVO Attorney's Fees Conference with MPM; Research Trial Issues | 185.00 | 1.00 | 185.00 | Billable |
| 5/18/2004 112646 | MPM Attorney's Fees Trial; Trial Preparation Regarding Defendant's Case-in-Chief. | 250.00 | 10.00 | 2,500.00 | Billable |
| 5/19/2004 112735 | MPM Attorney's Fees Request to Charge. | 250.00 | 1.00 | 250.00 | Billable |
| 5/19/2004 112736 | MPM Attorney's Fees Charging Conference. | 250.00 | 1.50 | 375.00 | Billable |
| 5/19/2004 112734 | MPM Attorney's Fees Trial Preparation Regarding Rebuttal/Defendant's Case. | 250.00 | 2.00 | 500.00 | Billable |

6/3/2004                                    Beck & Eldergill, P.C.
11:37 AM                                    Pre-bill Worksheet                              Page     21

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 5/19/2004 112737 | MPM Attorney's Fees Closing Argument. | 250.00 | 2.50 | 625.00 | Billable |
| 5/19/2004 112472 | KE Attorney's Fees Research on Motion for Judgment (Interstate Commerce Issue). | 300.00 | 1.00 | 300.00 | Billable |
| 5/19/2004 112738 | MPM Attorney's Fees Present Closing Argument. | 250.00 | 2.00 | 500.00 | Billable |
| 5/19/2004 112739 | MPM Attorney's Fees Charging and Jury Deliberation. | 250.00 | 4.00 | 1,000.00 | Billable |
| 5/19/2004 112648 | MPM Attorney's Fees Preparation for Closing Argument. | 250.00 | 6.50 | 1,625.00 | Billable |
| 5/19/2004 112647 | MPM Attorney's Fees Trial. | 250.00 | 6.00 | 1,500.00 | Billable |
| 5/19/2004 112575 | DVO Attorney's Fees Research Re: Trial Issues | 185.00 | 0.40 | 74.00 | Billable |
| 5/20/2004 112585 | DVO Attorney's Fees Document Review Re: Billing; Research Re: Interstate Commerce | 185.00 | 0.90 | 166.50 | Billable |
| 5/20/2004 112653 | KE Attorney's Fees Research: Interstate Commerce Issue. | 300.00 | 0.50 | 150.00 | Billable |
| 5/20/2004 112650 | MPM Attorney's Fees Research Regarding FLSA "Interstate Commerce" Coverage/Post-Trial Motions Regarding FLSA. | 250.00 | 2.30 | 575.00 | Billable |
| 5/24/2004 112849 | MPM Attorney's Fees Preparation of Motion for Liquidated Damages. | 250.00 | 0.80 | 200.00 | Billable |
| 5/24/2004 112850 | MPM Attorney's Fees Motion for Attorney's Fees. | 250.00 | 1.00 | 250.00 | Billable |

6/3/2004                                    Beck & Eldergill, P.C.
11:37 AM                                    Pre-bill Worksheet                                    Page    22

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 5/24/2004<br>112851 | MPM<br>Attorney's Fees<br>Research: "Commerce Clause" Coverage of FLSA. | 250.00 | 1.10 | 275.00 | Billable |
| 5/26/2004<br>112858 | MPM<br>Attorney's Fees<br>Preparation of Reply Brief Regarding Rule 50(b) Motion; Research. | 250.00 | 2.90 | 725.00 | Billable |
| 5/26/2004<br>112903 | DVO<br>Attorney's Fees<br>Research - FISA | 185.00 | 1.70 | 314.50 | Billable |
| 5/27/2004<br>112865 | MPM<br>Attorney's Fees<br>Research Regarding Rul 50(b) Standard/Defendant's Motion Regarding 50(b). | 250.00 | 2.30 | 575.00 | Billable |
| 5/28/2004<br>112928 | DVO<br>Attorney's Fees<br>Research - FLSA | 185.00 | 2.20 | 407.00 | Billable |

