UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, JR. | : | CIVIL ACTION NO: 3:02CV1515(PCD) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC | : | |
|     Defendant | : | APRIL 4, 2005 |
| | : | |

**PLAINTIFF'S SUPPLEMENTAL MOTION AND/OR PETITION FOR ATTORNEYS'
FEES AND COSTS PURSUANT TO 29 U.S.C. SECTION 216(B)
AND CONN. GEN. STAT. SECTION 31-72.**

**I. Background**

Pursuant to 29 U.S.C. Section 216(b) and Conn. Gen. Stat. Section 31-72, Plaintiff in the above-captioned action hereby supplements his motion and/or petition for attorneys' fees and costs dated June 3, 2004. The total amount of this supplement is $10,990.75 in attorneys' fees and $70.00 in additional costs. This amount is in addition to the amount of $149,672.57 previously submitted on or about June 3, 2004 for a total of $160,733.32. In support of this supplemental motion, Plaintiff submits the attached affidavits of Marc P. Mercier (Exhibit 1) and Derek V. Oatis (Exhibit 2), which include contemporaneous time records.

The supplemental request for attorneys' fees is based on the following expenditure of time:

    47.7 Hours at $250.00 per hour for work performed by Marc P. Mercier;

    13.9 Hours at $200.00 per hour for work performed by Derek V. Oatis;

    The aforementioned expenditure of time has been devoted, in part, to the following aspects of the case:

    18.4 Hours in responding to Defendant's unsuccessful Motion for Judgment as a Matter of Law pursuant to Fed.R.Civ.P 50(b);

    43.2 Hours in preparing Plaintiff's response to the Court's Order dated September 2, 2004 requiring supplemental briefing and the Defendant's response thereto.

    PLAINTIFF

By:
    Marc P. Mercier
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040
    Tel. (860) 646-5606
    Fed Bar No: ct10886

**CERTIFICATION**

      I hereby certify that a copy of the foregoing has been sent via overnight mail this 4th day of April, 2005, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

                                                  _____
                                                  Marc P. Mercier

Estanislau\SuppMoAttnysfees04-05.pld