4/4/2005                                    Beck & Eldergill, P.C.
2:34 PM                                      Pre-bill Worksheet                                    Page     1

Nickname        Estanislau\NB | MPM/Man Develp
Full Name       Arthur Estanislau, Jr.
Address         P.O. Box 1615
                Daytona Beach FL 32115

Phone 1                              Phone 2
Phone 3                              Phone 4
In Ref To       Arthur Estanislau, Jr. vs. Manchester Developers, LLC
Fees Arrg.      By billing value on each slip
Expense Arrg.   By billing value on each slip
Tax Profile     Exempt
Last bill
Last charge     4/4/2005
Last payment                         Amount      $0.00

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 7/22/2002 | MPM | 250.00 | 2.40 | 600.00 | Billable |
| 80639 | Attorney's Fees |  |  |  |  |
|  | Meeting with Clients; Review of Correspondence. |  |  |  |  |
| 7/23/2002 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 80644 | Attorney's Fees |  |  |  |  |
|  | Research Regarding "On-Call"; Overtime Offset for Housing. |  |  |  |  |
| 7/25/2002 | MPM | 250.00 | 3.40 | 850.00 | Billable |
| 81118 | Attorney's Fees |  |  |  |  |
|  | Meeting with Client; Review of File; Preparation of Draft Complaint. |  |  |  |  |
| 7/30/2002 | MPM | 250.00 | 3.20 | 800.00 | Billable |
| 81259 | Attorney's Fees |  |  |  |  |
|  | Preparation of Wage/Damage Calculation. |  |  |  |  |
| 8/2/2002 | MPM | 250.00 | 3.00 | 750.00 | Billable |
| 81284 | Attorney's Fees |  |  |  |  |
|  | Preparation of Wage Calculations. |  |  |  |  |
| 8/6/2002 | MPM | 250.00 | 3.40 | 850.00 | Billable |
| 81580 | Attorney's Fees |  |  |  |  |
|  | Preparation of Damage Analysis. |  |  |  |  |
| 8/7/2002 | MPM | 250.00 | 4.10 | 1,025.00 | Billable |
| 81584 | Attorney's Fees |  |  |  |  |
|  | Preparation of Damage Analysis. |  |  |  |  |
| 8/8/2002 | MPM | 250.00 | 2.70 | 675.00 | Billable |
| 81585 | Attorney's Fees |  |  |  |  |
|  | Meeting with Client; Preparation of Complaint; Preparation of Damage Analysis. |  |  |  |  |
| 9/16/2002 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 83305 | Attorney's Fees |  |  |  |  |
|  | Preparation of Draft 26(f) Report. |  |  |  |  |

Exhibit A

4/4/2005                                         Beck & Eldergill, P.C.
2:35 PM                                          Pre-bill Worksheet                                    Page      2

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 9/18/2002 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 83360 | Attorney's Fees | | | | |
| | Research Regarding Housing Deduction/Allowances. | | | | |
| 9/20/2002 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 83372 | Attorney's Fees | | | | |
| | Preparation of Discovery Request; Review of Statutory Scheme Regarding Housing. | | | | |
| 10/18/2002 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 85055 | Attorney's Fees | | | | |
| | Preparation of Initial Disclosure; Preparation of Production Request. | | | | |
| 10/21/2002 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 85652 | Attorney's Fees | | | | |
| | Research Regarding Overtime/On-site and On-call. | | | | |
| 11/20/2002 | MPM | 250.00 | 0.50 | 125.00 | Billable |
| 87092 | Attorney's Fees | | | | |
| | Meeting with Client Regarding Damage Calculation/Case Status. | | | | |
| 11/25/2002 | MPM | 250.00 | 0.40 | 100.00 | Billable |
| 87257 | Attorney's Fees | | | | |
| | File Review Regarding Damage Calculation. | | | | |
| 12/2/2002 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 87708 | Attorney's Fees | | | | |
| | Preparation of Ex-Parte Statement/Damage Calculation; Meeting with Client. | | | | |
| 12/4/2002 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 87585 | Attorney's Fees | | | | |
| | Meeting with Client Regarding Damage Calculations; Preparation of Ex-Parte Settlement Statement. | | | | |
| 12/5/2002 | MPM | 250.00 | 2.10 | 525.00 | Billable |
| 87596 | Attorney's Fees | | | | |
| | Meeting with Client Regarding Damage Calculation; Preparation of Ex-Parte Memorandum. | | | | |
| 12/10/2002 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 88127 | Attorney's Fees | | | | |
| | Research Regarding "on-site/on-duties" Compensation. | | | | |
| 12/12/2002 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 88141 | Attorney's Fees | | | | |
| | Research Regarding On-Site/On-Duty Time Compensation. | | | | |
| 12/17/2002 | MPM | 250.00 | 3.40 | 850.00 | Billable |
| 88397 | Attorney's Fees | | | | |
| | Preparation for Settlement Conference; Attend Settlement Conference. | | | | |

4/4/2005                          Beck & Eldergill, P.C.
2:35 PM                           Pre-bill Worksheet                          Page       3

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|--------------|--------------:|---------------:|---------------:|------:|
| 12/17/2002 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 88399 | Attorney's Fees<br>Damage Calculations. | | | | |
| 12/20/2002 | MPM | 250.00 | 2.50 | 625.00 | Billable |
| 88409 | Attorney's Fees<br>Meeting with Client Regarding Damage Calculations; Preparation of Damage Calculation. | | | | |
| 1/9/2003 | MPM | 250.00 | 4.30 | 1,075.00 | Billable |
| 89292 | Attorney's Fees<br>Preparation of Discovery Response; Preparation of Damage Calculation; Meeting with Client Regarding Deposition Preparation. | | | | |
| 1/10/2003 | MPM | 250.00 | 4.90 | 1,225.00 | Billable |
| 89300 | Attorney's Fees<br>Deposition Preparation/Damage Calculation Revision. | | | | |
| 1/13/2003 | MPM | 250.00 | 3.20 | 800.00 | Billable |
| 89806 | Attorney's Fees<br>Deposition Preparation; Preparation of Supplemental Response. | | | | |
| 1/14/2003 | MPM | 250.00 | 3.40 | 850.00 | Billable |
| 89808 | Attorney's Fees<br>Deposition Preparation; Preparation of Supplemental Response. | | | | |
| 1/15/2003 | MPM | 250.00 | 2.40 | 600.00 | Billable |
| 89651 | Attorney's Fees<br>Deposition Preparation; Review of Damage Calculation. | | | | |
| 1/15/2003 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 89663 | Attorney's Fees<br>Deposition Preparation for Estanislau. | | | | |
| 1/16/2003 | MPM | 250.00 | 8.70 | 2,175.00 | Billable |
| 89664 | Attorney's Fees<br>Deposition of Estanislau; Preparation of Deposition. | | | | |
| 1/17/2003 | MPM | 250.00 | 3.20 | 800.00 | Billable |
| 89665 | Attorney's Fees<br>Review of File Regarding Discovery. | | | | |
| 1/20/2003 | MPM | 250.00 | 1.40 | 350.00 | Billable |
| 89670 | Attorney's Fees<br>Telephone Conference with Client Regarding Case Status; File Review Regarding Demand. | | | | |
| 1/23/2003 | MPM | 250.00 | 0.40 | 100.00 | Billable |
| 89901 | Attorney's Fees<br>Telephone Conference with Client Regarding Case Status. | | | | |

