UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.  :  | CIVIL ACTION NO: 3:02CV1515(PCD) |
|    Plaintiff : | |
| : | |
| VS. : | |
| : | |
| MANCHESTER DEVELOPERS, LLC : | |
|    Defendant : | JUNE 3, 2004 |
| : | |

## PLAINTIFF'S MOTION FOR LIQUIDATED AND/OR DOUBLE DAMAGES PURSUANT TO 29 U.S.C. SECTION 216(b) AND/OR CONN. GEN. STAT. SECTION 31-72

Following the jury's verdict finding for Plaintiff under both the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 206, *et seq*. and Conn. Gen. Stat. Section 31-72 and its award to Plaintiff of $24,676.00, Plaintiff hereby moves for an award of liquidated and/or double damages pursuant to both federal and state law in the equal amount of $24,676.00. Plaintiff submits herewith a memorandum of law in support of this motion.

                                                      PLAINTIFF

                                                      By:
                                                         Marc P. Mercier
                                                         Beck & Eldergill, P.C.
                                                         447 Center Street
                                                         Manchester, CT 06040
                                                          Tel:  (860) 646-5606

Fed Bar No: ct10886

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via overnight mail this 3rd day of June, 2004, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

_____
Marc P. Mercier

Estanislau\MoLiq06-04.pld