# EXHIBIT
# A

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR ESTANISLAU, JR.,          .    Case No. 3:02-CV-01515
                                 .    (PCD)
                Plaintiff,       .
                                 .    New Haven, Connecticut
     v.                          .    May 20, 2004
                                 .
MANCHESTER DEVELOPERS, LLC., .
                                 .
                Defendant.       .
.  .  .  .  .  .  .  .  .  .  .  .

EXCERPT OF TRIAL
VOLUME II
BEFORE THE HONORABLE PETER C. DORSEY
SENIOR UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        Beck & Eldergill
                          By:  MARK MERCIER, ESQ.
                          447 Center Street
                          Manchester, CT 06040


For the Defendant:        Durant, Nichols, Houston
                          Hodgson & Cortese-Costa
                          By:  LORRAINE CORTESE-
                               COSTA, ESQ.
                               PAMELA J. COYNE, ESQ.
                          1057 Broad Street
                          Bridgeport, CT 06604-0351


Court Monitor:            MS. KATHLEEN FALCONE




Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.
_____
BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

1   true than not to be true.  If the proof should fail to
2   establish any essential element of a claim or defense
3   by a preponderance of the evidence, the jury should
4   find that that claim or defense not to have been
5   proven.

6          The plaintiff, Arthur Estanislau, was hired
7   by the defendant, Manchester Developers, to be an on-
8   site maintenance superintendent at a 400-unit apartment
9   complex in Manchester, Connecticut.  Mr. Estanislau is
10  suing the defendant for failure to pay wages,
11  specifically overtime wages, that Mr. Estanislau
12  alleges the defendant owes him.  The defendant denies
13  that it owes Mr. Estanislau overtime wages.

14         The plaintiff alleges that he is entitled to
15  overtime wages under both the federal Fair Labor
16  Standards Act and Connecticut law.  You will have to
17  determine whether he is so entitled.  In many respects
18  the law of both state and federal jurisdictions are
19  similar.  If they differ, I will point out to you in
20  what ways they differ, otherwise you should assume that
21  they the -- the law and the standards that are to be
22  applied are the same, and that if the plaintiff is
23  entitled to recover under one, he is entitled to
24  recover in the same manner under the other.  The
25  differences between the two laws may, however, require

1    that you submit more than one verdict.

2         In order to recover for overtime wages owed,

3    plaintiff must prove by a preponderance of the evidence

4    that he was employed by the defendant during the

5    relevant period, that his -- that he is covered by the

6    law, and that defendant filed to pay him for all the

7    hours that he worked.  The plaintiff is to be

8    considered as employed by defendant, and covered under

9    the law.

10        The question you must resolve is whether the

11   plaintiff is entitled to any overtime pay on the basis

12   that he has proven that he worked hours for which he

13   was not paid, as overtime, as required by the law.

14        The plaintiff's entitlement hinges on a

15   number of factors to be discussed below.  However, the

16   most important fact is that he prove that he worked

17   more than 40 hours in a given week.  For every hour

18   that the plaintiff worked more than 40 hours in a

19   single week, the plaintiff is entitled to overtime pay.

20        Overtime pay is computed at a premium of time

21   and a half the plaintiff's regular rate of employment;

22   that is, his hourly wage.  While an employer may agree

23   to compensate an employee with a weekly, monthly or

24   annual salary, an employee's regular rate of pay, or

25   hourly wage, is nevertheless an hourly rate of pay

1    applicable.

2         THE COURT:  All right.

3         MS. COYNE:  And also, in addition, on that

4    page, below, we had asked and we ask -- you know, just

5    taking exception to the fact that it does not even

6    include anything about the employer's right to control

7    overtime is consistent with the law.

8         THE COURT:  All right.

9         MS. COYNE:  I just have one question?

10        THE COURT:  Yes.

11        MS. COYNE:  And I did not bring this up in

12   there, our charge conference.

13        THE COURT:  Yeah.

14        MS. COYNE:  On the verdict form there's

15   nothing under the FOSA about the damages, bad faith,

16   arbitrary or unreasonable.  That appears only under the

17   state law section.

18        THE COURT:  I'm not sure, Ms. Coyne, I

19   understand what you mean.  Tell me again.

20        MS. COYNE:  Well, under the FOSA, --

21        THE COURT:  Yes.

22        MS. COYNE:  -- for the purpose of damages, it

23   should include the question about bad faith, arbitrary

24   or unreasonable behavior by defendant.

