UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | AUGUST 2⁴, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to L. Civ. R. 7(e), the undersigned hereby moves to withdraw the Appearance of Pamela J. Coyne, Esq. of Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C., on her behalf. Attorney Coyne is no longer with the firm, and is now practicing law in another state.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted.

Done at Bridgeport, Connecticut this 24th day of August, 2005.

_____
Loraine M. Cortese-Costa, Esq.
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
Telephone(203)366-3438
Facsimile (203) 384-0317
Federal Bar No. ct03984
ATTORNEYS FOR DEFENDANT

ORAL ARGUMENT NOT REQUESTED

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 24th day of August, 2005 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

_____
Loraine M. Cortese-Costa

P:\lit\kam\586800\003\00048564.DOC