**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ARTHUR ESTANISLAU, JR.

    V.                                          CIVIL NO.  3:02 cv 1515 (PCD)

MANCHESTER DEVELOPERS, LLC

**SUPPLEMENTAL JUDGMENT**

This matter came on for consideration before the Honorable Peter C. Dorsey, Senior United States District Judge, as a result of plaintiff's motions for attorney's fees and costs and motion for liquidated damages and/or double damages.

The Court has reviewed all of the papers filed in conjunction with the motion and on November 1, 2005, the Court entered its Ruling granting plaintiff's motion for liquidated damages and/or double damages in the amount of $24,676.00 and granting in part plaintiff's motions for attorney's fees and costs in the amount of $98,244.88, for a total amount of $122,920.88.

Therefore, it is hereby ORDERED and ADJUDGED that plaintiff's counsel is awarded $24,676.00 for liquidated damages and $98,244.88 in attorney's fees for a total amount of $122,920.88.

Dated at New Haven, Connecticut, this 2nd day of November, 2005.

                                            KEVIN F.  ROWE, CLERK
                                          By

                                          /s/

                                          Patricia A. Villano
                                          Deputy Clerk

EOD: _____