**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ARTHUR ESTANISLAU,** | : | **CIVIL ACTION NO.** |
| | : | **3:02CV1515 (PCD)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MANCHESTER DEVELOPERS, LLC,** | : | |
| | : | |
| Defendant. | : | **NOVEMBER 16, 2005** |

**MOTION FOR STAY OF EXECUTION**
**AND ENFORCEMENT OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 62(b), Defendant, Manchester Developers, by and through its undersigned counsel, moves for a stay of execution of the supplemental judgment entered on November 3, 2005 and of any proceedings to enforce the judgment lien filed by Plaintiff, Arthur Estanislau, on Defendant's property in Manchester, Connecticut (copy attached) pending the Court's disposition of Defendant's Rule 59(e) motion filed herewith.

Since Plaintiff has already filed a judgment lien, under Connecticut law, he has security if Defendant's motion is subsequently denied, however, enforcement proceedings would be premature in the event the motion is granted. *See All Seasons Services, Inc. v. Guildner*, 89 Conn. App. 781, 785-787, 878 A.2d 370 (2005). Accordingly, Defendant requests this stay pending consideration of its Rule 59(e) motion.

Done at Bridgeport, Connecticut this 16th day of November, 2005.

Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203)366-3438
Federal Bar No. ct03984

ATTORNEYS FOR DEFENDANT

P:\lit\LCC\586800\003\00050040.DOC

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 16ᵗʰ day of November, 2005 to all counsel and pro se parties as follows:

> Marc Mercier, Esq.
> Beck & Eldergill, P.C.
> 447 Center Street
> Manchester, CT  06040

Loraine M. Cortese-Costa

P:\it\LCC\586800\003\00050040.DOC

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.<br>        Plaintiff | CIVIL ACTION NO: 3:02CV1515(PCD) |
| VS. | |
| MANCHESTER DEVELOPERS, LLC<br>        Defendant | NOVEMBER 1, 2005 |

## CERTIFICATE OF JUDGMENT LIEN

This is to certify that **ARTHUR ESTANISLAU, JR.** of the Town of Enfield, County of Hartford and State of Connecticut, on the 20th day of May, 2004, in the United States District Court, holden at New Haven within and for the District of Connecticut did obtain a judgment, as supplemented by an order of said court dated November 1, 2005, in his favor against **MANCHESTER DEVELOPERS, L.L.C.** for the sum of **One Hundred Forty Seven Thousand Five Hundred Ninety Six and 82/100's ($147,596.82)** which judgment remains wholly unsatisfied and to secure said sum, and lawful interest thereon, a Judgment Lien in favor of said Arthur Estanislau, Jr. is hereby placed on the real estate of said defendant, situated in the Town of Manchester, County of Hartford and State of Connecticut known as **39 Buckland Street** and more particularly described in a deed recorded in **Volume 1882 Page 204** of the **Manchester Land Records** and in Exhibit A hereof:

Pursuant to statute in such case made and provided.

The name and address of the Judgment creditor is: **Arthur Estanislau, Jr.**, 6 Nancy Drive, Enfield, CT 06082.

Then name and address of the Judgment debtor is: **Manchester Developers, L.L.C.**, 820 Morris Turnpike, Short Hills, NJ  07078.

Dated at Manchester, Connecticut this 4th day of November, 2005.

BECK & ELDERGILL, P.C.

By: Marc P. Mercier
His Attorney

A copy of this Judgment Lien was mailed first class, postage prepaid to Manchester Developers, L.L.C. on November 4, 2005.

Estanislau\JdgLien11-05pld.wpd