UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | CIVIL ACTION NO. |
| | : | 3:02CV1515 (PCD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| Defendant. | : | NOVEMBER 16, 2005 |

**DEFFENDANT'S MOTION FOR RECONSIDERATION AND ARTICULATION
OF THE COURT'S RULING DATED NOVEMBER 1, 2005
AND FOR AMENDMENT AND CORRECTION OF THE SUPPLEMENTAL
JUDGMENT ENTERED ON NOVEMBER 3, 2005**

Pursuant to Local Rule of Civil Procedure 7(c)(1) and Federal Rule of Civil Procedure 59(e), Defendant, Manchester Developers, LLC, moves this Court for reconsideration of its ruling dated November 1, 2005 and to alter or amend the supplemental judgment entered November 3, 2005. The grounds for this motion, as more fully set forth in the accompanying memorandum of law, are that the requirements of Rule 59(e), which Plaintiff admittedly failed to meet in making his motion for liquidated damages, are jurisdictional and cannot be waived under Rule 60 or otherwise; further, Supreme Court and Second Circuit precedent require reduction of attorney's fees where, as here, Plaintiff prevailed on a claim distinct in law and fact from that on which he did not prevail.

Further, Defendant requests articulation of what attorney's hours the Court disallowed and, if necessary, correction of the wording of the supplemental judgment which now awards the liquidated damages and attorney's fees to "plaintiff's counsel" instead of to Plaintiff.

Done at Bridgeport, Connecticut this 16th day of November, 2005.

                                                  Loraine M. Cortese-Costa
                                                  DURANT, NICHOLS, HOUSTON,
                                                  HODGSON & CORTESE-COSTA, P.C.
                                                  1057 Broad Street
                                                  Bridgeport, CT  06604
                                                  (203)366-3438
                                                  Federal Bar No. ct03984

                                                  ATTORNEYS FOR DEFENDANT

P:\general\jph\586800\003\00049946.DOC

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 16th day of November, 2005 to all counsel and pro se parties as follows:

Marc Mercier, Esq.
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

*Loraine M. Cortese-Costa*
Loraine M. Cortese-Costa

P:\general\jph\586800\003\00049946.DOC