UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.  :  Plaintiff | CIVIL ACTION NO: 3:02CV1515(PCD) |
| VS.  : | |
| MANCHESTER DEVELOPERS, LLC  :  Defendant | NOVEMBER 30, 2005 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Plaintiff Arthur Estanislau, Jr., hereby moves for a five (5) day extension of time, up to and including December 12, 2005, within which to file his responses to Defendant's Motion for Reconsideration and Articulation of the Court's Ruling Dated November 1, 2005 and for Amendment and Correction of the Supplemental Judgment Entered on November 3, 2005.

As grounds for this Motion for Extension of Time, counsel for Plaintiff states that good cause exists in that:

1. Undersigned counsel has been caring for his 14 month old sick child and has been unable to attend to his regular work schedule.

2. Undersigned counsel has discussed this motion with Defendant's counsel, Attorney Loraine M. Cortese-Costa who consents to the granting of this motion.

3. No party will be prejudiced by the granting of this extension.

4. This is the first such motion filed by Plaintiff with respect to this deadline.

                PLAINTIFF

By:
    Marc P. Mercier
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040
    (860) 646-5606
    Fed Bar No: ct10886

### CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 30TH day of November, 2005, to the following parties:

Pamela J. Coyne, Esq.
Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT   06604

                Marc P. Mercier

Estanislau\Posttrial\ExtTim11-05pld.wpd