### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR ESTANISLAU, | : | **CIVIL ACTION NO.** |
| | : | **3:02CV1515 (PCD)** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| MANCHESTER DEVELOPERS, LLC, | : | |
| | : | |
| **Defendant.** | : | **FEBRUARY 14, 2006** |

### NOTICE OF SETTLEMENT

Defendant, by and through its undersigned counsel, hereby notifies the Court that the above-captioned matter has been settled by a written agreement between the parties which, upon satisfaction of its terms, requires Plaintiff to file a Satisfaction of Judgment in August 2006.

Done at Bridgeport, Connecticut this 14th day of February, 2006.

Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203)366-3438
Federal Bar No. ct03984

ATTORNEYS FOR DEFENDANT

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 14th day of February, 2006 to all counsel and pro se parties as follows:

> Marc Mercier, Esq.
> Beck & Eldergill, P.C.
> 447 Center Street
> Manchester, CT  06040

Loraine M. Cortese-Costa

P:\lit\LCC\586800\003\00051768.DOC