UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR ESTANISLAU, JR.<br>   Plaintiff | CIVIL ACTION NO: 3:02CV1515(PCD) |
| VS. | |
| MANCHESTER DEVELOPERS, LLC<br>   Defendant | AUGUST 14, 2006 |

## SATISFACTION OF JUDGMENT

Marc P. Mercier of Beck & Eldergill, P.C., attorney for the Plaintiff in the above-entitled matter, hereby acknowledges that the judgment obtained against the Defendant herein has been satisfied in full.

PLAINTIFF,

By: _____
Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040]
Tel: (860) 646-5606
Fed Bar No: ct10886

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed this 14th day of August, 2006, to the following parties:

Loraine M. Cortese-Costa, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604

                                                                 _____
                                                                         Marc P. Mercier

Estanislau\SatJud08-06.pld