| | | | | | |
|---------|---------------|---------------|----------------|----------------|-------|
| TOTAL | Billable Fees<br>No Charge | | 612.85<br>1.30 | <br>$240.50 | $142,851.75 |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---------|------------------|----------------|----------|--------|-------|
| 8/15/2002<br>81533 | MPM<br>$ Costs<br>Abraham Glassman - Marshal's Fee for Service | 45.35 | 1.000 | 45.35 | Billable |
| 8/15/2002<br>81534 | MPM<br>$ Costs<br>Clerk, Superior Court - Entry Fee | 190.00 | 1.000 | 190.00 | Billable |
| 1/13/2003<br>89029 | MPM<br>$ Costs<br>Actuarial Litigation Service - Litigation Fee | 900.00 | 1.000 | 900.00 | Billable |
| 1/29/2003<br>90012 | MPM<br>$ Costs<br>Sanders, Gale & Russell - Deposition/Transcript (Estanislau) | 426.01 | 1.000 | 426.01 | Billable |
| 2/13/2003<br>90902 | MPM<br>$ Costs<br>Abraham Glassman - Marshal's Fee for Service of Federal Subpoena | 87.32 | 1.000 | 87.32 | Billable |
| 3/11/2003<br>92161 | MPM<br>$ Costs<br>Durant, Nichols, Et al - copies of reports | 38.86 | 1.000 | 38.86 | Billable |

6/3/2004                                  Beck & Eldergill, P.C.
11:37 AM                                   Pre-bill Worksheet                          Page    23

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---------|------------------|---------------|----------|--------|-------|
| 4/11/2003 93880 | MPM $ Costs Actuarial Litigation Service - Expert/Actuarian | 712.50 | 1.000 | 712.50 | Billable |
| 4/17/2003 94112 | MPM $ Costs Brandon Smith Reporting Service - Deposition/Transcript (Velasco) | 1052.58 | 1.000 | 1,052.58 | Billable |
| 4/30/2003 94842 | MPM $ Costs Sanders, Gale & Russell - Deposition/Transcript (Grill) | 45.69 | 1.000 | 45.69 | Billable |
| 2/23/2004 109278 | MPM $ Costs Federal Express to Attorney Cortese-Costa | 14.63 | 1.000 | 14.63 | Billable |
| 4/21/2004 111102 | MPM $ Costs IRIS, LLC - Investigative Report | 239.03 | 1.000 | 239.03 | Billable |
| 4/30/2004 111510 | MPM $ Costs RPersonal Courier Service - Delivery of Documents to US District Court (2) | 165.00 | 1.000 | 165.00 | Billable |
| 5/7/2004 111934 | MPM $ Costs Gregory Woodruff - Marshal's Fee for Service of Federal Subpoena | 60.30 | 1.000 | 60.30 | Billable |
| 5/10/2004 111944 | MPM $ Costs Actuarial Litigation Service - Document Review and Calculations | 1856.50 | 1.000 | 1,856.50 | Billable |
| 5/12/2004 112072 | MPM $ Costs Town Clerk of Manchester - Copies of Deeds | 30.00 | 1.000 | 30.00 | Billable |
| 5/12/2004 112074 | MPM $ Costs Abraham Glassman - Marshal's Fee for Subpoena | 85.80 | 1.000 | 85.80 | Billable |
| 5/27/2004 112754 | MPM $ Costs Actuarial Litigation Service - File Review and Calculations | 731.25 | 1.000 | 731.25 | Billable |
| 6/2/2004 112965 | MPM $ Costs RPersonal Courier - 3 Courier Fees to Court/CT Financial/Durant, Esq | 140.00 | 1.000 | 140.00 | Billable |

6/3/2004
11:37 AM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    24

Estanislau\NB:Arthur Estanislau, Jr. (continued)

|  | Amount | Total |
|---|---|---|
| **TOTAL**    Billable Costs |  | $6,820.82 |

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable time slips<br>Total of Fees (Time Charges) | $142,851.75 | $142,851.75 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $6,820.82 | $6,820.82 |
| Total new charges |  | $149,672.57 |
| New Balance<br>Current | $149,672.57 |  |
| Total New Balance |  | $149,672.57 |