4/4/2005                                    Beck & Eldergill, P.C.
2:35 PM                                     Pre-bill Worksheet                              Page      4

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 1/31/2003 | MPM | 250.00 | 2.10 | 525.00 | Billable |
| 90341 | Attorney's Fees | | | | |
| | File Review; Meeting with Client Regarding Case Status; Telephone Conference with Opposing Counsel Regarding Discovery/Deposition. | | | | |
| 2/3/2003 | MPM | 250.00 | 1.40 | 350.00 | Billable |
| 90454 | Attorney's Fees | | | | |
| | Telephone Conference with Client Regarding Case Status/Retaliation Claims; Research Regarding Affirmative Defense. | | | | |
| 2/4/2003 | MPM | 250.00 | 0.30 | 75.00 | Billable |
| 90508 | Attorney's Fees | | | | |
| | Reveiw of Research Regarding Equitable Defenses to FLSA Claims. | | | | |
| 2/5/2003 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 90511 | Attorney's Fees | | | | |
| | Preparation for Deposition of Velasco; Preparation of Subpoena. | | | | |
| 2/6/2003 | MPM | 250.00 | 1.80 | 450.00 | Billable |
| 90519 | Attorney's Fees | | | | |
| | Preparation for Deposition of Velasco. | | | | |
| 2/7/2003 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 90529 | Attorney's Fees | | | | |
| | Deposition Preparation for Velasco. | | | | |
| 2/10/2003 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 90694 | Attorney's Fees | | | | |
| | Research Regarding Affirmative Defenses; Review of Supplemental Discovery; Preparation of Stipulation; Preparation for Deposition of Velasco. | | | | |
| 2/11/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 90867 | Attorney's Fees | | | | |
| | Telephone Conference with Client Regarding Dsicovery; Prepartion for Deposition. | | | | |
| 2/12/2003 | MPM | 250.00 | 2.70 | 675.00 | Billable |
| 91126 | Attorney's Fees | | | | |
| | Telephone Conference with Client Regarding Discovery; Correspondence to Opposing Counsel Regarding Discovery/Deposition. | | | | |
| 2/18/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 91182 | Attorney's Fees | | | | |
| | Telephone Conference; Correspondence from Opposing Counsel Regarding Deposition Dates. | | | | |
| 2/19/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 91341 | Attorney's Fees | | | | |
| | Telephone Conference with Opposing Counsel; File Review Regarding Chameroy; Research Regarding Exemption. | | | | |

4/4/2005                                  Beck & Eldergill, P.C.
2:35 PM                                    Pre-bill Worksheet                              Page     5

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|--------------|---------------|----------------|----------------|-------|
| 2/20/2003 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 91345 | Attorney's Fees |||||
| | Research Regarding Exemption Requirements. |||||
| 2/21/2003 | MPM | 250.00 | 2.10 | 525.00 | Billable |
| 91350 | Attorney's Fees |||||
| | Review Transcript of Chameroy; Research Regarding Exemption. |||||
| 2/25/2003 | MPM | 250.00 | 1.80 | 450.00 | Billable |
| 91818 | Attorney's Fees |||||
| | Review of Deposition of Valesco. |||||
| 2/27/2003 | MPM | 250.00 | 2.90 | 725.00 | Billable |
| 91820 | Attorney's Fees |||||
| | Review of Deposition of Valesco; Preparation for Deposition. |||||
| 2/28/2003 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 91814 | Attorney's Fees |||||
| | Preparation for Deposition. |||||
| 3/3/2003 | MPM | 250.00 | 0.30 | 75.00 | Billable |
| 91807 | Attorney's Fees |||||
| | Telephone Conference with Opposing Counsel Regarding Deposition Dates; Prepare Re-Notice of Deposition. |||||
| 3/5/2003 | MPM | 250.00 | 1.40 | 350.00 | Billable |
| 92153 | Attorney's Fees |||||
| | Review of Expert's Response; Telephone Conference with Client Regarding Poster's Information/Wage Information. |||||
| 3/6/2003 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 92159 | Attorney's Fees |||||
| | Research Regarding Exempt Status. |||||
| 3/11/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 92617 | Attorney's Fees |||||
| | Deposition Preparation; Review File. |||||
| 3/12/2003 | MPM | 250.00 | 1.70 | 425.00 | Billable |
| 92422 | Attorney's Fees |||||
| | Preparation for Deposition; Research. |||||
| 3/13/2003 | MPM | 250.00 | 3.70 | 925.00 | Billable |
| 92424 | Attorney's Fees |||||
| | Deposition Preparation; Research Regarding Exempt Status. |||||
| 3/14/2003 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 92428 | Attorney's Fees |||||
| | Review of Defendant's Discovery Response/Request to Admit; Telephone Conference with Client. |||||

4/4/2005
2:35 PM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page      6

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 3/17/2003 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 92899 | Attorney's Fees | | | | |
| | Deposition Preparation; Meeting with Client Regarding Case Status. | | | | |
| 3/18/2003 | DVO | 185.00 | 2.80 | 518.00 | Billable |
| 92860 | Attorney's Fees | | | | |
| | Research - FLSA; Conference with MPM | | | | |
| 3/18/2003 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 92907 | Attorney's Fees | | | | |
| | Preparation for Deposition; Research FLSA; Telephone Conference with Client Regarding Termination. | | | | |
| 3/19/2003 | MPM | 250.00 | 8.10 | 2,025.00 | Billable |
| 92909 | Attorney's Fees | | | | |
| | Deposition of Fran Palaia; Preparation for Deposition. | | | | |
| 3/24/2003 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 93022 | Attorney's Fees | | | | |
| | Review of Payroll Records Regarding Damage Analysis. | | | | |
| 3/25/2003 | MPM | 250.00 | 4.10 | 1,025.00 | Billable |
| 93083 | Attorney's Fees | | | | |
| | Deposition of Former Employee; Travel; Review of Discovery; Meeting with Client Regarding Damages. | | | | |
| 4/1/2003 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 93421 | Attorney's Fees | | | | |
| | Meeting with Client; Review of Discovery and Damage Analysis. | | | | |
| 4/2/2003 | MPM | 250.00 | 0.40 | 100.00 | Billable |
| 93480 | Attorney's Fees | | | | |
| | File Review Regarding Damage Analysis. | | | | |
| 4/3/2003 | MPM | 250.00 | 0.60 | 150.00 | Billable |
| 93484 | Attorney's Fees | | | | |
| | File Review Regarding Damage Analysis. | | | | |
| 4/9/2003 | MPM | 250.00 | 3.10 | 775.00 | Billable |
| 94042 | Attorney's Fees | | | | |
| | Preparation of Response to Discovery/Request for Admissions. | | | | |
| 4/10/2003 | MPM | 250.00 | 1.80 | 450.00 | Billable |
| 94044 | Attorney's Fees | | | | |
| | Deposition of East Coast Vinyl; Meeting with Client Regarding Discovery Response. | | | | |
| 4/16/2003 | MPM | 250.00 | 0.40 | 100.00 | Billable |
| 94136 | Attorney's Fees | | | | |
| | Review of Valesco's Deposition Regarding Summary Judgment. | | | | |