25        MR. MERCIER:  Under the FLSA?  It's

1    (inaudible) of the court.

2            THE COURT:  Why isn't that true?

3            MS. COYNE:  That's fine.

4            THE COURT:  Okay.  All right.

5            MS. COYNE:  Thank you.

6            THE COURT:  All right.  What I would ask you,

7    counsel, that I -- check with the clerk (inaudible) all

8    of the exhibits to make sure all of the ones that your

9    understanding have been marked as full exhibits.  I

10   think we've clarified that with the four that you told

11   me about a little while ago, but just make sure that

12   the clerk has all of the exhibits that were marked as

13   full exhibits, as far as both sides are concerned, and

14   that there are no extra inclusions in there.

15           Every once in a while that happens.  I always

16   remember somebody used to sneak one in every once in a

17   while and then very piously, "Oh, I didn't know

18   anything about it."  Well, yeah.  If you believe that

19   I'll tell you another one, but in any event, the point

20   is that I want to make sure that all of the proper

21   exhibits go in and no more than that.

22           All right.  Now, as far as the jury is

23   concerned, their -- as I said, their lunch is not gonna

24   be here 'til 12:30.  I have very rarely found that a

25   jury, in anticipation of a lunch, decides a case and

C E R T I F I C A T E

I certify that the foregoing is a correct transcript
from the electronic sound recording of the proceedings
in the above-entitled matter.

_Stephen C. Bowles_                September 23, 2004

STEPHEN C. BOWLES

# EXHIBIT
# B

**CONNECTICUT—BRIDGEPORT**

Lonergan, Dana P., P.C., (BV) ..................... 3590 Main St.
Lopez, Carmen L., (BV) ................ '51 '76 C.1211 B.S. L.818 J.D. Supr. Ct.
Lopez, Joseph E. .................... '63 '97 L.1043 J.D. Off. of Pub. Def.
Luckart, Bernard J. ........ '36 '64 C.1030 B.S.S. L.724 LL.B. Trial Ct. Admr.
Lustig, Jordan R., (BV) ......... '32 '58 C.184 B.A. L.472 J.D. 881 Lafayette Blvd.
Lyddy, Raymond C. ................. '24 '51 C.321 A.B. L.276 J.D. Prob. J.
Lyman-Askew, Brian, (BV) ........ '54 '81 C.1030 B.A. L.818 J.D. [DePusco&L.]
Lynch, Michael S. ................ '62 '87 C&L.184 B.A., J.D. [Bai,P.&C.]
   *PRACTICE AREAS: Civil Litigation; Labor Law; Professional Liability Law; Probate.
Lyons, Jay C. ............ '50 '82 C.1030 A.B. L.564 J.D. 848 Colorado Ave.

**Maher & Murtha, LLC, (BV)**
   **528 Clinton Avenue, P.O. Box 901, 06601**
   Telephone: 203-367-2700 Fax: 203-335-0589
   Email: maherandmurtha@snet.net
   James J. Maher (1931-1998); Thomas M. Murtha; Geoffrey L. Squitiero;—Edward V. Walsh; John
   C. Turner, Jr.; Mark A. Perkins.
   General Insurance Defense Practice including Negligence, Malpractice, Products Liability, Errors and
   Omissions, Worker's Compensation, Municipal Liability, Law Enforcement Liability and Subroga-
   tion Law, Trials and Appeals, State and Federal.
   Reference: U.S.T. Bank Connecticut.