4/4/2005                                    Beck & Eldergill, P.C.
2:35 PM                                       Pre-bill Worksheet                                    Page        7

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 4/18/2003 94412 | MPM<br>Attorney's Fees<br>Review of Deposition of Velasco Regarding Summary Judgment. | 250.00 | 1.30 | 325.00 | Billable |
| 4/21/2003 94447 | MPM<br>Attorney's Fees<br>Review of Velasco Deposition Regarding Summary Judgment. | 250.00 | 0.70 | 175.00 | Billable |
| 4/23/2003 94596 | MPM<br>Attorney's Fees<br>Review of Deposition of Velasco Regarding Summary Judgment. | 250.00 | 0.70 | 175.00 | Billable |
| 4/25/2003 94775 | MPM<br>Attorney's Fees<br>Preparation of Motion for Summary Judgment. | 250.00 | 1.60 | 400.00 | Billable |
| 4/27/2003 94778 | MPM<br>Attorney's Fees<br>Preparation for Motion for Summary Judgment. | 250.00 | 2.40 | 600.00 | Billable |
| 4/30/2003 94984 | MPM<br>Attorney's Fees<br>Review of Plaintiff's Deposition. | 250.00 | 1.70 | 425.00 | Billable |
| 5/2/2003 95037 | DVO<br>Attorney's Fees<br>Research - FLSA - Summary Judgment | 185.00 | 0.80 | 148.00 | Billable |
| 5/5/2003 95311 | MPM<br>Attorney's Fees<br>Preparation of Ex-Parte Statement to Parajudicial Officer Crosskey. | 250.00 | 1.20 | 300.00 | Billable |
| 5/6/2003 95320 | MPM<br>Attorney's Fees<br>Preparation of Facts for Motion for Summary Judgment. | 250.00 | 1.90 | 475.00 | Billable |
| 5/12/2003 95559 | MPM<br>Attorney's Fees<br>Telephone Conference with Chambers; Telephone Conference with Client Regarding Settlement Conference; Telephone Conference with Client. | 250.00 | 0.50 | 125.00 | Billable |
| 5/20/2003 96152 | MPM<br>Attorney's Fees<br>Review of Casino Records; Telephone Conference with Client Regarding Case Status; Preparation of Summary Judgment Motion. | 250.00 | 1.50 | 375.00 | Billable |
| 6/3/2003 96985 | MPM<br>Attorney's Fees<br>Preparation for Settlement Conference; Travel; Attend Settlement Conference. | 250.00 | 3.10 | 775.00 | Billable |

4/4/2005                              Beck & Eldergill, P.C.
2:35 PM                              Pre-bill Worksheet                                Page     8

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 6/6/2003 97391 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 2.10 | 525.00 | Billable |
| 6/8/2003 97394 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 1.60 | 400.00 | Billable |
| 6/9/2003 97398 | MPM Attorney's Fees Preparation for Motion for Summary Judgment. | 250.00 | 2.10 | 525.00 | Billable |
| 6/11/2003 97354 | DVO Attorney's Fees Document Review; Research Re: Summary Judgment | 185.00 | 1.00 | 185.00 | Billable |
| 6/11/2003 97413 | MPM Attorney's Fees Preparation of Facts for Motion for Summary Judgment. | 250.00 | 1.70 | 425.00 | Billable |
| 6/12/2003 97423 | MPM Attorney's Fees Preparation of Motion for Summary Judgment; Meeting with Client. | 250.00 | 2.30 | 575.00 | Billable |
| 6/14/2003 97378 | DVO Attorney's Fees Research; Prepare Motion for Summary Judgment | 185.00 | 3.20 | 592.00 | Billable |
| 6/18/2003 97541 | DVO Attorney's Fees Research & Preparation of Pleading - Motion for Summary Judgment | 185.00 | 3.20 | 592.00 | Billable |
| 6/24/2003 97839 | DVO Attorney's Fees Research Overtime- FLSA | 185.00 | 0.40 | 74.00 | Billable |
| 6/24/2003 97856 | DVO Attorney's Fees Research - Minimum Gurantee | 185.00 | 0.70 | 129.50 | Billable |
| 6/26/2003 98183 | MPM Attorney's Fees Research Regarding Preparation of Motion for Summary Judgment. | 250.00 | 4.30 | 1,075.00 | Billable |
| 6/27/2003 98185 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 4.20 | 1,050.00 | Billable |
| 6/30/2003 98438 | MPM Attorney's Fees Preparation of Motion for Summary Judgment. | 250.00 | 7.80 | 1,950.00 | Billable |

4/4/2005
2:35 PM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    9

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/1/2003 MPM | | 250.00 | 10.20 | 2,550.00 | Billable |
| 98442 | Attorney's Fees Finalization of Summary Judgment Brief. | | | | |
| 7/2/2003 KE | | 300.00 | 1.00 | 300.00 | Billable |
| 98287 | Attorney's Fees Review Pleading - Motion for Summary Judgment for Plaintiff | | | | |
| 7/2/2003 MPM | | 250.00 | 4.20 | 1,050.00 | Billable |
| 98444 | Attorney's Fees Finalization of Summary Judgment Brief. | | | | |
| 7/3/2003 DVO | | 185.00 | 0.70 | 129.50 | Billable |
| 98428 | Attorney's Fees Review Pleading; Research Defendant's Motion for Summary Judgement | | | | |
| 7/3/2003 MPM | | 250.00 | 1.70 | 425.00 | Billable |
| 98450 | Attorney's Fees Review of Defendant's Motion for Summary Judgment. | | | | |
| 7/8/2003 MPM | | 250.00 | 2.30 | 575.00 | Billable |
| 98715 | Attorney's Fees Review of Defendant's Motion for Summary Judgment. | | | | |
| 7/11/2003 DVO | | 185.00 | 1.20 | 222.00 | Billable |
| 98742 | Attorney's Fees Research; Review Pleading - Response-Summary Judgment | | | | |
| 7/21/2003 MPM | | 250.00 | 3.10 | 775.00 | Billable |
| 99375 | Attorney's Fees Preparation of Memorandum in Opposition to Summary Judgment. | | | | |
| 7/22/2003 MPM | | 250.00 | 7.40 | 1,850.00 | Billable |
| 99377 | Attorney's Fees Preparation of Memorandum in Opposition to Summary Judgment. | | | | |
| 7/23/2003 MPM | | 250.00 | 3.00 | 750.00 | Billable |
| 99380 | Attorney's Fees Preparation of Memorandum in Opposition to Defendant's Motion for Summary Judgment. | | | | |
| 7/24/2003 MPM | | 250.00 | 2.90 | 725.00 | Billable |
| 99386 | Attorney's Fees Review of Defendant's Memorandum in Opposition to Motion for Summary Judgment. | | | | |
| 8/5/2003 MPM | | 250.00 | 2.70 | 675.00 | Billable |
| 100169 | Attorney's Fees Review of Defendant's Memorandum in Opposition; Preparation of Reply Brief. | | | | |