   *See Professional Biographies, BRIDGEPORT, CONNECTICUT*

**Maher and Williams**
(See Fairfield)

Mahoney, Douglas P. ................. '67 '92 C.321 A.B. L.184 J.D. [🅜 Tremont&S.]
   *PRACTICE AREAS: Personal Injury; Sexual Abuse; Premises Security.
Maiocco, John P., Jr. ................. '32 '57 C.276 B.S.S. L.184 LL.B. Supr. Ct. J.
Malone, Michael D. ................. '66 '94 C.881 B.A. L.94 J.D. [🅜 Zeisler&Z.]
Mandulak, Norma R. ................. '70 '99 C.1102 B.S. L.1252 J.D. [🅜 Pullman&C.]
   *PRACTICE AREAS: Corporate.
Mangines, Brian A., (BV) ......... '63 '90 C.188 B.S. L.184 J.D. [Mangines&M.]
Mangines, Thomas E. ............. '25 '62 C.1029 L.588 LL.D. [Mangines&M.]
Mangines and Mangines, (BV) ........................... 1115 Main St.
Marcus, Jan Arthur ............. '55 '80 C.994 B.A. L.564 J.D. 1000 Lafayette Blvd.
Maresca, Robert A., (BV) ......... '50 '76 C.1113 A.B. L.1338 J.D. 275 Congress St.
Maresca, Salvatore A., Jr., (BV) ...... '57 '82 C.94 B.A. L.184 J.D. 275 Congress St.
Marino, Vincent M. .......... '71 '96 C.1349 B.A. L.1252 J.D. [🅜 Cohen&W.] Bank-
   ruptcy.

**Maronich, Michael G., (BV) '55 '80 C.93 B.A. L.1194 J.D.**
   **180 Fairfield Avenue, 06604**
   Telephone: 203-336-1595 Fax: 203-331-1802
   Civil Litigation, Negligence and Personal Injury, Land Title Consulting & Litigation, Probate and
   Business Law.

   *See Professional Biographies, BRIDGEPORT, CONNECTICUT*

Massaro, Carl A., Jr., (BV) ......... '55 '80 C.676 B.S. L.1048 J.D. 180 Fairfield Ave.‡
Mastroianni, Gary A., (BV) ......... '52 '82 C.848 B.B.A. L.564 J.D. 2112 North Ave.
Maszaka, Judith A., (AV) ......... '51 '82 C.1033 B.A., L.184 J.D. [Weinstein,W.I.N.&S.]
   *PRACTICE AREAS: Employment Law; Civil Rights; Personal Injury; Family Law; Divorce.
Maxwell, Thomas F., Jr., (BV) ......... '41 '66 C.602 B.A. L.16 J.D. [Pullman&C.]
   *PRACTICE AREAS: Civil Litigation; Criminal Litigation; Administrative Law; Arbitration; Personal
   Injury.
McCann, Martin L. ........... '58 '92 C.1030 B.S. L.1252 J.D. [Zeldes,N.&C.]
   *PRACTICE AREAS: Taxation; Estates and Trusts; Commercial Law; Bankruptcy.
McCarthy, Earl A. ........... '72 '97 C.1030 B.S. L.1252 J.D. [🅜 J.R.Gulash,Jr.&E.J.R.]
   *PRACTICE AREAS: Civil Litigation; Criminal Defense.
McCreery, Edward P., III, (BV) '54 '79
                  C.882 B.A. L.1048 J.D. [Pullman&C.] (⭘Hartford)
   *PRACTICE AREAS: Commercial Litigation; Construction; Insurance Coverage; Product Liability; Ad-
   miralty.
McCrory, Anne O'Connor '62 '89 C&L.93 B.A., J.D.
                  Coun., Southern Coun. Gas Co., The
McEnery, Gerard, (BV) ......... '56 '83 C.724 B.S. L.1029 J.D. P.O. Box 5660
McGee, Heidi C. ........... '65 '92 C.165 B.A. L.184 J.D. [🅜 Willinger,W.&B.]
   *PRACTICE AREAS: Mortgage Foreclosure; Municipal Taxation; Commercial Litigation.
McGrath, William J. ........... '29 '59 C.1029 B.A. L.262 LL.B. Supr. Ct. J.
McGregor, Jack E. ........... '34 '63 C.976 B.S. L.665 LL.B. [🅜 Cohen&W.] (⭘Hartford)
   *PRACTICE AREAS: Corporate; Finance; Real Estate Development.
McGuinness, John J., Jr. ........... '20 '50 C.475 B.A. L.184 J.D. Com. Pleas J.
McIntosh, Erskine D., (BV) '51 '79 C.302 B.S. L.128 J.D.
                  Asst. Pub. Def. (⭘New Haven)
Medina, Maximino, Jr., (BV) ...... '58 '84 C.309 B.A. L.569 J.D. [Zeldes,N.&C.]
   *PRACTICE AREAS: Commercial Litigation; Bankruptcy Law; Personal Injury Litigation.
Meehan, Michael T. .......... '71 '96 C.1033 B.S. L.184 J.D. [Meehan&M.]
Meehan, Richard T., Jr., (AV) ...... '49 '74 C.602 B.A. L.184 J.D. [Meehan&M.]
   *PRACTICE AREAS: Criminal Law; Personal Injury Law; Malpractice; Labor Law; Commercial.
Meehan, Richard T., Sr., (AV) ...... '23 '60 C.1029 B.A. L.184 LL.B. [Meehan&M.]
   *PRACTICE AREAS: Criminal Law; Personal Injury; Labor Law.