4/4/2005                              Beck & Eldergill, P.C.
2:35 PM                              Pre-bill Worksheet                          Page    10

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/11/2003 | DVO | 185.00 | 0.70 | 129.50 | Billable |
| 100071 | Attorney's Fees<br>Research/ Preparation of Pleading - Reply Brief | | | | |
| 8/11/2003 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 100171 | Attorney's Fees<br>Preparation of Reply Brief. | | | | |
| 8/12/2003 | MPM | 250.00 | 2.30 | 575.00 | Billable |
| 100175 | Attorney's Fees<br>Preparation of Reply Brief. | | | | |
| 8/13/2003 | MPM | 250.00 | 0.50 | 125.00 | Billable |
| 100240 | Attorney's Fees<br>Finalization of Reply Brief. | | | | |
| 10/9/2003 | MPM | 250.00 | 0.20 | 50.00 | Billable |
| 102807 | Attorney's Fees<br>Review of Discovery Regarding Lawn Mowing Buiness; Correspondence<br>to Client Regarding Discovery. | | | | |
| 10/22/2003 | MPM | 250.00 | 0.20 | 50.00 | Billable |
| 103436 | Attorney's Fees<br>Telephone Conference with Client Regarding Settlement/Case Status. | | | | |
| 10/23/2003 | MPM | 250.00 | 0.20 | 50.00 | Billable |
| 103452 | Attorney's Fees<br>Correspondence to Client; Review of Offer/Demand. | | | | |
| 1/15/2004 | MPM | 250.00 | 1.20 | 300.00 | Billable |
| 106794 | Attorney's Fees<br>Review of Decision Regarding Summary Judgment; Telephone<br>Conference with Client; Telephone Conference with Opposing Counsel<br>Regarding Continuance. | | | | |
| 1/16/2004 | MPM | 250.00 | 1.90 | 475.00 | Billable |
| 106801 | Attorney's Fees<br>Trial Preparation; Review of Part II of Trial Preparation Order. | | | | |
| 1/19/2004 | MPM | 250.00 | 2.00 | 500.00 | Billable |
| 106972 | Attorney's Fees<br>Trial Preparation; Meeting with Client Regarding Trial Preparation. | | | | |
| 1/20/2004 | MPM | 250.00 | 1.00 | 250.00 | Billable |
| 106973 | Attorney's Fees<br>Trial Preparation. | | | | |
| 1/21/2004 | MPM | 250.00 | 2.00 | 500.00 | Billable |
| 106982 | Attorney's Fees<br>Trial Preparation. | | | | |

4/4/2005                                Beck & Eldergill, P.C.
2:35 PM                                 Pre-bill Worksheet                              Page      11

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|--------------:|---------------:|---------------:|-------|
| 1/22/2004 DVO 107227 | Attorney's Fees Research - Housing/ Lodging Offset | 185.00 | 1.40 | 259.00 | Billable |
| 1/23/2004 MPM 107235 | Attorney's Fees Preparation of Trial Preparation Order Section A | 250.00 | 1.70 | 425.00 | Billable |
| 1/23/2004 DVO 107255 | Attorney's Fees Research - FISA Lodging | 185.00 | 0.90 | 166.50 | Billable |
| 1/26/2004 DVO 107410 | Attorney's Fees Research - FLSA: Offset | 185.00 | 0.90 | 166.50 | Billable |
| 1/26/2004 MPM 107244 | Attorney's Fees Preparation of Trial Preparation Order Section A | 250.00 | 2.40 | 600.00 | Billable |
| 1/27/2004 MPM 107388 | Attorney's Fees Preparation of Trial Preparation Order Section A. | 250.00 | 2.00 | 500.00 | Billable |
| 1/28/2004 MPM 107395 | Attorney's Fees Trial Preparation; Preparation of Section A of Trial Preparation Order. | 250.00 | 3.50 | 875.00 | Billable |
| 1/29/2004 MPM 107401 | Attorney's Fees Trial Preparation. | 250.00 | 0.40 | 100.00 | Billable |
| 2/10/2004 MPM 108078 | Attorney's Fees Preparation of Trial Preparation Order Section A. | 250.00 | 3.20 | 800.00 | Billable |
| 2/12/2004 MPM 108086 | Attorney's Fees Preparation of Part Attorney of Trial Order. | 250.00 | 4.70 | 1,175.00 | Billable |
| 2/13/2004 MPM 108105 | Attorney's Fees Preparation of Trial Preparation Order Section A. | 250.00 | 3.40 | 850.00 | Billable |
| 2/16/2004 MPM 108435 | Attorney's Fees Preparation of Trial Order/Section A Compliance. | 250.00 | 3.20 | 800.00 | Billable |
| 2/17/2004 MPM 108400 | Attorney's Fees Trial Preparation Order/Section A Compliance. | 250.00 | 4.60 | 1,150.00 | Billable |

4/4/2005                                         Beck & Eldergill, P.C.
2:35 PM                                          Pre-bill Worksheet                                    Page    12

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|--------------:|---------------:|---------------:|-------|
| 2/18/2004 108343 | DVO Attorney's Fees Research - FLSA Cases | 185.00 | 0.90 | 166.50 | Billable |
| 2/18/2004 108405 | MPM Attorney's Fees Preparation of Trial Preparation Order Section A Compliance. | 250.00 | 3.70 | 925.00 | Billable |
| 2/19/2004 108407 | MPM Attorney's Fees Trial Preparation; Preparation of Section A Compliance. | 250.00 | 4.60 | 1,150.00 | Billable |
| 2/19/2004 108347 | DVO Attorney's Fees Research - FISA; Review Pleading - Statement of Facts; Trial Prep | 185.00 | 1.40 | 259.00 | Billable |
| 2/20/2004 108430 | MPM Attorney's Fees Preparation for Trial/Trial Preparation Order. | 250.00 | 6.20 | 1,550.00 | Billable |
| 2/23/2004 108383 | KE Attorney's Fees Review Joint Trial Report. | 300.00 | 0.50 | 150.00 | Billable |
| 2/23/2004 108441 | MPM Attorney's Fees Research Regarding Taxation; Finalization of Trial Preparation Order. | 250.00 | 2.70 | 675.00 | Billable |
| 2/25/2004 108624 | MPM Attorney's Fees Trial Preparation: Testimony; Review of Depositions of Plaintiff and Velasco. | 250.00 | 2.40 | 600.00 | Billable |
| 2/26/2004 108629 | MPM Attorney's Fees Trial Preparation; Telephone Conference with Opposing Counsel and Client Regarding Settlement and Settlement Conference. | 250.00 | 4.10 | 1,025.00 | Billable |
| 3/1/2004 109204 | MPM Attorney's Fees Settlement Conference/Travel. | 250.00 | 4.00 | 1,000.00 | Billable |
| 3/3/2004 109214 | MPM Attorney's Fees Preparation for Trial; Review of Defendant's Request to Admit. | 250.00 | 1.00 | 250.00 | Billable |
| 3/4/2004 109221 | MPM Attorney's Fees Trial Preparation. | 250.00 | 2.00 | 500.00 | Billable |