**Meehan & Meehan, (AV)**
   **76 Lyon Terrace, 06604**
   Telephone: 203-333-1888 Fax: 203-331-0107 URL: http://www.mfeehanlaw.com
   Email: thefirm@meehanlaw.com URL: http://www.lawyers.com/mreehandmeehan
   Richard T. Meehan, Sr.; Richard T. Meehan, Jr.; Edward J. Gavin. Associates: Michael T. Meehan;
   Rosemarie Tailo Weber.
   Criminal Law, Personal Injury, Medical Malpractice, Dental Malpractice, Legal Malpractice, Labor
   Law, Commercial Litigation, Appellate.

   *See Professional Biographies, BRIDGEPORT, CONNECTICUT*

Melville, L. Scott ......................... '33 '62 C.569 A.B. L.329 LL.B. Supr. Ct. J.

**Merly, Lawrence J., (AV) '39 '64 C.1030 B.S.S. L.184 J.D. 🅜**
   **76 Lyon Terrace, 06604**
   Telephone: 203-333-1253 Fax: 203-332-7984
   *PRACTICE AREAS: Personal Injury Law; Medical Malpractice; Civil Litigation; Trials and
   Appeals Law.
   General Civil Practice before State Courts. Personal Injury, Medical Malpractice and Workers
   Compensation Law. Trials and Appeals.
   Reference: Peoples Savings Bank; Hudson United Bank.

   *See Professional Biographies, BRIDGEPORT, CONNECTICUT*

Meuser, Joseph E., (BV) ........... '31 '57 C&L.184 B.S., J.D. 887 Clinton Ave.
Meyer, Jonas J., III, (BV) ........... '29 '54 C.1030 B.S. L.93 J.D. [Sedensky&M.]
Meyer, R.C. .............. '61 '87 C.1103 B.A. L.1029 J.D. 3223 Main St.
Miller, Rosnick & D'Amico, P.C., (BV) ........................... 1087 Broad St.
Mills, John W., (BV) ........... '66 '90 C.184 B.A. L.1040 J.D. [Murphy&K.]
   *PRACTICE AREAS: Litigation; Insurance Defense.
Minchella, Anthony R. ........... '67 '97 C.712 B.A. L.1252 J.D. [🅜 Zeldes,N.&C.]
   *PRACTICE AREAS: Commercial Litigation; Product Liability Litigation; Real Property Litigation; Per-
   sonal Injury; Family Law.
Mirsky, Joseph ........... '27 '52 C.1029 B.A. L.94 LL.B. 1115 Main St.

Mitchell, Robert B., (AV) ........ '53 '79 C.611 B.A. L.861 J.D. [Durant,N.H.M.&S.]
   *PRACTICE AREAS: General Civil Litigation; Trial Practice; Labor Law; Employment Law; Civil Rights
   Law.
Moore, Dion W., (AV) ........... '39 '67 C.207 A.B. L.608 J.D. [Williams,C.&S.]
   *PRACTICE AREAS: Litigation.
Moorin, Herbert M., (AV) ........ '38 '62 C.855 B.A. L.309 LL.B. [Pullman&C.]
   *PRACTICE AREAS: Trusts and Estates; Pension and Profit-Sharing Law; Corporate Law.
Morris, D. Robert, (AV) ........ '50 '75 C&L.188 B.A., J.D. [Pullman&C.] (⭘Stamford)
   *PRACTICE AREAS: Taxation Law; Corporate Law; Employee Benefits Law; Estate Planning; Comput-
   ers Law.
Mulcahey, Garie J., (AV) ........ '48 '81 C.184 B.A. L.1040 J.D. [Bai,P.&C.]
   *PRACTICE AREAS: General Litigation; Professional Liability Law.
Mulcahy, Ann B. ........... '73 '99 C.855 B.A. L.188 J.D. [Cohen&W.]
   *PRACTICE AREAS: Employment Law; Commercial Litigation.
Munich, C. David, (BV) ........... '17 '40 C.1029 L.306 J.D. 213 Thorme St.
Murphy, Kevin R., (BV) ........... '49 '77 C.197 A.B. L.184 J.D. [Murphy&K.]
   *PRACTICE AREAS: Personal Injury Law; Litigation; Products Liability Law; Insurance Defense Law;
   Medical Malpractice.
Murphy, Robert Philip ........... '70 '99 C&L.184 B.A., J.D. [Bai,P.&C.]
   *PRACTICE AREAS: Products Liability Litigation; Professional Liability Litigation; Commercial Law;
   Municipal Liability.