4/4/2005                                    Beck & Eldergill, P.C.
2:35 PM                                     Pre-bill Worksheet                           Page     13

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/5/2004<br>109199 | MPM<br>Attorney's Fees<br>Trial Preparation. | 250.00 | 1.80 | 450.00 | Billable |
| 3/7/2004<br>109202 | MPM<br>Attorney's Fees<br>Trial Preparation. | 250.00 | 1.70 | 425.00 | Billable |
| 3/8/2004<br>109546 | MPM<br>Attorney's Fees<br>Trial Prep | 250.00 | 2.10 | 525.00 | Billable |
| 3/9/2004<br>109370 | DVO<br>Attorney's Fees<br>Research - Amended Answer/ Affirmative Defendant | 185.00 | 0.90 | 166.50 | Billable |
| 3/10/2004<br>109377 | DVO<br>Attorney's Fees<br>Research; Preparation of Pleading - Objection to Motion / Leave to Amend; Conference with MPM | 185.00 | 1.20 | 222.00 | Billable |
| 3/11/2004<br>109467 | DVO<br>Attorney's Fees<br>Conference with MPM; Research; Preparation of Pleading - Memo in Opposition / Amend | 185.00 | 1.20 | 222.00 | Billable |
| 3/11/2004<br>109545 | MPM<br>Attorney's Fees<br>Trial Prep; Review of Defendant's Correspondence | 250.00 | 2.30 | 575.00 | Billable |
| 3/12/2004<br>109473 | DVO<br>Attorney's Fees<br>Preparation of Pleading - Memo in Objection to Request/Amend | 185.00 | 1.10 | 203.50 | Billable |
| 3/12/2004<br>109539 | MPM<br>Attorney's Fees<br>Trial Preparation regarding Testimony Outlines | 250.00 | 1.80 | 450.00 | Billable |
| 3/15/2004<br>109636 | MPM<br>Attorney's Fees<br>Trial Preparation Regarding Testimony Outline/Admissions of Convictions. | 250.00 | 1.20 | 300.00 | Billable |
| 3/15/2004<br>109828 | DVO<br>Attorney's Fees<br>Research -Objection to Ammendment | 185.00 | 0.80 | 148.00 | Billable |
| 3/16/2004<br>109837 | DVO<br>Attorney's Fees<br>Research - Objection to Ammendment; Conference with MPM | 185.00 | 0.30 | 55.50 | Billable |

4/4/2005                              Beck & Eldergill, P.C.
2:35 PM                                Pre-bill Worksheet                          Page    14

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/17/2004 109702 | MPM<br>Attorney's Fees<br>Trial Preparation; Preparation of Response to Trial Preparation Part B; Preparation of Trial Preparation Order Part C. | 250.00 | 1.40 | 350.00 | Billable |
| 3/18/2004 109707 | MPM<br>Attorney's Fees<br>Trial Preparation; Preparation of Section B of Trial Preparation Order; Preparation of Trial Preparation Order Section  Conference. | 250.00 | 2.20 | 550.00 | Billable |
| 3/18/2004 109874 | DVO<br>Attorney's Fees<br>Preparation of Pleading - Objection to Ammendment | 185.00 | 0.40 | 74.00 | Billable |
| 3/19/2004 109896 | DVO<br>Attorney's Fees<br>Preparation of Pleading - Objection to Amendment | 185.00 | 0.20 | 37.00 | Billable |
| 3/22/2004 110087 | DVO<br>Attorney's Fees<br>Research - Trial Prep; Motion for Objection Ammended | 185.00 | 0.80 | 148.00 | Billable |
| 3/24/2004 110101 | DVO<br>Attorney's Fees<br>Research; Trial Prep | 185.00 | 0.40 | 74.00 | Billable |
| 3/28/2004 110327 | MPM<br>Attorney's Fees<br>Prepare for Trial; Preparation - Order Part  C- Compliance | 250.00 | 4.00 | 1,000.00 | Billable |
| 3/29/2004 110562 | DVO<br>Attorney's Fees<br>Research; Preparation of Pleading - PreTrial Docs | 185.00 | 1.30 | 240.50 | Billable |
| 3/29/2004 110330 | MPM<br>Attorney's Fees<br>Preparation of Trial Outline | 250.00 | 2.40 | 600.00 | Billable |
| 3/29/2004 110331 | MPM<br>Attorney's Fees<br>Preparation of Trial; Preparation of Part C- Compliance | 250.00 | 8.00 | 2,000.00 | Billable |
| 3/29/2004 110329 | MPM<br>Attorney's Fees<br>Preparation of Trial ; Preparation of Order Part C- Compliance | 250.00 | 7.00 | 1,750.00 | Billable |
| 3/29/2004 110328 | MPM<br>Attorney's Fees<br>Preparation of Memo in Opposition to Request to Amend Answer and Defense | 250.00 | 1.80 | 450.00 | Billable |

4/4/2005
2:35 PM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    15

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 3/30/2004 110332 | MPM Attorney's Fees Preparation of Trial; Preparation of Order Part C- Compliance | 250.00 | 6.20 | 1,550.00 | Billable |
| 3/30/2004 110333 | MPM Attorney's Fees Preparation of Motion in Limine regarding Evidence/ Prep motion in limine regarding Credit for Lodging | 250.00 | 3.10 | 775.00 | Billable |
| 3/30/2004 110566 | DVO Attorney's Fees Preparation of Pleading - Motion in Limine | 185.00 | 2.60 | 481.00 | Billable |
| 3/31/2004 110360 | KE Attorney's Fees Opening Statement: Review Pleading & Revise | 300.00 | 0.30 | 90.00 | Billable |
| 4/1/2004 110335 | MPM Attorney's Fees Preparation for Trial; Preparation of Order Section C- Compliance | 250.00 | 8.50 | 2,125.00 | Billable |
| 4/1/2004 110396 | KE Attorney's Fees Document Review - Jury Change | 300.00 | 1.00 | 300.00 | Billable |
| 4/2/2004 110336 | MPM Attorney's Fees Finalization of Motion in limine regarding Evidence/Motion in limine regarding Credit | 250.00 | 2.00 | 500.00 | Billable |
| 4/2/2004 110337 | MPM Attorney's Fees Finalization of Trial Preparation; Order Section C- Compliance | 250.00 | 5.10 | 1,275.00 | Billable |
| 4/5/2004 110484 | MPM Attorney's Fees Trial Preparation. | 250.00 | 2.00 | 500.00 | Billable |
| 4/7/2004 110998 | MPM Attorney's Fees Trial Preparation; Review of Defendant's Part C- Compliance | 250.00 | 3.10 | 775.00 | Billable |
| 4/8/2004 111004 | MPM Attorney's Fees Trial Preparation | 250.00 | 4.20 | 1,050.00 | Billable |
| 4/12/2004 110992 | MPM Attorney's Fees Trial Preparation | 250.00 | 1.90 | 475.00 | Billable |

4/4/2005                                        Beck & Eldergill, P.C.
2:35 PM                                        Pre-bill Worksheet                                        Page      16