**Murphy and Karpie, LLC, (BV)**
   **350 Fairfield Avenue, Suite 408, 06604**
   Telephone: 203-333-0177 Fax: 203-333-8475
   Kevin R. Murphy; Karen L. Karpie; John W. Mills;—Joseph L. Velez; Michael Connelly.
   General Civil Practice before State and Federal Courts. Insurance Defense, Personal Injury, Negli-
   gence, Products Liability, Medical Malpractice, Professional Liability, Employment Law, Commercial
   and Civil Rights Law. Trials and Appeals.

   *See Professional Biographies, BRIDGEPORT, CONNECTICUT*

Murtha, Thomas M., (BV) ........ '55 '81 C.1030 B.A. L.1029 J.D. [Maher&M.]
   *PRACTICE AREAS: Defense Litigation; Errors and Omissions; Construction Litigation; Municipal Li-
   ability.
Musto, Vincent M., (BV) ........ '50 '86 C.477 B.S. C.E. L.563 J.D. [Koskoff,K.&B.]
   *PRACTICE AREAS: Products Liability; Toxic Substances; Motor Vehicle Accidents and Injuries; Pre-
   mises Liability.
Nadeau, Thomas L., (AV) ........... '40 '69 C.184 B.A. L.276 J.D. 1061 Main St.
Nagel, Daniel S., (BV) ........... '59 '84 C&L.188 B.S., J.D. [Cohen&W.]
   *PRACTICE AREAS: Real Estate; Commercial; Environmental.
Nalzby, John F. ........... '66 '93 C.308 B.A. L.1252 J.D. [🅜 Gaston&R.]
   *PRACTICE AREAS: Personal Injury.
Napolitano, Roberta, (BV) ...... '58 '82 C.104 A.B. L.184 J.D. [Weinstein,W.I.N.&S.]
   *PRACTICE AREAS: Commercial Litigation; Bankruptcy; Foreclosures.
Neary, William J. ........... '69 '95 C.823 B.A. L.1252 J.D. 3354 Main St.
Needle, Charles M., (AV) ........ '38 '63 C.309 B.A. L.976 LL.B. [Zeldes,N.&C.]
   *PRACTICE AREAS: Commercial Law and Litigation; Bankruptcy Law; Business Reorganization; Real
   Estate Law.
Nelson, Geoffrey W., (AV) ........ '32 '60 C&L.976 B.A., LL.B. Corp. Coun.
Nevas, Alan H. ........... '28 '51 C.823 A.B. L.569 LL.B. U.S. Sr. Dist. J.
Newman, Richard L., (BV) ........ '55 '79 C.1044 B.A. L.966 J.D. [Adelman H.&N.]
   *PRACTICE AREAS: Personal Injury; Medical Malpractice; Products Liability; Legal Malpractice.
Nichols, George N. ........... '40 '65 C.31 B.A. L.309 LL.B. [Durant,N.H.M.&S.]
   *PRACTICE AREAS: Labor Law; Employment Law.
Nickowitz, Arlen D., (BV) ........ '29 '54 C.184 B.S. L.94 LL.B. 285 Congress St.
Nigro, Suzannah Kim ........ '69 '94 C.299 B.A. L.184 J.D. [🅜 Williams,C.&S.]
   *PRACTICE AREAS: Litigation; Appellate Practice.
Nolan, Thomas M. ........... '70 '95 C.93 B.A. L.184 J.D. 1000 Lafayette Blvd.
O'Brien, Johnpatrick ........... '67 '95 C.1211 B.S. L.1187 J.D. [🅜 Zeisler&Z.]
   *PRACTICE AREAS: Personal Injury; Criminal Law; Workers Compensation; Appellate Practice.
O'Connell, Peter B., (BV) ........ '44 '70 C.276 B.A. L.262 LL.B. [🅜 Goldstein&P.]
   *PRACTICE AREAS: Probate Law; Real Estate Law.