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/13/2004 110995 | MPM Attorney's Fees Trial Preparation | 250.00 | 4.20 | 1,050.00 | Billable |
| 4/15/2004 111284 | MPM Attorney's Fees Trial Preparation. | 250.00 | 2.40 | 600.00 | Billable |
| 4/20/2004 111290 | MPM Attorney's Fees Jury Selection. | 250.00 | 7.00 | 1,750.00 | Billable |
| 4/21/2004 111297 | MPM Attorney's Fees Review of Defendant's Opposition to Motion in Limine and Memorandum of Law. | 250.00 | 1.00 | 250.00 | Billable |
| 4/22/2004 111308 | MPM Attorney's Fees Preparation of Reply to Opposition Regarding Evidence; Reply to Credit for Lodging Brief. | 250.00 | 2.00 | 500.00 | Billable |
| 4/22/2004 111250 | DVO Attorney's Fees Review Pleading - Opposition in Memorandum; Preparation of Pleading - Reply - Motion in Limine regarding Credit | 185.00 | 1.60 | 296.00 | Billable |
| 4/23/2004 111262 | DVO Attorney's Fees Research; Preparation of Pleading - Reply : Motion in Limine regarding Credits | 185.00 | 1.20 | 222.00 | Billable |
| 4/26/2004 111618 | DVO Attorney's Fees Preparation of Pleading; Travel to Discovery | 185.00 | 1.30 1.30 | 240.50 240.50 | No Charge |
| 4/26/2004 111815 | MPM Attorney's Fees Preparation of Reply; Trial Preparation | 250.00 | 2.30 | 575.00 | Billable |
| 4/28/2004 111818 | MPM Attorney's Fees Trial Preparation | 250.00 | 1.60 | 400.00 | Billable |
| 5/3/2004 111975 | DVO Attorney's Fees Research; Preparation of Pleading - Reply to Defendant's Motion in Limine regarding Summary | 185.00 | 2.40 | 444.00 | Billable |

4/4/2005                                       Beck & Eldergill, P.C.
2:35 PM                                        Pre-bill Worksheet                                    Page    17

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/3/2004 112622 | MPM Attorney's Fees Trial Preparation. | 250.00 | 2.70 | 675.00 | Billable |
| 5/4/2004 111992 | DVO Attorney's Fees Preparation of Pleading - Objection to Motion in Limine | 185.00 | 0.80 | 148.00 | Billable |
| 5/4/2004 111998 | DVO Attorney's Fees Preparation of Pleading - Objection to Motion in Limine regarding Summaries | 185.00 | 1.40 | 259.00 | Billable |
| 5/5/2004 112633 | MPM Attorney's Fees Trial Preparation. | 250.00 | 4.20 | 1,050.00 | Billable |
| 5/6/2004 112724 | MPM Attorney's Fees Trial Prepartion Regarding Wishnick. | 250.00 | 1.60 | 400.00 | Billable |
| 5/6/2004 112723 | MPM Attorney's Fees Preparation of Reply Regarding Motion in Limine Regarding Calendar. | 250.00 | 2.30 | 575.00 | Billable |
| 5/6/2004 112617 | MPM Attorney's Fees Review of Defendants Motion in Limine Regarding Evidence. | 250.00 | 1.00 | 250.00 | Billable |
| 5/6/2004 112725 | MPM Attorney's Fees Trial Preparation Regarding Coleman. | 250.00 | 1.80 | 450.00 | Billable |
| 5/6/2004 112019 | DVO Attorney's Fees Preparation of Pleading - Objection to Motion in Limine | 185.00 | 3.20 | 592.00 | Billable |
| 5/7/2004 112027 | DVO Attorney's Fees Preparation of Pleading - Objection to Motion in Limine; Conference with MPM- Review Testimony/FLSH | 185.00 | 2.30 | 425.50 | Billable |
| 5/9/2004 112106 | KE Attorney's Fees Review Plaintiff's Testimony. | 300.00 | 1.00 | 300.00 | Billable |
| 5/9/2004 112635 | MPM Attorney's Fees Trial Preparation Regarding Testimony Outlines. | 250.00 | 5.40 | 1,350.00 | Billable |

4/4/2005                     Beck & Eldergill, P.C.
2:35 PM                   Pre-bill Worksheet                      Page    18

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/10/2004 112084 | KE Attorney's Fees Review Evidentiary Issues. | 300.00 | 1.00 | 300.00 | Billable |
| 5/10/2004 112726 | MPM Attorney's Fees Review of Defendant's Exhibits/Disclosure/Motion to File Under Seal. | 250.00 | 2.50 | 625.00 | Billable |
| 5/10/2004 112637 | MPM Attorney's Fees Trial Preparation. | 250.00 | 4.50 | 1,125.00 | Billable |
| 5/11/2004 112638 | MPM Attorney's Fees Trial Preparation. | 250.00 | 7.10 | 1,775.00 | Billable |
| 5/11/2004 112727 | MPM Attorney's Fees Review of Defendant's Exhibits and Tax Returns Regarding "Actual Cost". | 250.00 | 1.90 | 475.00 | Billable |
| 5/12/2004 112639 | MPM Attorney's Fees Trial. | 250.00 | 7.00 | 1,750.00 | Billable |
| 5/12/2004 112728 | MPM Attorney's Fees Trial Preparation Regarding Testimony Outlines. | 250.00 | 2.50 | 625.00 | Billable |
| 5/13/2004 112640 | MPM Attorney's Fees Trail. | 250.00 | 7.00 | 1,750.00 | Billable |
| 5/13/2004 112729 | MPM Attorney's Fees Trial Preparation Regarding Testimony of Estanislau/Coleman. | 250.00 | 3.90 | 975.00 | Billable |
| 5/16/2004 112731 | MPM Attorney's Fees Review of Potential Witnesses. | 250.00 | 1.50 | 375.00 | Billable |
| 5/16/2004 112644 | MPM Attorney's Fees Trial Preparation Regarding Testimony of Coleman. | 250.00 | 2.50 | 625.00 | Billable |
| 5/16/2004 112730 | MPM Attorney's Fees Review of Defendant's Exhibits. | 250.00 | 1.00 | 250.00 | Billable |

4/4/2005                                    Beck & Eldergill, P.C.
2:35 PM                                      Pre-bill Worksheet                                    Page    19