**O'Donnell, McDonald and Cregeen, L.L.C.**
(See Fairfield)

**O'Hara, Charles D., Jr. '69 '94 C.1030 B.A. L.1252 J.D.**
   **2145 North Avenue, 06604-2412**
   Telephone: 203-333-3434; 203- 929-8831 Fax: 203-368-1055
   Email: coharajr@aol.com URL: http://www.lawyers.com/coharajr
   *PRACTICE AREAS: Personal Injury (40%); Real Estate (30%); Wills (15%); Probate; Divorce
   (10%).
   Personal Injury, Real Estate, Wills, Probate, Divorce, Bankruptcy.

   *See Professional Biographies, BRIDGEPORT, CONNECTICUT*

Oleyer, George R., (BV) ........ '46 '71 C.860 A.B. L.94 J.D. Supv. Asst. Pub. Def.
Olson, Peter S. ........... '70 '95 C.67 B.A. L.184 J.D. [🅜 Pullman&C.]
   *PRACTICE AREAS: Litigation.
Orleans, Jonathan B., (AV) ........ '54 '85 C.1307 B.A. L.569 J.D. [Zeldes,N.&C.]
   *PRACTICE AREAS: Civil Litigation; Employment Law.
Osis, Daiga G., (BV) ........... '43 '80 C.102 B.A. L.1029 J.D. 1057 Broad St.
Owens, Jeffrey R. ........... '72 '00 C.855 B.A. L.1252 J.D. [Bai,P.&C.]
   *PRACTICE AREAS: Civil Litigation; Insurance; Real Estate; Probate.
Pacatta, Ronald J., (BV) ........ '46 '81 C.563 B.A. L.1019 J.D. Assoc. City Atty.
Pacelli, Robert A., Jr. ........ '72 '97 C.1036 B.A. L.94 J.D. [🅜 Zeldes,N.&C.]
   *PRACTICE AREAS: Business Law; Commercial Real Estate; Residential Real Estate; Community As-
   sociation Law.
Pacifico, Paul J., (AV) ........ '42 '66 C&L.262 B.A., J.D. [🅜 Zeisler&Z.] (⭘Westport)
Paoletti, Frederick D., Jr., (BV) ........ '55 '82 C.184 B.A. L.61 J.D. 3301 Main St.
Parnoff, Laurence V. ........ '42 '70 C.1030 B.A. L.724 J.D. [L.V.Parnoff]
Parnoff, Laurence V., P.C. ........................... 1566 Park Ave.
Patterson, Adele V., (BV) ........ '59 '89 C.103 A.B. L.184 J.D. 1000 Lafayette Blvd.
Payne, Cynthia Howard ........ '52 '77 C.183 B.A. L.128 J.D. Atty., People's Bank

**Pearl Professional Corporation**
(See Westport)

**Pepe & Hazard LLP**
(See Southport)

Perkins, Mark A. ........... '63 '98 C.550 B.S. L.1252 J.D. [🅜 Maher&M.]
   *PRACTICE AREAS: Insurance Defense.
Phillips, Jane, (BV) ........... '54 '77 C.1211 B.S. L.724 J.D. 56 Lyon Terrace
Pia, Gerald C., Jr. ........... '74 '99 C.1211 B.S. L.569 J.D. [🅜 Pullman&C.]
   *PRACTICE AREAS: General Litigation; Criminal; Employment; Intellectual Property; E-Commerce.

**Piazza & Pickel**
(See Stamford)

Pinheiro, John A., (CV) ........ '58 '88 C.1102 B.S. L.1029 J.D. 2112 N. Ave.
Piquette, Edward L., Jr. ........ '56 '88 C.1030 B.S. L.306 J.D. 265 Congress St.
Plouffe, Raymond J., Jr., (BV) ........ '59 '84 C.1030 B.A. L.884 J.D. [Bai,P.&C.]
   *PRACTICE AREAS: General Litigation.
Plude, Donald A. ........... '53 '79 C.1030 B.S. L.838 J.D. 636 Burnsford Ave.
Pollack, Elliott B., (AV) '43 '65
                  C&L.178 A.B., LL.B. [Pullman&C.] (⭘Hartford, Stamford)
   *PRACTICE AREAS: Health Care; Tax Appeal and Condemnation Law; Commercial Litigation.