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 5/17/2004 | MPM | 250.00 | 1.00 | 250.00 | Billable |
| 112732 | Attorney's Fees | | | | |
| | Preparation for Defendant's Case-in-Chief. | | | | |
| 5/17/2004 | MPM | 250.00 | 1.00 | 250.00 | Billable |
| 112645 | Attorney's Fees | | | | |
| | Trial Preparation Regarding Testimony of Coleman. | | | | |
| 5/17/2004 | MPM | 250.00 | 7.00 | 1,750.00 | Billable |
| 112733 | Attorney's Fees | | | | |
| | Trial. | | | | |
| 5/17/2004 | BSB | 300.00 | 1.60 | 480.00 | Billable |
| 112374 | Attorney's Fees | | | | |
| | Research Clean Hands | | | | |
| 5/18/2004 | DVO | 185.00 | 1.00 | 185.00 | Billable |
| 112559 | Attorney's Fees | | | | |
| | Conference with MPM; Research Trial Issues | | | | |
| 5/18/2004 | MPM | 250.00 | 10.00 | 2,500.00 | Billable |
| 112646 | Attorney's Fees | | | | |
| | Trial; Trial Preparation Regarding Defendant's Case-in-Chief. | | | | |
| 5/19/2004 | MPM | 250.00 | 2.50 | 625.00 | Billable |
| 112737 | Attorney's Fees | | | | |
| | Closing Argument. | | | | |
| 5/19/2004 | MPM | 250.00 | 4.00 | 1,000.00 | Billable |
| 112739 | Attorney's Fees | | | | |
| | Charging and Jury Deliberation. | | | | |
| 5/19/2004 | MPM | 250.00 | 6.50 | 1,625.00 | Billable |
| 112648 | Attorney's Fees | | | | |
| | Preparation for Closing Argument. | | | | |
| 5/19/2004 | MPM | 250.00 | 6.00 | 1,500.00 | Billable |
| 112647 | Attorney's Fees | | | | |
| | Trial. | | | | |
| 5/19/2004 | MPM | 250.00 | 2.00 | 500.00 | Billable |
| 112738 | Attorney's Fees | | | | |
| | Present Closing Argument. | | | | |
| 5/19/2004 | DVO | 185.00 | 0.40 | 74.00 | Billable |
| 112575 | Attorney's Fees | | | | |
| | Research Re: Trial Issues | | | | |
| 5/19/2004 | KE | 300.00 | 1.00 | 300.00 | Billable |
| 112472 | Attorney's Fees | | | | |
| | Research on Motion for Judgment (Interstate Commerce Issue). | | | | |

4/4/2005                          Beck & Eldergill, P.C.
2:35 PM                           Pre-bill Worksheet                          Page    20

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 5/19/2004 112734 | MPM Attorney's Fees Trial Preparation Regarding Rebuttal/Defendant's Case. | 250.00 | 2.00 | 500.00 | Billable |
| 5/19/2004 112735 | MPM Attorney's Fees Request to Charge. | 250.00 | 1.00 | 250.00 | Billable |
| 5/19/2004 112736 | MPM Attorney's Fees Charging Conference. | 250.00 | 1.50 | 375.00 | Billable |
| 5/20/2004 112653 | KE Attorney's Fees Research: Interstate Commerce Issue. | 300.00 | 0.50 | 150.00 | Billable |
| 5/20/2004 112585 | DVO Attorney's Fees Document Review Re: Billing; Research Re: Interstate Commerce | 185.00 | 0.90 | 166.50 | Billable |
| 5/20/2004 112650 | MPM Attorney's Fees Research Regarding FLSA "Interstate Commerce" Coverage/Post-Trial Motions Regarding FLSA. | 250.00 | 2.30 | 575.00 | Billable |
| 5/24/2004 112849 | MPM Attorney's Fees Preparation of Motion for Liquidated Damages. | 250.00 | 0.80 | 200.00 | Billable |
| 5/24/2004 112850 | MPM Attorney's Fees Motion for Attorney's Fees. | 250.00 | 1.00 | 250.00 | Billable |
| 5/24/2004 112851 | MPM Attorney's Fees Research: "Commerce Clause" Coverage of FLSA. | 250.00 | 1.10 | 275.00 | Billable |
| 5/26/2004 112858 | MPM Attorney's Fees Preparation of Reply Brief Regarding Rule 50(b) Motion; Research. | 250.00 | 2.90 | 725.00 | Billable |
| 5/26/2004 112903 | DVO Attorney's Fees Research - FISA | 185.00 | 1.70 | 314.50 | Billable |
| 5/27/2004 112865 | MPM Attorney's Fees Research Regarding Rul 50(b) Standard/Defendant's Motion Regarding 50(b). | 250.00 | 2.30 | 575.00 | Billable |

4/4/2005                               Beck & Eldergill, P.C.
2:35 PM                                Pre-bill Worksheet                              Page    21

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 5/28/2004 | DVO | 185.00 | 2.20 | 407.00 | Billable |
| 112928 | Attorney's Fees Research - FLSA | | | | |
| **NEW:** 6/4/2004 | DVO | 200.00 | 2.30 | 460.00 | Billable |
| 113235 | Attorney's Fees Research; Preparation of Pleading - Objection for Motion for Judgment - FLSA | | | | |
| 6/7/2004 | MPM | 250.00 | 4.20 | 1,050.00 | Billable |
| 113361 | Attorney's Fees Preparation of Objection to Rule 50(b) Motion; Research Regarding FLSA Coverage. | | | | |
| 6/8/2004 | MPM | 250.00 | 3.20 | 800.00 | Billable |
| 113351 | Attorney's Fees Finalization of Brief in Opposition to Rule 50)b); Research Regarding FLSA Amendments/Coverage. | | | | |
| 6/9/2004 | MPM | 250.00 | 4.20 | 1,050.00 | Billable |
| 113354 | Attorney's Fees Preparation of Brief Regarding Rule 50(b); Research Regarding Evidence of Hours Worked. | | | | |
| 6/14/2004 | MPM | 250.00 | 2.70 | 675.00 | Billable |
| 113987 | Attorney's Fees Preparation of Brief in Opposition to Defendant's Rule 50(b) Motion; Research Regarding Sufficiency of Evidence. | | | | |
| 6/15/2004 | MPM | 250.00 | 1.00 | 250.00 | Billable |
| 113998 | Attorney's Fees Finalizaton of Brief in Opposition to Rule 50(b) Motion. | | | | |
| 7/6/2004 | MPM | 250.00 | 0.80 | 200.00 | Billable |
| 114684 | Attorney's Fees Review of Defendant's Reply Brief. | | | | |
| 9/9/2004 | MPM | 250.00 | 0.50 | 125.00 | Billable |
| 117325 | Attorney's Fees Review of Court Supplemental Order; Telephone Conference with Client Regarding Case Status. | | | | |
| 9/21/2004 | MPM | 250.00 | 2.40 | 600.00 | Billable |
| 117943 | Attorney's Fees Review of Defendant's Brief; Research Regarding Waiver of Claim. | | | | |
| 9/21/2004 | DVO | 200.00 | 1.30 | 260.00 | Billable |
| 118064 | Attorney's Fees Review Pleading;Research Wavier-FLSA | | | | |