# EXHIBIT C

| Summary by Category of Selected Entries from Plaintiff's Submission of Attorney's Fees | | | | |
|---|---|---|---|---|
| 7/23/2002 | Research Re: | On-Call/OT Offset for Housing | 2.30 | 575.00 | |
| 9/18/2002 | | Housing Deduction/Allowance | 2.30 | 575.00 | |
| 9/20/2002 | | Housing | 1.20 | 300.00 | (plus prep of discovery) |
| 10/21/2002 | | OT/On-Site/On-Call | 1.90 | 475.00 | |
| 12/10/2002 | | On-Site/On-Duty Comp | 1.90 | 475.00 | |
| 12/12/2002 | | On-Site/On-Duty Comp | 2.30 | 575.00 | |
| 2/3/2003 | | Affirmative Defense | 1.40 | 350.00 | (plus T/C w/client) |
| 2/4/2003 | | Equitable Defenses | 0.30 | 75.00 | |
| 2/19/2003 | | Exemption | 0.80 | 200.00 | (plus T/C w/opp counsel, review Chameroy file) |
| 2/20/2003 | | Exemption | 1.90 | 475.00 | |
| 2/21/2003 | | Exemption | 2.10 | 525.00 | (plus review Chameroy transcript) |
| 3/6/2003 | | Exemption | 1.70 | 425.00 | |
| 3/18/2003 | | FLSA | 2.80 | 518.00 | |
| 6/24/2003 | | OT | 0.40 | 74.00 | |
| 6/24/2003 | | Minimum Guarantee | 0.70 | 129.50 | |
| 1/22/2004 | | Housing/Lodging Offset | 1.40 | 259.00 | |
| 1/23/2004 | | FLSA-Lodging | 0.90 | 166.50 | |
| 1/26/2004 | | FLSA-Offset | 0.90 | 166.50 | |
| 2/18/2004 | | FLSA cases | 0.90 | 166.50 | |
| 3/9/2004 | | Am. Ans./Aff. Def. | 0.90 | 166.50 | |
| 5/17/2004 | | Clean Hands | 1.60 | 480.00 | |
| | TOTAL FOR PRE-TRIAL / TRIAL WORK | | 30.60 | 7,151.50 | |
| | | | | | |
| 5/19/2004 | | Interstate Commerce | 1.00 | 300.00 | |
| 5/20/2004 | | Interstate Commerce | 0.50 | 150.00 | |
| 5/20/2004 | | Interstate Commerce | 0.90 | 166.50 | |
| 5/20/2004 | | Interstate Commerce | 2.30 | 575.00 | |
| 5/24/2004 | | Interstate Commerce | 1.10 | 275.00 | |
| 5/26/2004 | | Reply Brief Re: 50(b) | 2.90 | 725.00 | |
| 5/26/2004 | | FLSA | 1.70 | 314.50 | |
| 5/27/2004 | | 50(b) Motion | 2.30 | 575.00 | |
| 5/28/2004 | | FLSA | 2.20 | 407.00 | |
| 6/4/2004 | | 50(b) Motion | 2.30 | 460.00 | |
| 6/7/2004 | | Interstate Commerce | 4.20 | 1,050.00 | (plus prep of opp) |
| 6/8/2004 | | Interstate Commerce | 3.20 | 800.00 | (plus prep of opp) |
| 6/9/2004 | | Evidence of hours worked | 4.20 | 1,050.00 | (plus prep of brief) |
| 6/14/2004 | | Evidence of hours worked | 2.70 | 675.00 | (plus prep of brief) |
| | TOTAL FOR POST-TRIAL MOTION | | 31.50 | 7,523.00 | |
| | | | | | |
| 9/21/2004 | | Waiver of Claim | 2.40 | 600.00 | (plus review D's brief) |
| 9/21/2004 | | Waiver of Claim | 1.30 | 260.00 | (plus review D's brief) |
| 9/27/2004 | | Waiver/Failure to preserve record | 3.20 | 800.00 | |
| 9/27/2004 | | MPM (??) | 0.60 | 120.00 | |
| 10/25/2004 | | Supp Brief | 3.20 | 800.00 | |
| 10/26/2004 | | Supp Brief | 1.30 | 260.00 | |
| 10/26/2004 | | Supp Brief | 1.30 | 260.00 | |
| 10/26/2004 | | Waiver | 4.50 | 1,125.00 | (plus prep of brief) |
| 10/27/2004 | | Supp Brief | 1.60 | 320.00 | (plus prep of brief) |
| 10/27/2004 | | Waiver | 3.90 | 975.00 | (plus prep of brief) |
| 10/28/2004 | | Supp Brief | 1.10 | 220.00 | (plus prep of brief) |
| 10/28/2004 | | Waiver | 4.10 | 1,025.00 | (plus prep of brief) |
| 10/29/2004 | | Waiver | 2.30 | 460.00 | (plus prep of brief) |
| 11/1/2004 | | Supp Brief | 2.10 | 420.00 | |
| | TOTAL FOR SUPPLEMENTAL BRIEF | | 32.90 | 7,645.00 | |
| | | | | | |
| 3/16/2005 | | Retaliation | 2.70 | 675.00 | (plus corres to client; T/C w/client) |