4/4/2005
2:35 PM

Beck & Eldergill, P.C.
Pre-bill Worksheet

Page    22

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/27/2004 118468 | MPM Attorney's Fees Research Regarding Waiver of Jury Claim/Failure to Preserve Record. | 250.00 | 3.20 | 800.00 | Billable |
| 9/27/2004 118573 | DVO Attorney's Fees Research-MPM- | 200.00 | 0.60 | 120.00 | Billable |
| 10/25/2004 119559 | MPM Attorney's Fees Research Regarding Supplemental Briefing; Preparation of Reply Brief. | 250.00 | 3.20 | 800.00 | Billable |
| 10/26/2004 119676 | DVO Attorney's Fees Research Preparation of Pleading -Supp Brief | 200.00 | 1.30 | 260.00 | Billable |
| 10/26/2004 119677 | DVO Attorney's Fees Research Preparation of Pleading -Supp Brief | 200.00 | 1.30 | 260.00 | Billable |
| 10/26/2004 119561 | MPM Attorney's Fees Research Regarding Plaintiff's Waiver; Preparation of Reply to Defendant's Supplemental Brief. | 250.00 | 4.50 | 1,125.00 | Billable |
| 10/27/2004 119687 | DVO Attorney's Fees Research Preparation of Pleading Supp Men;Travel Computer Files | 200.00 | 1.60 | 320.00 | Billable |
| 10/27/2004 119825 | MPM Attorney's Fees Preparation of Reply Brief Regarding Supplemental Briefing Order (Re: Defendant's Motion for Judgment); Research Regarding Plaintiff's Waiver/Defendant's Waiver. | 250.00 | 3.90 | 975.00 | Billable |
| 10/28/2004 119704 | DVO Attorney's Fees Research/ Preparation of Pleading Brief, Supplemental | 200.00 | 1.10 | 220.00 | Billable |
| 10/28/2004 119830 | MPM Attorney's Fees Preparation of Reply Brief; Research Regarding Waiver by Plaintiff/Waiver by Defendant of Claim. | 250.00 | 4.10 | 1,025.00 | Billable |
| 10/29/2004 119776 | DVO Attorney's Fees Research;Preparation of Pleading-Supp Brief Warrner | 200.00 | 2.30 | 460.00 | Billable |

4/4/2005                           Beck & Eldergill, P.C.
2:35 PM                           Pre-bill Worksheet                      Page    23

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/29/2004 119834 | MPM Attorney's Fees Preparation of Reply Brief Regarding Waiver by Plaintiff/Defendant of Jury Claim. | 250.00 | 2.90 | 725.00 | Billable |
| 11/1/2004 120101 | DVO Attorney's Fees Research;Preparation of Pleading - Supp Brief | 200.00 | 2.10 | 420.00 | Billable |
| 11/1/2004 120120 | MPM Attorney's Fees Finalization of Reply Brief Regarding Supplemental Briefing Order. | 250.00 | 3.40 | 850.00 | Billable |
| 3/16/2005 125564 | MPM Attorney's Fees Correspondence to Client; Telephone Conference with Client Regarding Retaliation Claim; Research Regarding Retaliation Claim. | 250.00 | 2.70 | 675.00 | Billable |
| 3/24/2005 125939 | MPM Attorney's Fees Telephone Conference with Client Regarding Case Status; Telephone Conference with Opposing Counsel Regarding Extension of Time. | 250.00 | 0.30 | 75.00 | Billable |
| 4/4/2005 126183 | MPM Attorney's Fees Preparation of Supplemental Motion and/or Petition for Attorney's Fees and Costs. | 250.00 | 0.50 | 125.00 | Billable |

| TOTAL | Billable Fees No Charge | | 629.70 1.30 | $240.50 | $153,842.50 |
|---|---|---|---|---|---|

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/15/2002 81533 | MPM $ Costs Abraham Glassman - Marshal's Fee for Service | 45.35 | 1.000 | 45.35 | Billable |
| 8/15/2002 81534 | MPM $ Costs Clerk, Superior Court - Entry Fee | 190.00 | 1.000 | 190.00 | Billable |
| 1/13/2003 89029 | MPM $ Costs Actuarial Litigation Service - Litigation Fee | 900.00 | 1.000 | 900.00 | Billable |
| 1/29/2003 90012 | MPM $ Costs Sanders, Gale & Russell - Deposition/Transcript (Estanislau) | 426.01 | 1.000 | 426.01 | Billable |

4/4/2005                                    Beck & Eldergill, P.C.
2:35 PM                                     Pre-bill Worksheet                              Page    24

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---------|------------------|---------------|----------|--------|-------|
| 2/13/2003 90902 | MPM $ Costs | 87.32 | 1.000 | 87.32 | Billable |
| | Abraham Glassman - Marshal's Fee for Service of Federal Subpoena | | | | |
| 3/11/2003 92161 | MPM $ Costs | 38.86 | 1.000 | 38.86 | Billable |
| | Durant, Nichols, Et al - copies of reports | | | | |
| 4/11/2003 93880 | MPM $ Costs | 712.50 | 1.000 | 712.50 | Billable |
| | Actuarial Litigation Service - Expert/Actuarian | | | | |
| 4/17/2003 94112 | MPM $ Costs | 1052.58 | 1.000 | 1,052.58 | Billable |
| | Brandon Smith Reporting Service - Deposition/Transcript (Velasco) | | | | |
| 4/30/2003 94842 | MPM $ Costs | 45.69 | 1.000 | 45.69 | Billable |
| | Sanders, Gale & Russell - Deposition/Transcript (Grill) | | | | |
| 2/23/2004 109278 | MPM $ Costs | 14.63 | 1.000 | 14.63 | Billable |
| | Federal Express to Attorney Cortese-Costa | | | | |
| 4/21/2004 111102 | MPM $ Costs | 239.03 | 1.000 | 239.03 | Billable |
| | IRIS, LLC - Investigative Report | | | | |
| 4/30/2004 111510 | MPM $ Costs | 165.00 | 1.000 | 165.00 | Billable |
| | RPersonal Courier Service - Delivery of Documents to US District Court (2) | | | | |
| 5/7/2004 111934 | MPM $ Costs | 60.30 | 1.000 | 60.30 | Billable |
| | Gregory Woodruff - Marshal's Fee for Service of Federal Subpoena | | | | |
| 5/10/2004 111944 | MPM $ Costs | 1856.50 | 1.000 | 1,856.50 | Billable |
| | Actuarial Litigation Service - Document Review and Calculations | | | | |
| 5/12/2004 112072 | MPM $ Costs | 30.00 | 1.000 | 30.00 | Billable |
| | Town Clerk of Manchester - Copies of Deeds | | | | |
| 5/12/2004 112074 | MPM $ Costs | 85.80 | 1.000 | 85.80 | Billable |
| | Abraham Glassman - Marshal's Fee for Subpoena | | | | |

| 4/4/2005 | Beck & Eldergill, P.C. | |
|---|---|---|
| 2:35 PM | Pre-bill Worksheet | Page    25 |

Estanislau\NB:Arthur Estanislau, Jr. (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 5/27/2004<br>112754 | MPM<br>$ Costs<br>Actuarial Litigation Service - File Review and Calculations | 731.25 | 1.000 | 731.25 | Billable |
| 6/2/2004<br>112965 | MPM<br>$ Costs<br>RPersonal Courier - 3 Courier Fees to Court/CT Financial/Durant, Esq | 140.00 | 1.000 | 140.00 | Billable |
| 11/1/2004<br>122203 | MPM<br>$ Costs<br>RPersonal Courier- Courier Fee for Document Filing with US District<br>Court | 70.00 | 1.000 | 70.00 | Billable |

| TOTAL | Billable Costs | | | | $6,890.82 |
|---|---|---|---|---|---|

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $153,842.50 | $153,842.50 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $6,890.82 | $6,890.82 |
| Total new charges | | $160,733.32 |
| New Balance<br>Current | $160,733.32 | |
| Total New Balance | | $160,733.32 |