# EXHIBIT D

| Summary by Category of Selected Entries from Plaintiff's Submission of Attorney's Fees | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 1/16/2004 | Trial Preparation | | 1.90 | 475.00 | |
| 1/19/2004 | | | 2.00 | 500.00 | |
| 1/20/2004 | | | 1.00 | 250.00 | |
| 1/21/2004 | | | 2.00 | 500.00 | |
| 1/29/2004 | | | 0.40 | 100.00 | |
| 2/19/2004 | | | 1.40 | 259.00 | (plus resarch Re:  FLSA; review statement of facts) |
| 2/20/2004 | | | 6.20 | 1,550.00 | |
| 2/25/2004 | | | 2.40 | 600.00 | |
| 2/26/2004 | | | 4.10 | 1,025.00 | (plus T/C's Re:  Settlement conference) |
| 3/3/2004 | | | 1.00 | 250.00 | |
| 3/4/2004 | | | 2.00 | 500.00 | |
| 3/5/2004 | | | 1.80 | 450.00 | |
| 3/7/2004 | | | 1.70 | 425.00 | |
| 3/8/2004 | | | 2.10 | 525.00 | |
| 3/11/2004 | | | 2.30 | 575.00 | |
| 3/12/2004 | | | 1.80 | 450.00 | |
| 3/15/2004 | | | 1.20 | 300.00 | |
| 3/22/2004 | | | 0.80 | 148.00 | |
| 3/24/2004 | | | 0.40 | 74.00 | |
| 3/29/2004 | | | 2.40 | 600.00 | |
| 4/5/2004 | | | 2.00 | 500.00 | |
| 4/8/2004 | | | 4.20 | 1,050.00 | |
| 4/12/2004 | | | 1.90 | 475.00 | |
| 4/13/2004 | | | 4.20 | 1,050.00 | |
| 4/15/2004 | | | 2.40 | 600.00 | |
| 4/26/2004 | | | 2.30 | 575.00 | |
| 4/28/2004 | | | 1.60 | 400.00 | |
| 5/3/2004 | | | 2.70 | 675.00 | |
| 5/5/2004 | | | 4.20 | 1,050.00 | |
| 5/6/2004 | | | 1.80 | 450.00 | |
| 5/9/2004 | | | 1.00 | 300.00 | |
| 5/9/2004 | | | 5.40 | 1,350.00 | |
| 5/10/2004 | | | 1.00 | 300.00 | |
| 5/10/2004 | | | 4.50 | 1,125.00 | |
| 5/11/2004 | | | 7.10 | 1,775.00 | |
| 5/11/2004 | | | 1.90 | 475.00 | |
| 5/12/2004 | | | 2.50 | 625.00 | |
| 5/13/2004 | | | 3.90 | 975.00 | |
| 5/16/2004 | | | 1.50 | 375.00 | |
| 5/16/2004 | | | 2.50 | 625.00 | |
| 5/16/2004 | | | 1.00 | 250.00 | |
| 5/17/2004 | | | 1.00 | 250.00 | |
| 5/17/2004 | | | 1.00 | 250.00 | |
| 5/18/2004 | | | 1.00 | 185.00 | |
| 5/18/2004 | | | 10.00 | 2,500.00 | |
| 5/19/2004 | | | 6.50 | 1,625.00 | |
| 5/19/2004 | | | 2.00 | 500.00 | |
| | TOTAL FOR TRIAL PREPARATION | | 120.00 | 29,866.00 | |
| | (EXCLUDING PARTS A AND C) | | | | |